# EXHIBIT J

 Silvergate

**Business Account Application**

**Business Legal Name**
Rose City Income Fund II LP

**Doing Business As (if applicable)**

**Tax ID Number** | U.S. ▊▊▊8883

**Foreign Tax ID**

| Business Physical Street Address | City | State | Zip |
|---|---|---|---|
| 10340 NW Engleman St | Portland | OR | 97229 |
| Business Mailing Address | City | State | Zip |
| 10340 NW Engleman St | Portland | OR | 97229 |

**Business Website Address**
www.rosecityfund.com

**Email Address for the Business:**
sam@rosecityfund.com

**Business Phone Number**
813-333-1747

**Does the business operate out of a home?**
☒ Yes ☐ No

**Is the business' principal office within the U.S.?**
☒ Yes ☐ No

**Date Business Established**
12/15/2020

**State or Country of Legal Formation**
DE

**Is the business registered to do business in California?**
☐ Yes ☒ No

**Number of Employees**
0 (1 signer)

**Is this a non-profit organization?**
☐ Yes ☒ No

**Number of Physical Locations**
1

**Entity Type:**
☐ LLC ☐ S-Corp ☐ C-Corp ☒ LP ☐ LLP ☐ GP ☐ Unincorp. Assn.
☐ Non-U.S. entity (Applicable W-8 required)
☐ Other (describe):

**Classification of Business:**
☐ Broker Dealer
☐ Crypto Lender/ Lending
☐ CVC Kiosks/Bitcoin ATM
☐ Digital Currency Administrator
☐ Digital Currency Exchange
☐ Digital Currency Mining
☐ Fund/Investment Firm
☒ Hedge Fund

☐ Venture Fund
☐ Network Security
☐ OTC Trading Firm
☐ Payment Processor
☐ Proprietary Trader
☐ Software Developer
☐ Token Sale
☐ Other, please describe:

**Detailed Business Description** – Please provide a description of the business including products/services offered.
*Fund will invest in majority of assets in crypto assets and tokens in proof -of-stake mining to generate ongoing regular income.*

**Areas of Operation** – Domestic and International (please provide all international jurisdictions as applicable).
☒ U.S. only
☐ International only as follows:

☐ U.S. and International as follows:

**Is the business a money services business (MSB)?**
☒ No  ☐ Yes - FinCEN MSB Registration Number:

**Does the business maintain state money transmitter licenses?**
☒ No ☐ Yes - please list all states:

**Is the business registered with the Securities Exchange Commission (SEC)?**
☒ No ☐ Yes – please describe the type of registration and details as necessary:

 Silvergate                              **Business Account Application**

Is the business registered with the Commodity Futures Trading Commission (CFTC)?

☐ No  ☐ Yes – please describe the type of registration and details as necessary:

Please describe any licensing and/or registration requirements applicable to the business not previously identified above.
*Registered with SEC via Form D*

Does the business provide any of the following services for a fee or as a courtesy?
Check all that apply:

☐ Cash            ☐ Checks         ☐ Exchange Currency
☐ Sell Money Orders               ☐ Stored Value Cards (Prepaid Access, Gift Cards, reloadable cards)
☐ Payment Processing              ☐ Wire Money
☐ ATM Operations                  ☐ Lottery Sales
☐ Sell or Redeem virtual currencies (BTC, ETH, etc.) for customers of the business

Is an ATM located on the premises?        ☐ Yes  ☒ No
   If yes, is the ATM fiat or virtual currency?          ☐ Fiat  ☐ BTC  ☐ Other
   If fiat, who provides the cash for the ATM?

Does the business have any related entities including a parent entity?
☐ No  ☒ Yes - Provide an organizational chart showing relationships between all entities; name and location of each related entity; and business type.

| Names | Location |
|---|---|
| Jafra LLC | 7028 WEST WATERS AV SUITE 145, TAMPA, FL 33634 |

## Account Activity

*Please answer for all accounts and use additional pages as necessary.*

Account Purpose
☐ Operating    ☒ Trading  ☐ Custodial  ☐ Other:

| Funds Only | Source of Funds |
|---|---|
| Fund administrator access? ☐ Yes ☐ No | Other Income Source |
| Expected Monthly Average Balance | Initial Deposit Balance |
| 50K | 50K |

Foreign jurisdictions expecting to send/receive wires:

What funds flow activity can be expected? Please explain the types of transactions that will likely occur.
*Funds in/out from Operating Account (LP Subscriptions)/ wires to/from exchanges (Coinbase Pro) to buy crypto assets.*

| | Deposits | | | Withdrawals | |
|---|---|---|---|---|---|
| Type | Approx. $ Amount | Approx. # | Type | Approx. $ Amount | Approx. # |
| Cash | | | Cash | | |
| Domestic Wires | 1,000,000 | 3 | Domestic Wires | 1,000,000 | 3 |
| Foreign Wires | | | Foreign Wires | | |
| ACH | | | ACH | | |

# Ⅴ∕Ⅰ Silvergate

**Business Account Application**

| Internal Silvergate Transfers | 1,000,000 | 3 | Internal Silvergate Transfers | | |
| Checks | | | Checks | | |
| Merchant Account Activity | | | Merchant Account Activity | | |
| Other | | | Debit Card Activity | | |
| Bank Use Only | Account Number | ▉3993 | | | |

☐ No Additional Accounts N/A

Account Purpose:
☒ Operating   ☐ Trading   ☐ Custodial   ☐ Other:

Funds Only        Source of Funds
Fund administrator access?    Other Income Source
☐ Yes ☐ No
Expected Average Balance        Initial Deposit Balance
50K            50K

Foreign jurisdictions expecting to send/receive wires.
N/A

What funds flow activity can be expected? Please explain the types of transactions that will likely occur.

*Funds in from selling limited partnership interests. Funds out to auditors, administrators, intertrust group, infin LLC (through internal silvergate tranfers), nexus group, legal counsel*

| | Deposits | | | Withdrawals | |
|---|---|---|---|---|---|
| Type | Approx. $ Amount | Approx. # | Type | Approx. $ Amount | Approx. # |
| Cash | | | Cash | | |
| Domestic Wires | 1,000,000 | 3 | Domestic Wires | 200,000 | 5-10 |
| Foreign Wires | | | Foreign Wires | | |
| ACH | 200,000 | 10 | ACH | 200000 | 100 |
| Internal Silvergate Transfers | | | Internal Silvergate Transfers | 1,000,000 | 3 |
| Checks | | | Checks | | |
| Merchant Account Activity | | | Merchant Account Activity | | |
| Other | | | Debit Card Activity | | |
| Bank Use Only | Account Number | ▉4009 | | | |

☒ No Additional Accounts N/A

## SEN Account Activity

Account Purpose
☐ SEN

| Type | Deposits | Withdrawals |
|---|---|---|
| Dollar amount of SEN transfers per month. | | |

List all counterparty names involved with this account:

Bank Use Only    Account Number:

☐ No Additional Accounts N/A

Account Purpose:
☐ SEN

| Type | Deposits | Withdrawals |
|---|---|---|
| Dollar amount of SEN transfers per month. | | |

List all counterparty names involved with this account:

Bank Use Only    Account Number

 Silvergate

**Business Account Application**

## Officer Information

### Principal/Officer 1

| Name | | Social Security /Tax ID # | | |
|---|---|---|---|---|
| Sam Ikkurty | | U.S. ████-1271 | | |
| | | Foreign Tax ID | | |

| Identification ☒ DL | ☐ Passport | ☐ Other | | |
|---|---|---|---|---|
| State/Country | Number | Issue Date | Expiration Date | |
| Oregon | A438446 | 1/29/2016 | 1/31/2024 | |

| Home Street Address | | City | State | Zip |
|---|---|---|---|---|
| 10340 NW Engleman St. | | Portland | OR | 97229 |

| Date of Birth | Country of Citizenship | Email Address | Job Title |
|---|---|---|---|
| ███1971 | USA | sam@rosecityfund.com | GP |

**Contact Phone Numbers**

| Cell | Work | Home |
|---|---|---|
| 813-389-3380 | | |

Select One: Mother's Maiden Name:   or Passcode: Suseela

| Are you or any family members involved in a foreign government? | ☐ Yes* ☒ No | If answered "yes," provide explanation: |
|---|---|---|
| Are you a "close associate" of a senior foreign political figure? | ☐ Yes* ☒ No | If answered "yes," provide explanation: |
| Are you or any family members involved in a local (city or county), State or Federal Gsvernment position? | ☐ Yes* ☒ No | If answered "yes," provide explanation: |

*If "Yes," notify Business Banking Support

☐ **Principal Officer II**
☐ **Authorized Signer** ☒ **N/A**

| Name | | Social Security /Tax ID # | | |
|---|---|---|---|---|
| | | U.S. | | |
| | | Foreign Tax ID | | |

| Identification ☐ DL | ☐ Passport | ☐ Other | | |
|---|---|---|---|---|
| State/Country | Number | Issue Date | Expiration Date | |

| Home Street Address | | City | State | Zip |
|---|---|---|---|---|

| Date of Birth | Country of Citizenship | Email Address | Job Title |
|---|---|---|---|

**Contact Phone Numbers**

| Cell | Work | Home |
|---|---|---|

Select One: Mother's Maiden Name:   or Passcode:

| Are you or any family members involved in a foreign government? | ☐ Yes* ☐ No | If answered "yes," provide explanation: |
|---|---|---|
| Are you a "close associate" of a senior foreign political figure? | ☐ Yes* ☐ No | If answered "yes," provide explanation: |
| Are you or any family members involved in a local (city or county), State or Federal Government position? | ☐ Yes* ☐ No | If answered "yes," provide explanation: |

*If "Yes," notify Business Banking Support

**ᒧ Silvergate**

**Business Account Application**

☐ *Principal Officer III*

☐ *Authorized Signer* ☒ *N/A*

| Name | Social Security /Tax ID # U.S. Foreign Tax ID |
|---|---|

| Identification ☐ DL ☐ Passport ☐ Other |
|---|

| State/Country | Number | Issue Date | Expiration Date |
|---|---|---|---|

| Home Street Address | City | State | Zip |
|---|---|---|---|

| Date of Birth | Country of Citizenship | Email Address | Job Title |
|---|---|---|---|

Contact Phone Numbers

| Cell | Work | Home |
|---|---|---|

Select One: *Mother's Maiden Name:*     or *Passcode:*

| Are you or any family members involved in a foreign government? | ☐ Yes* ☐ No | If answered "yes," provide explanation: |
|---|---|---|
| Are you a "close associate" of a senior foreign political figure? | ☐ Yes* ☐ No | If answered "yes," provide explanation: |
| Are you or any family members involved in a local (city or county), State or Federal Government position? | ☐ Yes* ☐ No | If answered "yes," provide explanation: |

*If "Yes," notify Business Banking Support

---

☐ *Principal Officer IV*

☐ *Authorized Signer* ☒ *N/A*

| Name | Social Security /Tax ID # U.S. Foreign Tax ID |
|---|---|

| Identification ☐ DL ☐ Passport ☐ Other |
|---|

| State/Country | Number | Issue Date | Expiration Date |
|---|---|---|---|

| Home Street Address | City | State | Zip |
|---|---|---|---|

| Date of Birth | Country of Citizenship | Email Address | Job Title |
|---|---|---|---|

Contact Phone Numbers

| Cell | Work | Home |
|---|---|---|

Select One: *Mother's Maiden Name*     or *Passcode*

| Are you or any family members involved in a foreign government? | ☐ Yes* ☐ No | If answered "yes," provide explanation: |
|---|---|---|
| Are you a "close associate" of a senior foreign political figure? | ☐ Yes* ☐ No | If answered "yes," provide explanation: |
| Are you or any family members involved in a local (city or county), State or Federal Government position? | ☐ Yes* ☐ No | If answered "yes," provide explanation: |

*If "Yes," notify Business Banking Support



**Silvergate**

**Business Account Application**

### Officer Certification

Name of Officer Authorized to Sign: SAM IKKURTY          Title: MANAGING PARTNER

I, SAM IKKURTY          , of the named entity, attest that the information provided on this application is correct and complete to the best of my knowledge and belief.

Signature: _____          Date:          5/13/2021

---

**Bank Use Only**

X Fintech   ☐ Warehouse   ☐ Core/Non-Fintech

# EXHIBIT K



## CERTIFICATION

With respect to: Rose City Income Fund II LP

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Document Research Supervisor. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.   Under my supervision, I have caused to be conducted a review of these official
     CFTC records from July 1982 to the present, which disclosed the following
     information:

> There is no record of a registration, an application for
> registration, or an exemption from registration in any capacity
> for Rose City Income Fund II LP.

I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Date:  March 30, 2022

*Sandra A. Jung*
Deputy Record Custodian

National Futures Association
300 South Riverside Plaza
Suite 1800
Chicago, Illinois  60606

# EXHIBIT L



Secretary of State

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

<u>For Office Use Only</u>

**WY Secretary of State**
**FILED: Apr 14 2021 11:22AM**
**Original ID: 2021-000996782**

# Limited Liability Company
# Articles of Organization

I.  The name of the limited liability company is:
    Seneca Ventures LLC

II. The name and physical address of the registered agent of the limited liability company is:
    Registered Agents Inc.
    30 N Gould St Ste R
    Sheridan, WY 82801

III. The mailing address of the limited liability company is:
    30 N. Gould St.
    Ste R
    Sheridan, WY 82801

IV. The principal office address of the limited liability company is:
    30 N Gould St.
    Ste R
    Sheridan, WY 82801

V.  The organizer of the limited liability company is:
    Nexus Management Group US Ltd
    8668 John Hickman Pkwy Suite 903 Frisco TX 75034

Signature:  *ROY VARGIS*                          Date:  **04/14/2021**

Print Name:  **ROY VARGIS**

Title:  **INCORPORATOR**

Email:  **ROY@NMG.CPA**

Daytime Phone #:  **(800) 601-7602**

*Wyoming*

Secretary of State

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☐ An Individual      ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:   **ROY VARGIS**                              Date:   **04/14/2021**

Print Name:   **ROY VARGIS**

Title:   **INCORPORATOR**

Email:   **ROY@NMG.CPA**

Daytime Phone #:   **(800) 601-7602**



Secretary of State

**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Registered Agents Inc.**, whose registered office is located at **30 N Gould St Ste R, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **Seneca Ventures LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *ROY VARGIS*                    Date: **04/14/2021**

Print Name:     **ROY VARGIS**

Title:          **INCORPORATOR**

Email:          **ROY@NMG.CPA**

Daytime Phone #:  **(800) 601-7602**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**Seneca Ventures LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **14th** day of **April**, **2021** at **11:22 AM**.

Remainder intentionally left blank.



Filed Date: 04/14/2021



Secretary of State

Filed Online By:

ROY VARGIS

on 04/14/2021

# EXHIBIT M



# Beneficial Owner Certification Form

**What is this form?**
To help the government fight financial crime, Federal regulation requires that we obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who own or control a legal entity (i.e., the beneficial owners) helps law enforcement investigate and prosecute these crimes.

**What information do I need to provide?**
When you open a new account on behalf of a legal entity, the financial institution will ask for information about the legal entity's beneficial owner(s). Beneficial owners are:

(1) Each individual, if any, who owns, directly or indirectly, 25 percent or more of the equity interests of the legal entity customer (e.g., each natural person that owns 25 percent or more of the shares of a corporation; and
(2) An individual with significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

The number of individuals that satisfy this definition of "beneficial owner" may vary. Depending on the factual circumstances, up to ten individuals (but as few as zero) may need to be identified. Regardless of the number of individuals identified, you must provide the identifying information of at least one controlling person. It is possible that in some circumstances the same individual might be identified as both a beneficial owner and a controlling person and a compliance contact.



# Business Information & Activity

**Business Legal Name:** Seneca Ventures LLC
**Business Physical Address:** 30 N GOULD ST, SHERIDAN, WY 82801
**Client of ("Platform"):** Seneca Ventures LLC

## Please check if the following applies to your legal entity:

☑ Cryptocurrency
☐ MSB
      ☐ Federal Licensing
      ☐ State Licensing for the following states:

*If exempt, please upload legal opinion letter on company letterhead*

Entity Type:
☐ Sole Proprietorship
☐ Registered with the SEC
☐ Organized under the laws of the U.S. or any State at least 51% of whose common stock or
   analogous equity interests are held in a listed entity
☐ Federal or state Regulated Financial Institution
☐ Entity (other than a bank) whose common stock or analogous equity interests are listed on the
   New York, American or NASDAQ stock exchanges
☐ Public accounting firm registered under Section 102 of the Sarbanes-Oxley Act
☐ Trust (Not formed by a State filing)
☐ Registered public accounting firm
☐ Account is being opened to finance the purchase or lease of equipment and for which
payments    are remitted directly by the financial institution to the vendor or lessor of the
equipment
☐ A foreign financial institution established in a jurisdiction where the regulator of such
   institution maintains beneficial ownership information regarding such institution
☐ Department or agency of the U.S., of any State, or of any political subdivision of a State
☐ An Estate, which exists without filing with the Secretary of State or equivalent office
☐ Registered with the FTC
☐ State regulated Insurance Companys
☐ Unincorporated Association (e.g. scout troop, youth sports league)
☐ U.S. & U.S. state government entity
☐ An established nonprofit corporation or similar organization that has filed its organizational
   documents with the appropriate Secretary of State

*YOU ARE EXEMPT IF one of the above boxes is checked. In this case, skip the beneficial owner section
and continue to Certification and Agreement to Notify & Reg GG sections.*



# Beneficial Owner Information

**Please document all Beneficial Owners or Controlling Persons & Executives of Business\***

\*Beneficial Owners hold over 25% ownership (directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise)

| Name | Title | Email | Owns 25% or more |
|------|-------|-------|------------------|
| Ravishankar Avadhanam | GeneralPartner | ravi@rosecityfund.com | 40% |
| Sam Ikkurty | GeneralPartner | sam@rosecityfund.com | 60% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

A legal entity is a beneficial owner (Please list the legal entity's name in the above form & complete the Beneficial Owner Addendum for each legal entity beneficial owner).

☐ Not one natural person directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more in the equity interests of the Business listed above.

☐ I certify that I am one of the business types that is exempt from supplying beneficial owner information (page 2).



# Certification & Agreement to Notify

☑ I certify that the following information was submitted to Platform for all beneficial owners (holding 25% or more ownership) and controlling persons & executives:

<u>US Person(s):</u> SSN + US Government Issued Photo ID
<u>Foreign Person(s):</u> Tax Identification Number (if available) + Passport Number & Country of Issuance. In lieu of passport number, foreign persons may also provide an alien identification card number, or number and country of issuance of any other government-issued photo ID evidencing nationality or residence.

I, Ravishankar Avadhanam hereby certify that the information provided herein is complete and correct as of the date signed below. I also agree to notify Platform of any change in the information provided within this Certification. On behalf of the legal entity, I consent to this document being created electronically and I certify that the information included herein was provided by me.

**Certified By:** Ravishankar Avadhanam
**Relationship to Business:** GeneralPartner
**Date:** December 09, 2021 @ 19:11:02 UTC

## Controlling Person

An executive officer or senior manager (ex: CEO or CFO) OR an individual who regularly performs similar functions. This contact should also be included in the form above.

**Name:** Ravishankar Avadhanam
**Title:** GeneralPartner
**Email:** ravi@rosecityfund.com
**Phone:** +16305364115

## Compliance Contact:

**Name:** Ravishankar Avadhanam
**Title:** GeneralPartner
**Email:** ravi@rosecityfund.com
**Phone:** +16305364115

---

Office Use Only:

This certification was completed on EB&T account number: _____

Bank Product (DDA, CD, etc): _____

A photo copy of all individuals listed identification on this certification form has been received ☐YES   ☐NO
(If No, account shouldn't be opened without all documentation collected)

Account Representative the certification was collected by: _____ Date _____



# Internet Gambling (Reg GG) Acknowledgment

☑ [Check if this sentence applies:] Customer hereby certifies that it does not engage in the internet gambling business.

If Customer does not check the above certification Customer must provide the following:

> a. Evidence of its legal authority to engage in the internet gambling business, such as (i) a copy of the Customer's license that expressly authorizes the Customer to engage in the Internet gambling business issued by the appropriate State or Tribal authority or, if the Customer does not have such a license, (ii) a reasoned legal opinion that demonstrates that the Customer's Internet gambling business does not involve restricted transactions;

> b. A written commitment by the Customer to notify the participant of any changes in its legal authority to engage in its Internet gambling business; and

> c. A third-party certification that the Customer's systems for engaging in internet gambling business activities are reasonably designed to assure that the Customer's internet gambling activities will remain within the licensed or otherwise lawful limits, including with respect to age or location verification.

I, Ravishankar Avadhanam, hereby certify that the information provided herein is complete and correct as of the date signed below. I also agree to notify Platform of any change in the information provided within this Certification. On behalf of the legal entity, I consent to this document being created electronically and I certify that the information included herein was provided by me.


**Certified By:** Ravishankar Avadhanam
**Relationship to Business:** GeneralPartner
**Date:** December 09, 2021 @ 19:11:02 UTC

# EXHIBIT N



## CERTIFICATION

With respect to: Seneca Ventures LLC

1.  I, Sandra A. Jung, am employed by National Futures Association ("NFA") as Document Research Supervisor. I also have served as Deputy Record Custodian since May 6, 1996. NFA is a futures association registered with the U.S. Commodity Futures Trading Commission ("CFTC") under Section 17 of the Commodity Exchange Act ("Act"). 7 U.S.C. § 21 (2006).

2.  Under Sections 4f, 4k, 4n, 8a and 19 of the Act, the CFTC is authorized to collect and maintain registration records for each category of registration under the Act. 7 U.S.C. §§ 6f, 6k, 6n, 12a and 23 (2006). Under Sections 8a(10) and 17o of the Act, 7 U.S.C. §§ 12a(10) and 21o (2006), the CFTC has delegated to NFA the responsibility and authority to process and act as custodian of the official CFTC registration records for all categories of registration under the Act.

3.  Pursuant to the CFTC's delegation of responsibility and authority, NFA receives, processes, stores and records all official CFTC registration records in the normal, ordinary and regular course of NFA's business. NFA has adopted Registration Rules, which the CFTC has reviewed and approved, governing access to and certification of the official CFTC registration records.

4.  As Deputy Record Custodian, I am responsible for NFA's receipt, processing, storage and recording of all official CFTC registration records. As such, I am familiar with these records and the system that NFA uses to maintain these records.

5.  In accordance with Rules 803(6), 803(7), and 902(11) of the Federal Rules of Evidence, CFTC registration records: (1) are regularly kept for persons and entities registered with the CFTC; (2) are made at or near the time by, or from information transmitted by, a person with knowledge of those records; (3) are kept in the course of a regularly conducted business activity; and (4) are made as a regular practice in the course of regularly conducted business activity.

- 2 -

6.    Under my supervision, I have caused to be conducted a review of these official
      CFTC records from July 1982 to the present, which disclosed the following
      information:

              There is no record of a registration, an application for
              registration, or an exemption from registration in any capacity
              for Seneca Ventures LLC.

      I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Date:  March 30, 2022                        *Sandra A. Jung*
                                             Deputy Record Custodian

                                             National Futures Association
                                             300 South Riverside Plaza
                                             Suite 1800
                                             Chicago, Illinois  60606