# EXHIBIT O



INVEST WITH

# TRANSPARENCY

At RCI Fund we take pride in providing full real-time access to our trading history to all of our investors. All of our trades are recorded on the blockchain and our track record can be publicly verified.



Negative debt tops $14tn





## 15% DISTRIBUTION

Our primary goal is to provide steady 15% per year distribution to our investors. We generate these returns via proof-of-stake mining. Many decentralized financial applications, enable staking of our tokens in order to receive the pro-rata ratio of transaction fees generated on the application.

## CRYPTO EXPOSURE

We believe that crypto native assets like bitcoin. Ethereum will have bigger impact on humanity than internet. We hold exposure to these crypto assets to 30% of our portfolio, that can provide capital gains. In this smaller portion of our portfolio, we aspire to find smaller crypto assets that can perform like 'next bitcoin'.

## INFLATION HEDGE

Bitcoin is a great hedge against central banks. Bitcoin has a fixed supply of 21 million coins where as fiat money can be indefinitely printed, infinitely diluting the purchasing power of money. After the emergence of COVID-19 central banks all around the world have been printing trillions of dollars, devaluing currencies. Our portfolio is ideally suited to hedge against money printing.

VIEW PORTFOLIO

Degen play-Klima DAO

Watch later    Share



Watch on ▶ YouTube



OUR

# INSIGHTS

We post latest news, blog content, and what RCIF has been involved with lately. Disclaimer "this should not be considered financial advice".



Mining income update – 7/22/2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital

What do we do at RCIF?

In this blog, I will answer a frequently asked question. Question: How do we make money for the investors at Rose City Income Fund?

Mining income update 7/31/2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital



OPTIMIZE YOUR INVESTMENT TODAY!

# GET A FREE CONSULTATION

GET STARTED

toll-
booths.
These..

read
more

Answer
: We
run...

read
more

toll-
booths.
These..

read
more

© Copyright 2020 by Rosecityfund.com



Home   About ⌄   Funds ⌄   Insights   Contact   Investors ⌄

# Philosophy
Home / Philosophy



## Persistent Low Savings From Banks

Rose City Income Fund (RCIF) was born on October 1st.2017. Currently number of retirees are unable to

generate any income from their savings. Most banks do not offer an interest rate higher than 0.5% per year. This is barely even sufficient to generate a sustainable income to pay for their daily living expenses.

Average Interest Rates in the United States:

- Checking Account rate: 0.06%
- Bank Savings Account rate: 0.09%
- Money Market rate: 0.16%



## Earn Income With Exposure to Crypto Assets

Investors are unable to earn interest in sovereign bonds, with $15 trillion dollars' worth of bonds yielding negative interest. In the midst of this low rate environment, Coronavirus has changed the investment landscape profoundly. Our goal is to provide a steady income to our





investors every month, while providing the upside to the crypto markets.

- Our number one goal is to provide a steady 15% per year in distribution, payable monthly
- We are focused on capital preservation.
- We believe that crypto assets (like Bitcoin, Ethereum etc) will have bigger impact on humanity than internet. We want our investors to capture the upside from the growth of blockchain applications.
- We invest along with our investors. We eat our own cooking.
- We actively seek to hold tokens that are built to solve current, real-world, quantitative problems. We seek to find the 'next bitcoin' that can provide us with 100x returns.



© Copyright 2020 by Rosecityfund.com



ROSE CITY
INCOME FUND

Home    About ⌄    Funds ⌄    Insights    Contact    Investors ⌄

# Meet the Team

Home / About Us

## Sam Ikkurty
### Fund Manager

Mr. Ikkurty received his Bachelors Degree in Technology (B.Tech) from Indian Institute of Technology, Kharagpur (IIT-KGP). His undergraduate program thesis implemented RSA Public-key cryptosystem in C language, which has received first prize in SOFTWIZ contest held by the Computer Society of India amongst various engineering colleges in India. He



worked as an independent IT consultant/Programmer for 19 years and was instrumental in the successful SAP Implementations with several large Fortune 500 clients. He has been an active investor in digital currencies market since 2013. He has been deeply interested in business in general, and more specifically, the workings of the stock market and Benjamin Graham and Warren Buffett Value investing approach.







## Ravishankar Avadhanam

Ravi has over two decades of experience in Sales and Business Development across the world. He has spearheaded business units from startup into Profit and Cost Centers. His professional experience includes Sales, Business Development, Strategy and Business Operations Management. Ravi is dedicated to drive change and ensure



customer success.

© Copyright 2020 by Rosecityfund.com



Home    About ˅    Funds ˅    Insights    Contact    Investors ˅

# Overview

Home / Overview

## Overview

Rose City Income fund was born on October 1st, 2017. Our primary goal is to deliver a steady income of 15% per year paid out on a monthly basis. We are a monthly income fund. We are suited for income-oriented investors who depend on a steady distribution. If we achieve our target rate, we will beat both S&P 500 or Dow Jones index.

## What is the S&P 500?

The S&P 500 is a stock market index which measures the value of the 500 largest companies traded on U.S. stock markets. It is generally considered to be the best benchmark of how the U.S. domestic market is performing. Even though most lay sources refer to the Dow Jones Industrial Average when

they say something like "the market" reached a certain value, when investors refer to "the market" they are usually talking about the S&P 500. This market index has existed for more than 90 years, since 1928. In that time the S&P 500 average annual return was just under 10%, for almost any investor an S&P 500 index fund typically offers a highly competitive rate of return.

The S&P 500 is a stock market index which measures the value of the 500 largest companies traded on U.S. stock markets. It is generally considered to be the best benchmark of how the U.S. domestic market is performing. Even though most lay sources refer to the Dow Jones Industrial Average when they say something like "the market" reached a certain value, when investors refer to "the market" they are usually talking about the S&P 500. This market index has existed for more than 90 years, since 1928. In that time the S&P 500 average annual return was just under 10%, for almost any investor an S&P 500 index fund typically offers a highly competitive rate of return.

| Time Horizon | 10 Years | 20 Years | 30 Years | 40 Years |
|---|---|---|---|---|
| Median Ann. Return | 6.5% | 7.3% | 7.1% | 6.5% |
| Min Ann. Return | -3.8% | 0.6% | 4.3% | 4.2% |
| Max Ann. Return | 17.9% | 13.2% | 10.1% | 8.8% |

## Our Approach

If a business consistently returns 15% per year, it will consistently beat the S&P 500 index and DOW Jones index by a big margin. If we can deliver that to investors reliably for the life of the fund, we would have achieved our objective. We want to achieve this by investing 70% of the fund's assets into proof-of-stake mining coins, using market-neutral strategies while having 30% of the fund is exposed to Crypto assets like Bitcoin, Ethereum and other diversified crypto assets.

© Copyright 2020 by Rosecityfund.com



Home    About ˅    Funds ˅    Insights ˅    Contact    Investors ˅

# Rose City Income Fund

Home / Rose City

## Our Investment Methodology

RCIF is a liquid income fund. Our objective is to generate a steady distribution of 15% per year, which is paid out to investors on a monthly basis. We intend to use market-neutral strategies that provide good income both in a bull market as well as a bear market. We see ourselves as an annuity. You invest a set amount of money today in exchange for a stream of monthly income. An investor, who invests $100,000 should expect to receive $1250 per month or $15,000 per year in perpetuity from RCIF. We achieve these steady returns via proof-of-stake mining.



**PoW vs Pos Simply Explained**

Proof of Work (PoW)          Proof of Stake (PoS)

## Proof-of-stake mining

We deploy 70% of our capital into crypto assets that generate monthly income via proof of stake mining. This reduces volatility, and produces a steady income of 15% per year, as we diversify into other assets like

bitcoin, Ethereum.

This steady distribution provides downside protection. The other 30% of the portfolio, contains a diversified basket of crypto assets like bitcoin (BTC), Ethereum (ETH) and other promising crypto assets.



© Copyright 2020 by Rosecityfund.com



ROSE CITY INCOME FUND

Home   About ˅   Funds ˅   Insights   Contact   Investors ˅

# Insights

We post latest news, blog content, and what RCIF has been involved with lately. Disclaimer *this should not be considered financial advice*.



MINING INCOME UPDATE 7/15/2020

Jul 15,



MINING INCOME UPDATE – 7/8/2020



MINING INCOME UPDATE 7/31/2020

Jul 31,

Jul 8, 2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate... read more



MINING INCOME UPD

2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate... read more



MINING INCOME UPDATE

2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate... read more



MINING INCOME UPDATE

ATE
— 6/17/2020

Jun 17, 2020

At Rose City Income Fund, we are focuse d on generat ing income for our investo rs. We generat e...

read more

JUN

— 6/24/2020

Jun 24, 2020

At Rose City Income Fund, we are focuse d on generat ing income for our investo rs. We generat e...

read more

MINI NG

— 7/1/2020

Jul 1, 2020

At Rose City Income Fund, we are focuse d on generat ing income for our investo rs. We generat e...

read more

JULY 2019

## SUMMARY

Jun 14, 2020

Portfolio diversification is the practise of spreading your investments around so that your...

read more



MAY 2019 COMMEN

## INCOME UPDATE – 6/10/2020

Jun 10, 2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate...

read more

## E 2019 COMMENTARY

Jun 8, 2020

In this month's letter I would like to talk about one of the companies in our Portfolio...

read more

TAR
Y

Jun 7, 2020

In the month of May 2019, IC fund returned 36.82% to the partners in the fund. The biggest ...

read more

« Older Entries

© Copyright 2020 by Rosecityfund.com





Home    About ∨    Funds ∨    Insights    Contact    Investors ∨

# Let's Connect

Home / Contact Us

## GET IN TOUCH

Send us your questions or concerns by starting a new case and we will give you the help you need.

 813.333.1747

 info@rosecityfund.com

YOUR NAME

YOUR EMAIL ADDRESS

PHONE

SUBJECT

MESSAGE



© Copyright 2020 by Rosecityfund.com



Home  About ∨  Funds ∨  Insights  Contact  Investors ∨

# Login
Home / Login



Login

Forgot your password?

E-mail *

Password *

Google ReCaptcha

I'm not a robot

Login

© Copyright 2020 by Rosecityfund.com



Home    About ˅    Funds ˅    Insights    Contact    Investors ˅

ROSE CITY
INCOME FUND

# Events

Home / Events









13th November 2021
Washington, DC









1  2  Next



13 November 2021 - Washington Event

6th November 2021
New Jersey, USA









© Copyright 2020 by Rosecityfund.com

Home    About ⌄    Funds ⌄    Insights    Contact    Investors ⌄

# Faq's
Home / Faq's

## WHAT IS BITCOIN?

Bitcoin is a consensus network that enables a new payment system and completely digital currency. It is the first decentralized peer-to-peer payment network that is powered by its users with no central authority or middlemen. From a user perspective, Bitcoin can be considered to be cash for the Internet. Bitcoin can also be seen as the most prominent triple entry bookkeeping system in existence. While there are or have been at least 1500 other digital currencies, Bitcoin accounts for 47% of the market value of all digital currencies and an even higher percentage of digital

## IS BITCOIN A BUBBLE?

A fast rise in price does not constitute a bubble. An artificial over-valuation that will lead to sudden downward correction constitutes a bubble. Choices based on individual human action by hundreds of thousands of market participants is the cause for bitcoin's price to fluctuate as the market seeks price discovery. Reasons for changes in sentiment may include a loss of confidence in Bitcoin, a large difference between value and price not based on the fundamentals of the Bitcoin economy, increased press coverage stimulating speculative demand, fear of uncertainty, and

oldfashioned irrational exuberance and greed. One final point – bubbles always involve leveraged purchases. Unlike real estate or securities, all bitcoin purchases are fully funded.

currency users.

HOW DOES BITCOIN WORK?

HOW DOES ONE ACQUIRE BITCOINS?

HOW DIFFICULT IS IT TO MAKE A BITCOIN PAYMENT?

WHAT ARE THE ADVANTAGES OF BITCOIN?

CAN BITCOIN LEAD TO NEW BUSINESSES?

WHAT ARE THE DISADVANTAGES OF BITCOIN?

WHY DO PEOPLE TRUST BITCOIN?

IS BITCOIN FULLY VIRTUAL AND IMMATERIAL?

IS BITCOIN ANONYMOUS?

IS BITCOIN A PONZI SCHEME?

DOESN'T BITCOIN UNFAIRLY BENEFIT EARLY ADOPTERS?

WON'T THE FINITE AMOUNT OF BITCOINS BE A LIMITATION?

WON'T BITCOIN FALL IN A DEFLATIONARY SPIRAL?

ISN'T SPECULATION AND VOLATILITY A PROBLEM?

WHAT IF SOMEONE BOUGHT UP ALL THE EXISTING BITCOINS?

WHAT IF SOMEONE CREATES A BETTER DIGITAL CURRENCY?

- WHY DO I HAVE TO WAIT 10 MINUTES FOR A TRANSACTION?
- HOW MUCH WILL THE TRANSACTION FEE BE?
- WHAT IF I RECEIVE A BITCOIN WHEN MY COMPUTER IS POWERED OFF?
- WHAT DOES "SYNCHRONIZING" MEAN AND WHY DOES IT TAKE SO LONG?
- WHAT IS BITCOIN MINING?
- HOW DOES BITCOIN MINING WORK?
- ISN'T BITCOIN MINING A WASTE OF ENERGY?
- HOW DOES MINING HELP SECURE BITCOIN?
- WHAT DO I NEED TO START MINING?

- WHAT HAPPENS WHEN BITCOINS ARE LOST?
- CAN BITCOIN SCALE TO BECOME A MAJOR PAYMENT NETWORK?
- IS BITCOIN LEGAL?
- IS BITCOIN USEFUL FOR ILLEGAL ACTIVITIES?
- CAN BITCOIN BE REGULATED?
- WHAT ABOUT TAXES?
- WHAT ABOUT BITCOIN AND CONSUMER PROTECTION?
- HOW ARE BITCOINS CREATED?
- WHY DO BITCOINS HAVE VALUE?

IS BITCOIN SECURE?

HASN'T BITCOIN BEEN HACKED IN THE PAST?

COULD USERS COLLUDE AGAINST BITCOIN?

IS BITCOIN VULNERABLE TO QUANTUM COMPUTING?

WHAT DETERMINES BITCOIN'S PRICE?

CAN BITCOINS BECOME WORTHLESS?

© Copyright 2020 by Rosecityfund.com



Home    About ˅    Funds ˅    Insights ˅    Contact    Investors ˅

ROSE CITY
INCOME FUND

# What do we do at RCIF?

July 30, 2020





In this blog, I will answer a frequently asked question.

**Question:** How do we make money for the investors at Rose City Income Fund?

**Answer:** We run digital toll-booths, collect fees from our toll-booth operations and pass the fees generated to our investors.

I can also describe myself as a toll-booth operator, who operates these toll-booths on behalf of our investors. I can explain it one single picture.





Sam Ikkurty – Toll-Booth Operator

The latest addition to our Portfolio is $YFI token, which we purchased at $1000 on the day when it was launched. Currently YFI protocol generated close to $60,000 in weekly transaction fees. That gives each token $2 per week transaction fees. Since we have 52 weeks in a year, it is 52 * 2 = $104 per year in income, even if we assume no growth in the protocol transaction fees.

© Copyright 2020 by Rosecityfund.com



Home   About ˅   Funds ˅   Insights   Contact   Investors ˅

# February 2018 Commentary

June 2, 2020





Our unconditional duty, and the only one we abide by, is to grow investment capital at an above average rate while avoiding any permanent loss. We measure ourselves against S&P 500, as it represents a wider range of companies including the manufacturing, retail and service sectors companies than Nasdaq index.

We closely follow Warren Buffett and read all the annual letters of Berkshire Hathaway. This partnership structure is similar to the Mr. Buffett's original partnership that started in 1956 with 7 limited partners, all of whom were close family and friends, began with $105,000 not including a $100 contribution from the managing partner, Warren Buffett. In 2008, Mr. Buffett wanted to prove a point to the investors that an investment in S&P 500 Index fund will outperform 200 hedge fund managers working together and taking a slice of the investment returns. Protégé Partners picked five "fund-of-funds" that it expected to outperform the S&P 500. That was not a small sample. Those five fund-of-funds in turn owned interests in more than 200 hedge funds. Essentially, Protégé, an advisory firm that knew its way around Wall Street, selected five investment experts who, in turn, employed several hundred other investment experts, each managing his or her own hedge fund. This assemblage was an elite crew, loaded with brains, adrenaline and confidence.

The managers of the five funds-of-funds possessed a further advantage: They could – and did – rearrange their portfolios of hedge funds during ten years, investing with new 'stars' while exiting their positions in the hedge funds whose managers had lost their touch. All of these managers have huge incentive to outperform the S&P 500. All these hedge funds were skimming 2.5% of investor's capital every month, whether they grew the partner's

capital or not. The results are an eye-opener. These five funds have all underperformed S&P 500 by a huge margin. It speaks volumes as how hard it is for any manager to outperform an index like S&P 500 over 10 years, even though all these 200 managers are relentlessly worked all these 10 years and with the latest AI technologies and Bloomberg terminals.

Here is the summary of their performance after 10 years:

| Year | Fund-of-funds A | Fund-of-funds B | Fund-of-funds C | Fund-of-funds D | Fund-of-funds E | S&P Index Fund |
|---|---|---|---|---|---|---|
| Final Gain | 21.7% | 42.3% | 87.7% | 2.8% | 27.0% | 125.8% |
| Average Annual Gain | 2.0% | 3.6% | 6.5% | 0.3% | 2.4% | 8.5% |

This is the exact reason why, Ikkurty Capital is structured with 0% management fees. We make money only when our investors make money. Our fund is structured similar to Warren Buffett's original partnership that he started in 1956, which did not have any management fee. Lot of hedge funds and mutual funds are structured in a way such that they get a minimum of 2% to a maximum of 6% in management fees. When an investor invests say $100 in a mutual fund which has a management fees of 5%, only $95 of his capital is actually invested in the market. The full amount of his capital ($100) is not compounding but only $95. These fees are not just one-time fees but every year. So, in the second year, assume the fund has no growth, the manager gets another 5% of $95, which is another $4.75. Over the years, this performance degradation caused by the fees reduces the capital available for compounding resulting in huge under performance to an Index fund.

A most popular argument against the purchase of bitcoin is that over the past two years it has produced an enormous rate of return of perhaps a 20+ fold increase in value and there is no fundamental justification for such an increase, because bitcoin has no identifiable financial fundamentals. The problem with this approach of thinking is that people try to compare bitcoin to a typical company like Apple or Google, which has cash flow and financial metrics that can provide an estimate of its intrinsic value.

In reality, bitcoin possesses about the most identifiable and valuable fundamental property of any financial asset, which is a known scarcity value, such that it cannot be diluted or debased. There has never been a form of money with this property that can be employed by the general public. Every known currency in history has ultimately collapsed. There are number of collectible coins that have had known scarcity value, and which have appreciated over time, but they are not mass-market instruments. It is easy to be lost in the complex mathematics of elliptical curves and public key cryptography theorems and SHA-256 hash function of bitcoin, as we dig deeper. However, what brings value is its scarcity which is set to 21 Million coins that are

supposed to be produced by year 2140. Bitcoin's primary enemy is the **central banks of the world**, which debase our currency. The central banks of both Japan and Australia last year modified their banking regulations to accept bitcoin as a legal means of payment, thereafter removed an excise tax that had been previously imposed on purchases of goods and services made with bitcoin.Bitcoin is slowly proving itself to be great store of value similar to gold. Bitcoin is first global self-sovereign (absent physical violence no one can take it from you), censorship-resistant, scarce, trust-less (requires no third parties) and secure currency the world has ever seen. Some countries are embracing bitcoin, while some are engaged in a battle that they are bound to lose.

Imagine that an objective observer is willing to concede that sudden death of cryptocurrency by regulatory fiat is an extremely difficult undertaking. In that case, the obvious risk is the sudden plunge in value because cryptocurrencies are overvalued.

Bitcoin is one of the cryptocurrencies that some believe have the potential to one day be accepted as a worldwide, non-inflationary currency The current market capitalization of bitcoin is $152 billion. According to the St. Louis Federal Reserve, the value of the M2 money stock in the United States is $13.455 trillion.



Moreover, this figure is constantly increasing. Last year, the M2 money supply increased by 2.5% greater than GDP. As a measure of loss of purchasing power, 2.5% of $13.85 trillion is $346 billion, which obviously is much greater than the market value of bitcoin.

Over a working lifetime (i.e., over the 50+ years since January 1965), the U.S. monetary base increased 86.3x, or 8.8%/ year. GDP growth, in constant dollars, was 4.6x, or 2.9%/year. So, $1000 of monetary base became $86,300, while $1000 of economic output became $4600. In that sense, the monetary base was diluted by 95%, roughly 5% per year. Is something less of a bubble if it loses 95% over an extended period, instead of all at once? The chart below is a picture of the destructive power of a currency being debased, and is the stated policy of the Federal Reserve to inflate the currency

at a 2% rate. United States removed the peg to gold in 1971. Notice the expansion of currency increasing in an exponential pace after 1971.



In success mode, a worldwide currency would have a valuation that is at least equivalent to the U.S. M2. Indeed, one could make an argument that it should be worth much more than this figure for several reasons.

1. A non-inflationary currency is inherently more desirable than an inflationary currency

2. U.S. M2 is only one part of the much higher worldwide supply of M2

3. U.S. M2 is constantly increasing

If bitcoin merely were to attain the current valuation of U.S. M2 and U.S. M2 does not increase, its valuation would expand by 89.7x. If this transformational change were to happen over the course of a decade, it would amount to a 56.95% annualized rate of return. If it were to happen over the course of five years, it would be a 146.33% annualized rate of return. This reasoning only talks about U.S. M2, while the rest of the world is printing money even faster than United States. People living outside of U.S have experienced enormous inflation, orders of magnitude more than United States. If taken into consideration, should increase the value of bitcoin even more.

In fact, I would go so far to argue that the actual bubble is not in bitcoin but in Fiat currencies around the world. It costs close to nothing to produce large quantities of these paper currencies. However, based on a recent estimate it costs close to $475B to mint a new bitcoin in United States. This cost to produce a bitcoin can only go up along as the hash rate(currently at $21 \times 10^{18}$ hashes per second) continues to climb higher.

So, in conclusion, the partners can sleep well at night knowing that their hard-earned money is stored in the best form of currency known to mankind and it is protected by the rigid rules of mathematics.

Managing Partner
Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com



Home    About ⌄    Funds ⌄    Insights    Contact    Investors ⌄

# March 2018 Commentary

March 9, 2020

ROSE CITY
INCOME FUND





Our unconditional duty, and the only one we abide by, is to grow investment capital at an above average rate while avoiding any permanent loss. We measure ourselves against S&P 500, as it represents a wider range of companies including the manufacturing, retail and service sector companies than Nasdaq index.

In this month's newsletter, I like to talk about a company that I have purchased long time ago in my personal portfolio. I like to bring up this topic, as this company has one unique characteristic that makes it similar to bitcoin. This company is Texas Pacific Land Trust (Ticker: TPL). As of today, its Market cap is 4.1 Billion dollars and market price is $525. This company is followed by 0 analysts from the market, even though it is very profitable. In contrast, Microsoft has 35 Analysts from major Wall Street banks. How does this company perform against major companies with huge advantages in Research & Development, Marketing, huge revenues? We can look at the Morningstar for the stock performance results. It compounded annually at a rate of 30.92% for the last 15 years and better than Berkshire Hathaway!

| Company Name | Ticker | 1-Year | 3-Year | 5-Year | 10-year | 15-Year |
|---|---|---|---|---|---|---|
| Berkshire Hathaway | BRK-A | 18.43 | 11.28 | 13.22 | 8.49 | 10.13 |

| Boeing | BA | 91.94 | 31.28 | 32.20 | 16.56 | 19.00 |
| Microsoft | MSFT | 44.21 | 32.63 | 26.87 | 13.44 | 10.32 |
| Exxon Mobil | XOM | -3.58 | 0.20 | 0.60 | 1.17 | 7.77 |
| Chevron | CVX | 12.59 | 7.22 | 3.20 | 5.64 | 11.49 |
| Texas PacificLandTrust | TPL | 86.89 | 51.42 | 48.50 | 28.52 | 30.92 |

For an investor what matters is the total returns on his original investment. Warren Buffett is known as one of best investors of our time with the longest track record. Berkshire Hathaway gets over $114 Billion dollars of float from insurance operations of GEICO and National Indemnity Corporation. All the premiums they receive from policy holders is an interest-free loan without any time limits to Mr. Buffett to invest in stocks and bonds. This float gives a huge advantage to Mr. Buffett in producing great returns for the investors. Berkshire also owns $170 billion worth of marketable stocks, which continuously provide dividends and kick them into the hands of Warren to invest. Berkshire Hathaway has 377,291 employees, where as Texas Pacific Land and trust has 32 employees! Still it outperformed one of the best investors of our time over a 15-year period. How is this possible?

Let us compare this company to Microsoft. It outperformed Microsoft by a huge margin. Microsoft has huge monopoly on IT departments everywhere with their Windows Operating system and Office suite. Marginal cost of production for Microsoft is very low.Once they made one copy of the Office software,they can reproduce the same copy of the software millions of times and generate enormous revenue. They manufacture PC Hardware with surface laptops, Xbox systems andWindows phones. They operate in search business similar to Google and provide cloud computing services with Azure. They have some enormous advantages over a tiny company with just 32 employees. They have free access to capital markets and can raise huge amount of capital for their business at near zero interest rates. Still, Microsoft underperformed this company over a 15-year period.

The same can be said about Exxon Mobil. It has close to 25,000 producing oil wells. They control close to 21.2 billion barrels of oil and has 69,600 employees. They control huge number of oil fields in every continent and closely analysed by 23 analysts. It brings in an annual revenue of $237 billion. It has access to capital markets and due to their superior credit-rating able to borrow for the long term at rates as low as 3%. Despite all these advantages it was out-performed by Texas Pacific Land Trust over a 15-year period, where Exxon only provided 7.77% to 30.92% from TPL.

This brings up the question, what is so unique for this little-known company to produce such great returns beating all those established high-performers with massive advantages? We need understand about the history of this company. This company was a formed as a trust in 1888 with the bankruptcy of

the Texas Pacific Railway Company. The railroad had previously sold bonds to finance construction of western line to connect with Southern Pacific way out in West Texas. The railroad secured the bonds with land. When the Railway company went bankrupt, the bond-holders of the railroad were given land that was originally titled to the railroad company. As a result of this transaction, the company started as a Trust which held 3 million acres of land in 1888. When the trust was formed, the bondholders exchanged their bonds for shares in the trust and those shares have been trading on New York Stock Exchange ever since. This company had a simple mandate. That simplicity in itself is its strength. The company's mandate is to dispose off the land and pass the benefits to the shareholders by repurchasing shares in the open market. It does not need to get into debt. It does not need to acquire other companies. It does not need to perform any marketing for its products. It does not even need to find new drugs to bring to market. They don't need to perform any research or development. All Texas Pacific Land Trust does is use the company's cashflow and buyback shares. It does nothing more, that is why it functions fine with 32 employees.

How does the company generate cash-flow from this land? It currently owns around 887,698 acres of land after trying to slowly self-liquidate. It produces cash by granting mineral rights to oil companies. If there is no oil in some patches of land, it is mostly used for grazing cattle. Occasionally they sell a few acres, but not very frequently. Notice that this company had 1.1 million acres in 1932but still has 887,698 acres on the books in 2017. They pay a small dividend and whatever money that is left out is used to buy back stock. They have been doing this since 1932. In 1932, there were 500 million shares outstanding. This process of buying back has brought current shares outstanding to 7.85 million shares. Once you extract oil, you cannot do anything other than shipping the oil via a pipeline. If this pipeline goes over the land where cattle is grazing oil companies still need to pay rent for providing access across the land owned by Texas Pacific. This helps them in generating more rental revenues.

Their revenues are inflationary. It has no associated cost, because they are not building oil rigs; they are not renting rigs. The Trust is merely signing a document that gives an exploration and production company permission to operate on its land-it's an easement, essentially. It gives them permission to operate for a limited time period on their land. So, the incremental revenue is really incremental profits. But what is much more important is that they use this money to buy their shares. Eventually, if they kept buying in shares at the current rate, I estimate that somewhere between 20 to 25 years there will be one share left. That 1 share will be very valuable, because you will be owning close to 800,000 acres of land with the potential of royalty income. This can be seen in a real-life example. It was reported in a local newspaper that a particular individual has lost their share certificate ofTexas Pacific Land Trust. This certificate was worth approximately $350 in 1907. This share Certificate #390 was later found in a Wells Fargo bank vault in 1979, was restored to an heir of the original owner and liquidated in 1986 for an amount in excess of $5,700,000. It is a CAGR (Compound Annual Growth Rate) of 12.89% over the 80 years. This stock brought this amazing return by doing so little. I am pretty sure that S&P 500 has not returned that much in the same period.

At Ikkurty Capital, we focus on Blockchain assets and we don't spend any time on stocks. There is an interesting lesson to be learnt from

understanding why Texas Pacific Land Trust stock has performed so well. This company achieved this by continuously buying back shares, reducing its outstanding shares from 500 million to 7.85 million. Since outstanding shares are reducing, every time they buy back a share, the next share purchase is a greater proportion of the remaining shares. They built a compounding machine. The supply of shares is shrinking; therefore, the price has to just keep going up. This is similar to bitcoin in many ways. Bitcoin's total supply is 21 million which is supposed to be released by 2140. Bitcoin's current circulating supply is close to 17 million. But we do know for a fact that every year large number of people are losing their passwords and losing access to their wallets. Based on a study, nearly 3.78 million bitcoins are lost forever. This is exactly like the shares being retired in case of TPL. Every year vast number of people are going to lose the coins, due to many human errors. All those lost bitcoins are a gift to all the people who are still holding their bitcoins, causingthe value of remaining coins to go up. In case of bitcoin, when you lose the private key you lost your money permanently. It is exactly like retiring stock by buying back shares in the open market. Stock market is a mechanism to transfer wealth from impatient holders of capital to patient holders of capital. All those patient investors of bitcoin will be well-rewarded from the money lost from the impatient holders, who do not understand the mathematics behind bitcoin.

Sam Gleuntz

Managing Partner
Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com



Home   About ∨   Funds ∨   Insights   Contact   Investors ∨

# April 2018 Commentary

March 16, 2020

ROSE CITY
INCOME FUND



Fiat Money v. Bitcoin



Source: Bloomberg, www.coingecko.com

Chart Explanation: The chart above shows the amount of bitcoin that 100 units of each respective fiat currency is equal to, over the relevant period.

One of my friends was asking me why Bitcoin is so volatile. I thought of taking this time to address this question. Bitcoin can be defined as a software for operating a peer-to-peer payment network with its own hard money, without having to rely on a trusted third party. Satoshi clearly understood that whenever money supply is controlled by a king or any government, it is susceptible for corruption. We can go back to Roman empire, Ottoman empire down to the current governments of the world and see this problem very clearly. Satoshi Nakamoto's motivation for Bitcoin was to create a "purely peer-to-peer form of electronic cash" that would not require trust in third parties for transactions, and whose supply cannot be manipulated by any outside party. In other words, Bitcoin would bring the desirable features of physical cash (lack of intermediaries, finality of transactions) to the digital realm, and combine them with iron-clad monetary policy that cannot be manipulated to produce unexpected inflation to benefit an outside party (like governments) at the expense of holders.

In order to understand the volatility of Bitcoin, we need understand what unique characteristics of Bitcoin cause this behaviour. Bitcoin can also be understood as digital hard money because the number of coins awarded to miners for accurate reporting of transactions is pre-programmed to decrease every four years until it vanishes to zero around the year 2140, with the supply reaching a fixed cap of 21 million Bitcoins. Bitcoin is thus the first example of a digital object that is scarce, and the first example of a liquid and divisible good that is strictly scarce in its supply. Bitcoin achieves this remarkable feat through adjusting the difficulty of the mathematical problem whose solution is required to append transactions on to the common transaction ledger. Bitcoin is a permission-less network, where anyone can join the network at any time. As the new miners join the network and add to the computing power of the network, Bitcoin code automatically increases the difficulty of this mathematical problem, in order to ensure that new blocks are

mined at a fixed rate of approximately 10 minutes for each block. This difficulty adjustment is critical and unique aspect of Bitcoin's operation. This difficulty adjustment has caused the network's hash-rate increase over a billion times in the last 6 years. According to blockchain.info site, current hash-rate is roughly around 32Exa Hashes per second ($32 \times 10^{18}$). This number can only be seen on a logarithmic scale as the growth in the Y-axis is exponential (see Fig 1). This number is equivalent to approximately 2 Trillion laptops working together. So, the power consumed by Bitcoin network is equivalent to 6.15 million households in USA.

Whenever demand rises for any other monetary asset, the resultant price rise creates an incentive for increasing the supply of the monetary good, be it a seashell, precious metal or government debt. But when demand rises for Bitcoin, and more people try to mine it, there is no way of making more Bitcoins than that are already scheduled; instead, the mining process gets more difficult, necessitating the expenditure of far more processing power and electricity to record transactions on the blockchain and receive the increasingly valuable reward. This increased electricity and processing power helps make the network more secure, by making it continuously more expensive for an attacker to try to pass off an invalid transaction as a valid one. In other words, whereas increased monetary demand will increase the supply of any monetary asset; it is powerless to increase Bitcoin's supply, and instead can only increase its security.



Hash Rate

Another way to look at this is, if corn prices go up, farmers will plant more corn to take advantage of the higher prices. This new supply will invariably bring the prices down. This simply follows from the principles of economics. However, Bitcoin is a different commodity, where the supply is completely inelastic. Had Bitcoin been designed to increase the number of coins along with increase in the number of users, the growing demand would cancel out the increased supply, stabilizing the price, and providing little incentive for anyone to hold Bitcoin for the long-term. In turn, the low value of the coins and network would make attacking the network by posting fraudulent transactions relatively cheap, making the users lose money easily. *This difficulty*

*adjustment is the root cause of the high volatility in Bitcoin prices* that has characterized its growth over the past few years. This difficulty adjustment leaves no room for the supply to adjust according to market demand to reduce the price volatility.

When there is an increase in demand for Bitcoin, Bitcoin miners cannot increase production beyond the set schedule like copper miners can, and no central bank can step in to flood the market with increasing quantities of Bitcoin. As of today, miners can only bring 12.5 bitcoins to the market every 10 minutes, no matter what the demand is. The only way for the market to meet the growing demand is for the price to rise enough to motivate the holders to sell some of their coins to the new comers. This explains why in eight years of existence, the price of a Bitcoin has gone from $0.000994 on October 5, 2009, in its first recorded transaction to $4200 on October 5, 2017, an increase of 422,520,000% in eight years and a compound annual growth rate of 573% per year. Even though it is volatile, its growth is heavily skewed upwards while it suffered drops of 80% in certain years. I found the following statistic at http://coin.dance site, which shows that despite several drops of 80% it has still performed very well over the years.

### The Price ($8457.76 USD)
Historical Bitcoin Prices in USD

| Period | Dollar Change | Percent Change | |
|---|---|---|---|
| Today | -$565.00 | -6.26% | ↘ |
| Last 7 days | -$1,363.50 | -13.88% | ↗ |
| Last 30 days | +$1,513.99 | +21.80% | ↗ |
| Last 6 months | +$1,210.79 | +16.71% | ↗ |
| Last 1 year | +$6,696.39 | +360.18% | ↗ |
| Last 2 years | +$8,002.99 | +1,759.79% | ↗ |
| Last 4 years | +$8,072.96 | +1,801.47% | ↗ |
| Last 5 years | +$8,340.46 | +7,110.37% | ↗ |
| Last 6 years | +$8,452.61 | +176,763.84% | ↗ |
| Last 7 years | +$8,454.32 | +245,765.12% | ↗ |

Please note that my comparison of the price growth started from started from 2009, whereas the above table goes only as far as 7 years. At today's market prices, Bitcoin's supply value will be ranked around 33rd in the world, with a value similar to money supply of Brazil, Turkey and South Africa. So,

in 8 years it has grown to hold more value than is held in the money supply of most nation-states and national currencies.

Lots of people wanted to engineer Bitcoin is such a way that its volatility is removed. Even though thousands of knock-offs of Bitcoin are created none were able to get any traction in the marketplace. I think they misunderstand a key aspect of Bitcoin, which makes it so successful: *the absence of any authority that has the ability to alter the money supply.* Bitcoin has so far very ably resisted any attempts to alter even small technical parameters in its design, strongly driving home the point that nobody controls it. Let us assume for argument's sake, that some group of programmers simply copied the code from Github and made a bitcoin knock-off with 21 trillion coins. That currency is going to be stable, but why would anyone trust their hard-earned money where the supply can be as much as these group of programmers want? Remember, how we got into this fiat mess where governments are printing currency trending to towards infinity and diluting the value of everyone's money. Because Bitcoin offers no returns, and has no central authority responsible for its issuance (like Federal Reserve), Bitcoin is more similar to gold than to stocks, bonds, or national currencies. Both Bitcoin and gold share very low annual growth rate of their stockpile and proved as good store of values. Gold arrives at the position due to its chemical properties making it hard for us to find it in earth's crust, while Bitcoin arrives at the same position due to its mathematical properties bringing about its scarcity.In contrast to gold, Bitcoin has a magical property that allows us to send value across the internet to anyone, anywhere and any amount of money for negligible cost. The below chart shows how much bitcoin can be bought with 100 units of various fiat currencies over time.

Bitcoin holders should be far more tolerant of its volatility than generations reared under the certainty of gold standard. Despite bitcoin's volatility it consistently beat all fiat currencies. Proof of work is the cost of decentralized currency while inflation is the cost of centralized currency. Most fiat currencies are stable in the short term, but their devaluation against bitcoin in the long term is guaranteed.



Fiat Money v. Bitcoin

Source: Bloomberg, www.coingecko.com
Chart Explanation: The chart above shows the amount of bitcoin that 100 units of each respective fiat currency is equal to, over the relevant period.

Sam Shelvitz

Managing Partner
Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com



May 2018 Commentary

March 23, 2020





I like to provide a quick update on the news in the crypto-world. It is quite evident that large financial institutions are slowly entering into bitcoin trading as they have realized that this is a new asset class.

- Fidelity Investments, which manages $2.4 trillion in assets is planning to enter into bitcoin trading. Fidelity is known for being a very conservative asset management company and they can easily become a big player in the market.

- Goldman Sachs has backed Circle Financial, which has purchased one of the active crypto-exchanges called, Poloniex. It was reported recently that Circle is trying to acquire a banking license with Federal Reserve.

- It was also reported that the owner of NYSE, which is ICE (Intercontinental Exchange Inc) is working on a trading platform that allows people to own bitcoin directly. Another large financial firm, Susquehanna International Group is opening trading for cryptocurrencies for a small group of its 500 clients and has plans to expand.

In a recent interview with the Times of London, CEO of Square and Twitter, Jack Dorsey thinks that bitcoin is going to be the native currency for the internet. What is especially interesting about Mr.Dorsey is that he contributed $2.5 million dollar seed round for Lightning Labs, which did a phenomenal job in building the next level layer protocol on the top of Bitcoin protocol. The Lightning Network is a system of smart contracts built on the top of the base Bitcoin blockchain that allows fast, cheap payments directly between two parties, without needing a trusted third party. One of the bases of the bubble argument is that bitcoin is too slow to use as a practical mechanism for transactions. An example of this scalability problem is that bitcoin transactional speed is now about only 7 transactions per second. Visa reports that its VisaNet system is capable of handling as many as 24,000

transactions per second. On a normal day, VisaNet processes an average of 150 million transactions or about 1,736 transactions per second. This Lightning protocol enables transactions as high as millions to billions of transactions per second at a price as low as 1 Satoshi, which is equivalent to 100 millionth of a bitcoin. This should really worry both Visa, Mastercard, Amex and a whole host of intermediaries living off their fat profit margins.

I have recently started reading Nassim Taleb's book Antifragile. I am impressed with the book and highly recommend anyone to read to get fascinating insights into the complex systems' inner workings. He describes the 'fragile' things as one which is harmed by volatility, disorder and any stressors to the system. We normally assume that 'robust' is the opposite of fragile. But according to him, robust is something that is neutral to volatility, disorder, and stressors. There is another category of things he calls them, 'antifragile' which gain from volatility, disorder and any stress that is put on the system. For example, a lit candle is fragile to a gust of wind. A stone is robust to the gust of wind. It is not affected much by it. However, a wildfire feeds on a gust of wind and grows stronger with the wind. So, a wildfire is antifragile to wind. As I read the book, I kept extending this antifragility concept to bitcoin and it fits it like a glove.

We could look at the fragile, robust and antifragile as a continuum, whereas you progress from left to right, it gains more from the disorder. We can extend this analogy further to our understanding of what money is and how different forms of money have performed over the years. We have many years of real-world information to articulate these characteristics. The average life expectancy of a fiat currency is 27 years. History is replete with examples of many countries having 4 different failed currencies in a span of 40 years. Gold has the ability to survive from inflation but it is centrally controlled and amenable to manipulation.

| FIAT | GOLD | BITCOIN |
|------|------|---------|
| FRAGILE | ROBUST | ANTIFRAGILE |
| (damaged by disorder) | (resilient to disorder) | (benefits from disorder) |

It should be obvious that our modern banking system which is based on the weak foundations of fiat currency is very fragile. Benefits of fragile things are often small and visible and the side effects are potentially severe and invisible. The most catastrophic side effect of fiat currency is inflation. Ask any citizen of Venezuela or Zimbabwe. It is an insidious tax that robs the poor from the fruits of their labor. This money is stolen silently from its populace and it is a ghost that reveals itself in the steady declining purchasing power of fiat currencies. It is very weak against blackswan events and time is the enemy of fragile things. As we have seen in 2008 financial crisis that fiat currency needs trillions of dollars of bailouts from central banks from time to time

costing taxpayer enormous quantities of newly printed money or debt. We go through these episodes and banking system continues as if nothing happened.

I would consider gold more robust than fiat. It managed to survive as a store of value and a medium of exchange for thousands of years. Gold does not depend on government bailouts and it is more inherently stable due to its scarcity in earth's crust. Gold derives its strength from its unique chemical properties. However, it is difficult to transport and centralized in the vaults of major central banks/kings around the world, exposing it to the whims of human corruption. Gold's physical form makes it an easy target for people to steal.

Bitcoin is built on mathematics. I cannot think of a more solid foundation than mathematics. It is based on open-source code, consensus, and decentralization. Anyone can join the bitcoin network and become a full node. Bitcoin network's motto is don't trust anyone and verify. Every miner will verify the work of newly generated block and allow it to be added to the blockchain only if it satisfies the SHA-256 algorithm. Otherwise, it is simply discarded. So, how is bitcoin antifragile?

To understand that question, we need to understand how bitcoin got started. It was started with Satoshi Nakamoto describing his innovation in a research paperand writing the code to bring his conception to life. There are no legal tender laws enforced by any government to push bitcoin on its populace and nurture the growth of this currency. It grew organically in nature, by people understanding the power of a currency whose supply is fixed. There is no patriotic rhetoric from any government pushing this on people. There is no marketing from any company. It does not have the military strength of US Government to force other nations to adopt it. It is as if you have taken a newborn baby and dropped the baby in a forest to fend for itself. Imagine your surprise, when you go back 10 years later to the same forest and see that there is a 10-year-old kid fighting lions and tigers with bare hands. You should wonder how did this happen. As of today, bitcoin has achieved a market cap of 115 billion dollars while starting from 0, without any central organization pushing it.

Bitcoin was subjected to massive attacks from numerous hackers from around the world. If a hacker can figure out a way to steal bitcoins and manage to double-spend the coins, they can steal all the 115 billion dollars. It is a bounty for all the hackers in the world to attack it but nobody managed to do so. It surprises me the sort of attacks bitcoin has taken and come out stronger. 7 Years ago, Mt.Gox exchange was hacked when this exchange alone was responsible for 99.9% of all the bitcoin trading. This exchange hack made the bitcoin drop from $17 to $1 in one day. If you were to compare bitcoin to a stock, how many stocks have survived a drop of 70% close to 5 times in 9 years of its existence and still managed to produce a return of 245,765% return to their shareholders?

Every day mainstream media calls bitcoin a Ponzi scheme. Major governments in the world tried hard to ban and kill bitcoin numerous times. Around September2017 46% of the bitcoin exchanges volume in the world came from China. Suddenly China has banned all of the bitcoin exchanges in a

surprise move. Even today most of the bitcoin mining happens in China. China is one of the biggest players in bitcoin mining. One would have concluded that it will have disastrous consequences to the bitcoin's existence. It made bitcoin orders of magnitude better because all the exchanges moved quickly to other countries and China became the loser with this move. China underestimated the power of antifragility of bitcoin. The harder you try to break it the stronger it becomes because this is a dynamic system that responds to attacks.

In October 2017 part of the bitcoin community wanted to double the size of the blocks to increase the throughput of the bitcoin network. This was called the SegwitZX upgrade, where only 10% of the bitcoin community was interested in this upgrade which caused enormous arguments for close to 2 years. The only way to resolve the dispute is by a hard-fork which creates two versions of bitcoin. Before this hard-fork, many users felt that this will be the death of bitcoin. But the hard-fork happened and numerous wallet providers, exchanges, miners, and users have all prepared for this eventuality It was very contentious but bitcoin came through this disorder successfully pushing its price all the way to $20,000. Even though it looked very bleak at that time, bitcoin survived all these attacks and came out stronger. This hard-fork resulted in the creation of new coin, Bitcoin Cash. This led to many other hard-forks like bitcoin gold, bitcoin diamond, bitcoin private etc. and the community adapted by happily accepting the new coins in their wallets as free money.

I also think this anti-fragility is built into the system because there are no guarantees behind bitcoin. Fiat currencies are managed by trusted third parties like central banks. They have a vested interest to ensure the success of all the institutions that depend on them. We have observed this when Federal Reserve bailed out AIG, Fannie Mae and Freddie Mac in 2008 financial crisis. Since there is no entity or government guaranteeing the existence of bitcoin, all the stakeholders like miners, exchanges, wallets, users, and developers work together maintain this complex ecosystem.

Anti-fragile systems build immunity from attacks. Network Engineer, Andreas Antonopoulos calls Bitcoin software, "Sewer rat". It is walking around all day in filth and dealing with deadly viruses. It is happily scurrying around carrying 6 strains of bubonic plague and just brushes them off like the common cold All the sewer rats before have faced the same filth and viruses are part of their existence. The miracle of evolution makes sure that both the predator and prey, both evolve with time. All the generations of sewer rats before the current one has passed down the genes that gave this immunity. Just 2 days ago, Korean exchange Bithumb got hacked and the exchange lost $31 million. I hear a new attack on centralized exchanges almost once every week. Does that weaken bitcoin? No. If a bank is robbed of its gold, does not mean the price of gold is going to drop. It effectively means gold has changed hands from good guys to bad guys. However, it makes bitcoin network stronger because all other exchanges will understand the methods used by hackers and get vaccinated against it. Bitcoin exhibits this antifragility because of its decentralization. If you want to rob a bank, there is a single point of failure that you can attack. If you want to steal bitcoins, you need to go after multiple points of failure as there is no trusted third party. While these attacks are successful against individuals, the network as a whole grows stronger in response to them.

Antifragile entities thrive in disorder and chaos, not just weather them. They are more valuable in volatile times. Jamie Dimon, the CEO of JP Morgan

called bitcoin a fraud. Western citizens (and senior bankers in particular) don't get Bitcoin and don't understand its value because they are living in a highly stable, highly predictable society, where the chances that everything you ever owned will one day disappear on a whim are virtually zero. Bitcoin's utility for such people is very low, and it functions mainly as a speculative asset. In chaotic regions and countries, Bitcoin and other crypto assets shine. Bitcoin allows a citizen of such a country to keep his fortune out of the arbitrary hands of his regime. It allows immigrant workers to easily and securely send back money to their families abroad and allows refugees all over the world to take their assets with them regardless of where they go and what they need to tackle on their way. These are major innovations which will have profound, long-lasting implications on the human condition. We have barely scratched the full implications of sound money on our human civilization.

Managing Partner

Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com





Technology Adoption (Measured by Population Penetration) in USA
Radio vs. TV vs. Internet vs. Mobile Internet, 1920 – 2011E



I like to provide a quick update on the news in the crypto-world. It is quite evident that large financial institutions are slowly entering into bitcoin trading as they have realized that this is a new asset class.

- Securities and Exchange Commission has announced that it will not classify Ether or bitcoin as securities. This is big step forward for the cryptocurrency community.

- Chicago Board Options Exchange (CBOE), the world's largest futures exchange has filed for a bitcoin ETF with SEC to enable investors in public markets to trade bitcoin. I believe that it has a high chance of being approved by SEC.

- HTC is a leading manufacturer of smartphones shipping over 100 million phones. They have announced a new blockchain phone. This phone could serve as node for Bitcoin and Ethereum networks, act as cold storage device, process crypto payments, hold personal identity and support decentralized applications natively. I like the team that is advising this company. Each one of their advisors made outstanding contributions in the blockchain space.

- Mining giant Bitmain closed a Series B funding round which values the firm at approximately $12 billion.

- Leading venture capital firm Andreessen Horowitz raised $300 million for its first crypto-focused fund. Marc Andreessen, who was the original founder of Netscape, said Cryptocurrencies will have bigger impact on humanity than internet.

- LMAX Exchange group is launching a crypto currency exchange dedicated to institutional clients. This exchange has traded over $10 trillion in fiat currencies and operates in 100 countries. Forex markets trade orders of magnitude larger than stock markets.

I want to acknowledge the severe correction we are experiencing in the crypto-asset prices throughout the month of June. I certainly feel the pain of limited partners as my own funds are invested along with yours. If you are relatively new to crypto investing, this can be a sobering lesson of what volatility in this market truly means and the importance of investing with a long-term focus.

If you are a veteran crypto-asset investor, a 50%+ price slide is something we have experienced many times in the past. It is simply par for the course- the price we pay to get exposure to an asset that has risen over 12,249,900% in the last 8 years (see calculations) and demonstrates the potential to grow much further. Bitcoin alone has provided an annualized return of 333% in 8 years. The following chart shows that bitcoin experienced a drop of more than 40%, 9 times in its brief history and still produced these outstanding results for its patient investors. What is remarkable is that it has dropped more than 85%, 3 times in its short history and came back with full force. I request all partners to judge the fund performance only on a 3-year basis against S&P 500, which is long enough horizon to even out the volatility of bitcoin markets.

Bitcoin corrections:

| Bitcoin: Major Corrections (September 2010 - June 2018) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Correction Period | # Days | Bitcoin High | Bitcoin Low | % Decline | % Return to New High | New High Date | # Days to New High |
| 12/17/17 to 6/22/2018 | 187 | 19783 | 5938 | -70% | 233% | ? | ? |
| 11/8/17 to 11/12/17 | 4 | 7879 | 5507 | -30% | 43% | 11/16/2017 | 8 |
| 9/2/2017 to 9/15/17 | 13 | 5014 | 2951 | -41% | 70% | 10/12/2017 | 40 |
| 6/11/2017 to 7/16/2017 | 35 | 3025 | 1837 | -39% | 65% | 8/5/2017 | 55 |
| 3/10/2017 to 3/24/2017 | 14 | 1326 | 892 | -33% | 49% | 4/27/2017 | 48 |
| 11/30/2013 to 1/14/2015 | 410 | 1166 | 170 | -85% | 585% | 2/23/2017 | 1181 |
| 4/10/2013 to 7/7/2013 | 88 | 266 | 63 | -76% | 329% | 11/7/2013 | 211 |
| 6/8/2011 to 11/17/2011 | 162 | 32 | 1.99 | -94% | 1504% | 2/28/2013 | 631 |
| 5/13/2011 to 5/21/2011 | 8 | 8.45 | 5.58 | -34% | 51% | 5/25/2011 | 12 |
| 2/10/2011 to 4/4/2011 | 53 | 1.10 | 0.56 | -49% | 96% | 4/17/2011 | 66 |
| 11/6/2010 to 11/10/2010 | 4 | 0.50 | 0.14 | -72% | 257% | 1/31/2011 | 86 |
| 9/14/2010 to 10/8/2010 | 24 | 0.17 | 0.01 | -94% | 1600% | 10/24/2010 | 40 |

Nonetheless, this correction served as an important reminder that:

- This market is volatile

- The risk of loss in this market is not non-existent, but the potential reward is larger than anything we have probably ever seen as investors. The two go hand in hand.

- This is a long-term investment on a long-term project. New systems of value, financial services, governance and infrastructure are being built. They hold the potential to augment, or potentially even replace, aspects of our society that were built slowly over centuries.

Once you understand the magnitude of what is being built, you can see that from the perspective of human history, it is being built incredibly fast. We are building the infrastructure for native digital currency for the humanity from scratch. Yet, from the perspective of our everyday human lives-including text

messages, emails, tweets and status updates-we have a sense of societal impatience for anything that is not delivered instantaneously.

Our job as investors is to override that tendency and do what majority cannot do: Accept and embrace the time frame involved. In terms of a compound annual growth rate, I believe we are positioned to experience incredible returns over the next 5 years and beyond. Our fund performance since inception is positive with CAGR of 87.17% (see calculations), despite the significant correction. During the same period the S&P 500 returned a CAGR of 10.53%.

A bit of basic mathematical reality reminds us that if IC fund could sustain our current growth rate of 87.17%, **$100,000 would turn into $52,766,999 in only a single decade**( see calculations) even though we are at the bottom of the bear market as of today. There is lot of wisdom in this quote which offers perspective:

"We always overestimate the change that will occur in the next two years and underestimate the change that will occur in the next ten. " – Bill Gates

A similar parallel can be drawn to the topic of investing itself, when taking compound growth into consideration. Please keep in mind that we have barely scratched the surface in digital currencies as a technology. If I can even use the analogy from the internet growth, blockchain technology is probably close to the dial-up modem technology we used to have in 1995. It was clunky and hard to use, because it takes time to build the infrastructure. All the best companies in this space have not been invented yet and we probably cannot even imagine, as someone who looks at Netscape browser from 1995. Very few of us in 1995, could have imagined Facebook, Wikipedia, Google, Mobile phones, Netflix, WeChat, Skype while using our dial-up modems to access internet. I would argue that sound money will have much more profound impact on the society than internet. I found the following graph very insightful.



Technology Adoption (Measured by Population Penetration) in USA
Radio vs. TV vs. Internet vs. Mobile Internet, 1920 – 2011E

What the graph shows is how fast the new technologies are adopted by society. First, we had commodity-based money, like gold and silver for several millennia. Then we slowly moved away from gold to gold-backed notes. These gold-backed notes were issued by several private banks before the advent of Federal Reserve. This continue for several years all the way till August 15th, 1971, when U.S.President Richard Nixon ended the convertibility of U.S.dollar to gold. From that day, officially the world is stuck on fiat currency regime where governments can print unlimited quantities of money. This paper currency currently is just based on faith or a formal decree from the government. This changed dramatically in 2009, where people can leave the fiat and move to a currency based on mathematics.

It can be seen clearly from number of charts on www.blockchain.info that bitcoin adoption rate is doubling every year starting from 2010. Currently based on numerous sources around 30 million people hold bitcoin around the world. Let us approximate that number to 0.5% of the worlds population. If the same rate of growth continues it will grow to be around 64% of the world's population in a matter of 7 years. If you notice the growth of mobile phones from the above chart, in a matter of 10 years almost 60% of world currently own mobile phones which was very close to 1% in 2005. It is not a stretch of imagination to think that bitcoin will be able to reach the 50% of the world's currencies in 7 years. Our fund is well positioned to capture this phenomenal rise in digital currencies.

Sam Schwartz

Managing Partner
Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com



# July 2018 Commentary

April 6, 2020





Date of the Post: April 1st, 2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5 cents. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47lR4eK0fD2ySaP88LM9U46vO7p6ml80KSfqu00DI/edit#gid=366963260

Today we have received 52.96 sUSD tokens and 1978.55 SNX tokens. In order to receive we have staked, 171311.47 tokens of SNX. The calculations of yield are shown in the screenshot below.



- All the data is public and anyone can verify our track record including the time-stamp and the rewards generated are calculated to the 18th decimal place. This is untamperable and publicly verifiable by anyone anywhere in the world.
- What this shows you is:

  Col A: time stamp of the transaction

  Col B: The amount of SUSD we received as our share of transaction fees

  Col C: The amount of SNX tokens as our share of transaction fees

  Col D: Price of SNX on the date of transaction. **This is manually entered by me, but can be verified.**

  Col E: The total number of SNX tokens staked on that date

  Col F: Mining income is calculated as Col B + Col C * Col D (susd + snx * mkt price)

  Col G: $ value of SNX staked. Col E * Col D ( staked tokens * mkt price in $)

  Col H: Weekly yield calculated my Col F / Col G ( staking income / $ value of staked tokens)

  Col I: Annual yield (1+ Col H/100) ^52  ( weekly yield rate to the 52nd power -1)

  Col J: Etherscan is a public website to verify a transaction on Ethereum blockchain.

© Copyright 2020 by Rosecityfund.com



Home    About ˅    Funds ˅    Insights    Contact    Investors ˅

ROSE CITY
INCOME FUND

# August 2018 Commentary

April 13, 2020

| Start of Q2 | Number of Nodes | Number of Channels | Nodes with Active Channels | Network Capacity (BTC) | Network Capacity (USD) |
|---|---|---|---|---|---|
| | 1,496 | 4,007 | 1,113 | 10.035 | $70,275.71 |

| End of Q2 | 2,643 | 8,323 | 1,932 | 30,154 | $190,705.99 |
|---|---|---|---|---|---|
| Quarterly Change | 77% | 108% | 74% | 200% | 171% |

Bitcoin should qualify as a contrarian investment, since virtually the entire intellectual leadership of the investment community regards bitcoin and every other cryptocurrency as being in a valuation bubble. The financial media is even more strident in asserting that bitcoin is merely a bubble.

One of the bases of the bubble argument is that bitcoin is too slow to use as a practical mechanism for transactions. An example of this scalability problem is that the bitcoin transaction speed is now about only seven transactions per second. Visa reports that its VisaNet system is capable of handling as many as 24,000 transactions per second. On a normal day, VisaNet processes an average of 150 million transactions—6.25 million transactions per hour, 104,166 transactions per minute, or about 1,736 transactions per second.

On March 15, 2018, Lightning Labs launched a version of its Bitcoin Lightning Network in beta mode in real time. The non-technical explanation of Bitcoin Lightning is that it essentially eliminates traffic congestion on the bitcoin blockchain by permitting certain activity to take place in channels of the blockchain. With Bitcoin Lightning, the currency can change hands on a peer-to-peer basis. There is no limit to how many parties can be in a channel. For example, A can send bitcoin to B; B, in turn, can send bitcoin to C; C can send bitcoin to D; and so forth. The transfer is entirely within the control of the users and is only reflected on the blockchain when the channel is closed.

The objective is to increase speed and reduce confirmation time. The Lightning Network has been in test mode in different versions since early January 2018, and the results thus far suggest that it is a success. Another important point is that this is open source code that can be used, examined, enhanced, or tested by anyone. The code is available for download at GitHub.

Launching the Lightning Network is a seminal event because it makes cryptocurrency transaction volumes on the scale of Visa and MasterCard possible —and at even higher speeds. Incidentally, one should say cryptocurrency or consensus money—as opposed to bitcoin—since there is already a Lighting Network version for Litecoin. The cost of a transaction will be a very small fraction of a penny.

What I find really interesting is that when a centralized network like Visa has to scale up, it can only grow linearly. In contrast to Visa, Lightning nodes are decentralized and permission-less. Anyone who has bitcoins can launch a lightning node and receive routing fees for routing transactions on the

Lightning network. So the growth of this network is exponential. Last month alone the number of nodes have grown by 60% in one month! This is possible because if Visa has to increase its throughput, it needs to acquire capital, deploy the necessary hardware and increase the support personnel. But creating a new lightning node can be done by any of the 7.5 billion people on the planet, making it significantly easier to scale. The following chart shows the growth of network in the second quarter. This chart was posted by Gregor Zupanc on Twitter.

| | Number of Nodes | Number of Channels | Nodes with Active Channels | Network Capacity (BTC) | Network Capacity (USD) |
|---|---|---|---|---|---|
| Start of Q2 | 1,496 | 4,007 | 1,113 | 10,035 | $70,275.71 |
| End of Q2 | 2,643 | 8,323 | 1,932 | 30,154 | $190,705.99 |
| Quarterly Change | 77% | 108% | 74% | 200% | 171% |

Now that Bitcoin Lightning Network is a reality, one can easily see how the financial sector might become disintermediated. Maintaining balances in cryptocurrency is not even necessary for customers of a given merchant. For instance, suppose that Amazon wishes to side-step the credit card companies. It could simply purchase cryptocurrency itself, on behalf of its customers and then virtually instantaneously accept the cryptocurrency as payment for the merchandise that customers wish to purchase. Amazon would effectively take title to the cryptocurrency as soon as the transactions occur, so that the customers never accept price risk.

Nor would Amazon, for its part, have to accept price risk since, if bitcoin were accepted as payment, since it could always hedge that exposure with futures on the Chicago Mercantile Exchange (CME) and the Chicago Board Options Exchange (CBOE). In fact, at about the same time in December 2017, when the CME and the CBOE self-certified their bitcoin futures, the Cantor Exchange—an innovation of Cantor Fitzgerald—also established a swap contract for bitcoin. Coinfloor, the U.K. cryptocurrency exchange, will launch the first physically-delivered bitcoin future on April 18, 2018. The North American Derivatives Exchange (Nadex) launched a bitcoin difference contract or spread-based contract on December 18, 2017.

The launching of four contracts at roughly the same time by four different entities on one commodity is completely without precedent in the commodities world. Despite the price decline in bitcoin as well as other cryptocurrencies, even more contracts are being launched. Such activity is absolutely

incomprehensible unless one understands the enormous potential to disintermediate the incumbent financial and banking systems that are tied to credit card transactions, and the likewise enormous scale of futures volumes that would be required to accommodate the price hedging requirements of that market.

According to Visa in its 2017 Form 10-K, there are 3.2 billion Visa cards worldwide. The total payment volume for Visa is $10.2 trillion, derived from over 46 million merchants in 160 different currencies. The MasterCard Network is almost as large. Payment is accepted in over 200 countries and jurisdictions.

This raises another important point. Daily foreign exchange trading can be measured in the trillions of dollars. The substantial spreads received on these transactions are an important source of profit in the banking system. Cryptocurrency payments—faster (i.e., virtually instantaneous), error-free, and cheaper—open this field to an unlimited number of new providers. Even if the banks ultimately accept cryptocurrency, they will not necessarily retain their current level of dominance.

Until recently, a novelist, songwriter, or musician needed to partner with a large corporation simply to sell content to the general public. The overwhelming part of the revenue generated from content is generally paid to the sponsoring corporation rather than to the artist. Micropayments can change this relationship. The blockchain is much more than a storage mechanism for cryptocurrency. Any digital asset, including a song, can be stored on a blockchain. In principle, an artist could charge 1/10 of a penny to anyone interested in listening to a song. Payment would be made instantaneously via the Bitcoin Lightning protocol. The artist could theoretically keep hundreds or even thousands of channels open for an indefinite time and only write to, or record the transaction on, the blockchain when the amount becomes sufficiently large to make this worthwhile.

Use of the blockchain would disintermediate not only the banking system and the content companies, but also Google and YouTube, since there would be no need and no mechanism to pay these companies. In principle, a movie is a digital asset that can be stored on the blockchain. The movie could be watched on demand without an intermediary such as Netflix. A content producer need not sell its content rights to Netflix. In principle, a popular movie could collect revenue directly from the viewers at the time of viewing. There could be a micropayment policy in which the first five minutes, or perhaps the movie's trailer, would be free. The producer might actually pay someone a very modest sum to watch the trailer and then charge 1/10 of a penny for the first five minutes—perhaps 50 cents for the next 15 minutes and then $4 to view the movie in its entirety.

Society is well past the point at which one can reasonably debate whether cryptocurrency will be a real asset class. One can debate the valuations of some cryptocurrencies and reasonably take the position that some will fail, and others will succeed. The debate should now center around what might be the socially useful applications—not whether it is a bubble and will one day vanish. It is unlikely to vanish. This failure to discuss the recent advances and applications in Mainstreet media is quite deplorable.

The problem was not in finding a technological solution, because all the elements already existed. The challenge was to develop a technological solution consistent with the idea of a permission-less, distributed ledger. The bitcoin blockchain appears to be the best solution to date.

Sam Schwartz

Managing Partner
Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com



Home    About ∨    Funds ∨    Insights    Contact    Investors ∨

# September 2018 Commentary

April 20, 2020

ROSE CITY
INCOME FUND



# Bitcoin:
## Proof of work's ultimate sound money

Unit
of

**Phase 4**
Post-Hyperbitcoinisation the price of Bitcoin will stabilise. There will probably be a low rate of deflation in accordance with the global population growth, lost UTXO's and rising standards of living.

**Phase 3**
Increase scalability with second layer solutions and beyond. Upgrading network (with Phase 1&2 developments



Let us start with some of the major developments in the crypto-currency ecosystem that came out in the past month.

- Fidelity investments is a fourth largest asset manager with $7.2 trillion in assets under administration as of October 2018. Fidelity has announced on October 15th that they are forming a subsidiary called Fidelity Digital Asset Services. This subsidiary will provide crypto related services to institutional investors. They intend to provide a trading execution platform, enterprise-grade custody solutions and institutional advising solution. Since the cryptocurrency markets never close, this division operates 24 hours a day and 365 days a year. Financial institutions tend to act like a herd. This is a clear sign that wall street herd is coming into the crypto world. Fidelity currently has 80 million retail customers. If each of them wants to buy just 1

bitcoin, we know it is impossible.

- This announcement makes TD Ameritrade's investment in ErisX earlier this month look like a small ball. TD is about a third of the size of Fidelity with 11 million brokerage customers and roughly $28 billion market cap.

- Nasdaq was earlier planning to launch some crypto-centric analytic products before the end of the year. Nasdaq is also planning on launching its own crypto exchange and was reported on CNBC.

- Goldman Sachs has entered invested into digital currencies custody market by investing $15 million into BitGo Holdings. BitGo is trying to launch institutional level custody solution.

- It was reported that a user transferred 29,999 BTC (equivalent of $194 million) was sent with a $0.10 fee. Imagine trying to perform the same wire transfer via banks. Many have calculated that at a minimum it would cost around $10000 today to perform the same transfer with TransferWise.

Ikkurty Capital fund was started on October 1st of 2017. We are pleased to announce to the partners that we have a 1-year return for the fund. In a severe bear market that we are currently experiencing in digital currencies, our 1-year return is **61.78%**. I like to bring the patient, long-term oriented investing style of Warren Buffett to the Blockchain assets. I view this as a marathon, not a sprint. It is like we have covered the first mile in the marathon, and we still have another 25 miles to go, or 25 years if you extend the analogy.

Compounding is a powerful force in investing. If we continue to provide the same annual returns (i.e. 61.78%) to the investors, $100,000 will grow to $1.1 million in 5 years, $12.28 million in 10 years and $136.1 million in 15 years (See calculations).As you can see from the bar chart above that S&P has returned 15.67% in the last year. The same $100,000 invested for 15 years in S&P 500 will grow to be $880,000 (see calculations). Despite this big difference in the outcomes of these two calculations, I view S&P 500 as highly overvalued. As the size of the fund becomes bigger it becomes harder to grow the fund at the same rate. Since we have started small, I feel we have a long runway to achieve growth as digital currency market evolves.

In this letter, I like to answer some of the frequent questions that were asked by my friends about crypto-currencies. One question, I received is this: If you think bitcoin is such a great improvement over fiat currencies, why don't I see bitcoin being used by any of the merchants around me? Where is the empirical evidence of its usage in the real world?

It is true that today bitcoin is not even used by 0.1% of the merchants in the world. It is a valid statement, empirically speaking. To understand why, we need to look at the monetary history of the world and see how a single monetary good emerged as money when various monetary goods compete in a free market to become money. Throughout human history, Bronze, sea shells, glass beads, copper, silver, carved stones and gold tried to be used as money. This list is only a small subset of all of the choices humans have experimented with and eventually gold has emerged as the victor amongst all of them. We can think of money as a small condensed packet, which holds the value of the goods or services that we provide today, in order for it to be readily available to us at a point in future. In order for this commodity to carry this value as a packet, this commodity should be durable in time and in

space. In other words, it has to be saleable in future to convert it back to goods and services.

If this monetary good loses its form and deteriorates in quantity or qualitatively, it seizes to be money. For example, iron is metal that is available in huge quantities on the earth's crust, but it rapidly rusts and changes form due to natural chemical reactions. This rule out iron, as a form of money. In order for any form of money to gain acceptance, it goes through 4 stages, as observed in the monetary history.

1. Collectible
2. Store of value
3. Medium of exchange
4. Unit of account

In its first stages, usually a monetary good will emerge as a collectible by a small group of people in the society. It could even be beads, or rare kind of sea-shells or ornaments, which possess certain qualities that make it scarce and desirable. If it is not scarce it will never become a collectible. If it is one of kind item, like a Mona Lisa painting it can never be used as a monetary good. In order to become a collectible, multiple similar items of that monetary good have to exist in the society. This will prove its value to a small group of individuals who value possessing them.

Once this stage continues, for a few years this monetary good proves its usefulness to a small section of the society. As long as it remains scarce, it becomes a store of value. Money has to prove itself to be a store of value for number of years, before it will become a medium of exchange. In order for any monetary good to be a medium of exchange, it has to be held widely by the populace. If only say, 1% of a society holds these monetary units (beads or sea-shells), they cannot be freely exchanged with others. The person who is receiving them also need to be convinced that this monetary good is valued by others. It needs to be saleable to a wide population. What if I receive 10 glass beads as payment for my labor, but I am unable to sell it to anyone when I need to purchase some food to exchange these beads? A person is only willing to accept these beads as money, provided there is large portion of the population values them. The larger the market is for his beads, the more inclined the individual is to accept this monetary good as payment.

Can a monetary good become a medium of exchange if it is not proven as a store of value? Short answer is No. The answer was proven in the monetary history numerous times. If a monetary good is not widely held as a store of value, it is not available as a medium of exchange simply because nobody holds it. The free market will determine something as a store of value, only when it is scarce. Scarcity is fundamental to the store of the value. This should be obvious, even without getting into economics. In the middle of a desert, I will be willing to pay 10 times more for the same bottled water, than in a big city where bottled-water is plentiful. In order for any monetary good to be a good store of value, it has to be scarce and useful. In order to be scarce for any object it should be very difficult to produce it. All humans desire money. The forces of free markets will ensure that people will compete to

produce more and more of this scarce commodity. Since bringing new gold into the market is very hard relative to the other commodities, it secured its place in the history as a store of value.

As a good becomes more widely recognized as a suitable store of value, its purchasing power will rise as more people demand it for this purpose. The purchasing power of a store of value will eventually plateau when it is widely held and the influx of new people desiring it as a store of value dwindles. The following image from twitter user, Willem Van den Bergh represents this path very clearly.



Once the purchasing power of the monetary good is stabilized, the opportunity cost of using money to complete trades will diminish to a level where it is suitable for use as a medium of exchange. In the earliest days of bitcoin, many people did not appreciate the huge opportunity cost of using bitcoins as a medium of exchange, rather than an incipient store of value. The famous story of a man trading 10,000 bitcoins ( worth approximately $65 million at the time of this article writing) for two pizzas illustrates this confusion.

Unit of Account is final stage of a sound money. I define 'sound money' as the one money that emerges as the winner, chosen by the market participants in a free market, amongst various competing monetary goods. When money is widely used a medium of exchange all consumable goods and serviceswill be priced in terms of the monetary good. In other words, the exchange ration against money will be available for most goods. Currently US Dollar plays this role world-wide, owing to its military strength United States dictated oil-producing nations to price oil contracts in terms of US Dollars. This created an enormous demand for US Dollar and established it as a reserve currency for the rest of the world. Every country in the world requires oil and hence need to hold huge amount of US Dollars to pay for their oil imports. In America, the dollar seamlessly serves the three functions of money providing a medium of exchange, a unit for measuring the cost of goods and an asset where value can be stored. In Argentina, on the other

hand, while the peso was used as a medium of exchange- for daily purchases- no one used it as a store of value. Keeping savings in the peso was equivalent to throwing away money. So people exchanged any pesos they wanted to save for dollars, which kept their value better than the peso.

Bitcoin is currently transitioning from the first stage of monetization to the second stage of unit of exchange. It will likely be several years before bitcoin transitions from being an incipient store of value to being a true medium of exchange, and the path it takes to get there is still fraught with risk and uncertainty. The same transition took centuries for gold. Every government in the world is going to create obstacles to this path of store of value for bitcoin, as it will threaten the central banks' monopoly on money printing. Bitcoin only faces headwinds from governments, and receives no tailwind from any government pushing bitcoin over their sovereign currencies. Despite all of the obstacles created by governments around the world, bitcoin managed to organically grow from fraction of pennies to $6500 as the free markets are slowly recognizing it as a store of value. Bitcoin will continue to be in this store of value phase till its market value reaches close to $8 – $10 trillion dollars in value from its current market value of $100 billion dollars.

The ability to easily transmit bitcoins across borders and absence of a need for a banking system make bitcoin an ideal monetary good in many developing nations afflicted by high inflation. In the coming years, as fiat monies continue to follow their historical trend toward eventual worthlessness, bitcoin will become an increasingly popular choice for global savings to flee to. This will slowly usher in the phase when bitcoin becomes a medium of exchange on a large scale.

Managing Partner
Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com







Shaded areas indicate U.S. recessions          Source: U.S. Bureau of Economic Analysis, Wilshire Associates          myf.red/g/I8cL

Let us start with some of the major developments in the crypto-currency ecosystem that came out in the past 4 months. It is evident to me that wall street herd is rushing into crypto as a new asset class.

- July 2018: Northern Trust started developing a strategy to secure custody-held digital assets such as cryptocurrencies. Founded in 1889, is one of the largest custodial and asset management banks in the U.S. It has $19 trillion of assets under custody or administration, and $1 trillion of assets under management

- August 2018: Intercontinental Exchange (The owner of the NYSE, and in partnership with Microsoft, Starbucks and BCG) announced Bakkt, a global platform and ecosystem for digital assets. The launch of a regulated, physical bitcoin futures contract and warehouse is planned for November 2018. Starbucks intends to be the the flagship retailer to develop applications for customers to convert digital assets into cash for purchases at their stores.

- August 2018: Bank of America filed a patent to offer crypto custody solutions catering to large-scale institutional investors and retail traders

- September 2018: Citigroup created a Digital Asset Receipt, which works much like an American Depository Receipt (ADR).

- October 2018: TD Ameritrade, in partnership with DRW Holdings, Virtu Financial and others invested in a new cryptocurrency exchange called ErisX.

- October 2018: The endowments of Yale University, Harvard University, Stanford University, Massachusetts Institute of Technology, University of North Carolina and Dartmouth University have invested tens of millions in both directly-held cryptocurrencies as well as in the equity in the various cryptocurrency-focused companies

- October 2018: Fidelity in one of the most anticipated institutional custody announcements, announced the launch of a new company Fidelity Digital Asset Services, that will shortly begin providing cryptocurrency custody and trade execution for institutional investors.

I usually do not spend much time looking at any other asset class other than crypto assets, because all the exciting developments are happening in crypto. I don't have enough hours in the day to follow the developments in crypto markets. But recently I have taken a look and surprised by what I found. I remember reading an article in Fortune magazine in early 2000s from Warren Buffett, when he commented on stock market's valuation. There was lot of froth in the market at that time due to the dot com bubble of late 1990s. It is not normal for Mr. Buffett to comment on market valuation, as a

value investor you don't try to judge the market. You always maintain a neutral stance about the market valuation overall, but look for stocks in a bottom-up valuation methodology. It worked very well for him over his illustrious career. I followed Mr. Buffett's methodology in my stock selections in the past. I was a shareholder in Berkshire Hathaway since 2001 and attended many of his annual shareholder meetings in a huge stadium in Omaha, Nebraska. One of the market valuation metric that Mr. Buffett trusted, was to look at the ratio of the market capitalization of all stocks to the U.S. GDP, I agree that this ratio is least subject to manipulation or mis-interpretation. The Wilshire 5000 index is the most complete measure of the stock market.

The market capitalization of the Wilshire 5000 at the end of September was $30.25 trillion and the U.S. GDP is $20.4 trillion. So, the ratio of the market value of all stocks relative to GDP, which is to say relative to the productive capacity of the nation, is 1.73x. It is now higher than it has been in the past 50 years, including the dot com boom! This graph comes from Federal Reserve of St. Louis.



Wilshire 5000/ U.S. GDP

In a bear market that S&P 500 has experienced in 1974, this ratio was 0.13. This ratio was close to 0.18 in 1982, when the bull market in stocks got started. At the peak of the dot com bubble, which happened around the 1st quarter of 2000, this ratio was at 1.18. After the dot com bust this ratio went down to 0.65. At the peak of the housing bubble which happened around 3rd quarter of 2007, this ratio was at 1.01. At the bottom of the housing bubble crash, this ratio dropped down to 0.56. Today this ratio is at 1.73, which is the **highest ratio seen in the last 50 years**. If you look at this chart it says clearly that stock market is ready for lot of trouble. This statement is pure deductive reasoning, so it does not mean that the stock market

cannot go higher; it certainly can. If just means that we have not seen an instance of it going higher and, therefore, it makes one uncomfortable to say that it could go meaningfully higher when it has never happened before. Remember that Mr. Buffett called the boom of 2000 as a bubble based on this chart, when it was at 1.18 and today we are pushing over 1.73.I think this chart is a clear **danger signal.**

The next exhibit I want to present is the S&P 500 companies operating profit margins. The U.S Bureau of Economic Analysis publishes a figure for U.S. corporate profits after tax. In 2017, the figure was $1.8 trillion. This only marginally exceeded the 2012 level and was less than 2014 level. S&P 500 operating profit margins were near 12% in the second quarter of this year, compared to peak profitability of less than 10% during 2006/2007 cyclical peak, and are the highest they have been in at least the past 25 years. This number is an aggregate and difficult to manipulate. So, we have a stock market that trades at a record high valuation relative to GDP and which has a record high profit margins. The important point is that the opportunity set in traditional bond and stock investing has been narrowing. This leaves no better choice for investors other than crypto-assets, which are improving hugely.



I think it is remarkable that in such an environment of stock market valuation being at the top of its valuation over the last 50 years and profit margins being at their all time high, Federal Reserve tries to push the interest rates down so low. Federal Reserve probably thinks that we are in a great depression as the interest rates seemed to be lower than even when we were in great depression. In 1970s short-term interest rates used to be 17.5% and recently it was pushed all the way down to 0. This is not due to natural market forces but due to Federal Reserve.

The global bond market is in a massive bubble as well. As of 2017 there was $9 trillion of negative yielding bonds. People are lending their

money to the governments around the world with a guarantee of loss if held to maturity. In another estimate from McKinsey states that we have added $57 trillion dollars of debt since 2009. The ratio of debt to GDP has increased in all advanced economies since 2007.

Today U.S GDP is close to $20.5 trillion and has an interest payment of $3 trillion annually which rising at about $600 million a day. In the early 1990s, interest rate on 10-year treasuries was in the range of 7%. Let us not even think about what would happen if interest rates return to 7%. Let us just play around with a 1% increase, which is an easy number to work with. The U.S has $71.3 trillion of total debt, which includes everything from car loan and credit cards to a U.S. Treasury bond. If rates were to increase, across all instruments by 1% the additional debt service would be $713 billion. The U.S consumes about 20 million barrels of oil a day. At roughly $70 a barrel, it costs $1.4 billion a day to pay for the oil, or $511 billion a year. So, imagine, using the 1% increase in debt service as reference point, if the country had to pay another $713 billion for its oil. That would be a 140% increase over what it is right now. That works out to an oil price of $168 a barrel.

Thus, it is safe to say that 1%-point increase in interest rates across the entire yield curve is the equivalent of oil price shock, which is one of the reasons the planet's central bankers are very reluctant to increase interest rates. They have it within their power to create the equivalent of oil shock, the potential magnitude of which gets worse every day because the amount of debt outstanding rises every day.

My main point here is that the bubble is never in bitcoin. It is a response to very real bubbles in our economy. Government control of money and the most important price in a capitalist economy – the interest rate – was kept too low for too long to cause all sorts of distortions in the capital markets. The world is in search of a safe haven, which is a hedge from the central bank and political mismanagement since dollar was untethered from gold in 1971. Even if bitcoin were not to become a fully fledged global money and were simply to compete with gold as a non-sovereign store of value, it is currently massively undervalued. Gold's market capitalization is close to $8 trillion, which when divided by bitcoin's supply of 21 million coins gives a value of approximately $380,000 per bitcoin. As I have elaborated in September letter that bitcoin is superior to gold along every axis except for established history.

Our thesis is that owning bitcoin is one of the few asymmetric bets that people across the entire world can participate in. Much like a call option, an investor's downside is limited to 1x, while their potential upside is 100x or more.As a non-sovereign store of value, it will help the world citizenry to protect their savings from the insidious theft of wealth in the form of inflation from nation states all around the world.

Sam Bankman

Managing Partner
Email: sam@kkurty.capital

© Copyright 2020 by Rosecityfund.com



# November 2018 Commentary

May 11, 2020

Home    About ˅    Funds ˅    Insights    Contact    Investors ˅

ROSE CITY
INCOME FUND





November was worst performing month for the IC fund portfolio. But in blockchain assets, this is par for the course. We should expect periodic drawdowns of 80%. My conviction in bitcoin has been growing steadily since 2014. In times like these, we should remember that bitcoin has been best performing asset over the last 10 years. It has experienced 1,300,00X increase in value from $0.003 to ~$4000 today. It has beaten S&P 500 in the last 10 years, last 5 years and even last 2 years. As a fixed supply asset, I believe it will outperform other asset classes as the demand continues to rise.

Since the supply is fixed and inelastic, with increasing demand it will push the price up, just following the first principles of economics.

I watch number of metrics with respect to the growth of Bitcoin's network. These are mainly, Hash Rate of the network, number of users' growth and the transaction value on the bitcoin network. What I found interesting is that bitcoin hash rate started dropping since the last one month. That is a very good sign of the bottom.

This Hash rate used to be as high as 53 Exa hashes (53 X $10^{18}$) in September 9th, 2018. It dropped down currently to 38 Exa hashes (38 X $10^{18}$) per second. If you watch closely hash rate has dropped by any significant amount only once before, which was around September 1, 2011. On that day bitcoin network's Hash rate was around 14 Tera Hashes (14 X $10^{12}$) per second. It dropped slowly to 7.5 Tera hashes( 7.5 X $10^{12}$) by November 24th, 2011. That was a huge drop. If you look back at the price of bitcoin on November 24th, 2011, you will notice that it was around $2.38. The price has fallen almost by 94% by dropping from $32 to $2. Since that time, this is the first time we have seen a steady drop in the Hash rate. If past was any guide, this is a great time to buy bitcoin.

This begs the question, what is the significance of Hash rate? Hash rate indicates the amount of energy and capital that an adversary to bitcoin has to spend, in order to execute a 51% attack. The more Hash power that goes to secure the network, that harder it is for Sovereign nations or any malicious actors to attack the Bitcoin network.

As an analogy, let us say I leave a $100 bill on a table and walk away and leave that table open for anyone to steal my money. If I don't guard it, someone will naturally steal my $100 bill. If I want security for my money, I will make sure to post a security guard. What does posting a guard do? If someone has to steal my money, they have to expend some physical energy and defeat my security guard and only then they can steal my money. Assume now that, on the same table I want to leave 1 billion dollars. Will I still have just one security guard protecting my money? No. Of course not. As the value of my money keeps going up, I need bigger security. I would expect may be 50 security guards if I am storing 1 million dollars and may demand 1000 security guards, if I have 1 billion dollars. If the place which is protecting my money only has 50 security guards, I will be open to storing only 1 million dollars. Why would anyone risk their billion dollars if there are not enough guards protecting money from adversaries?The bigger the amount you want to store, the bigger the security you need to ensure that no one can steal this money. The amount of money you can store in Bitcoin network is directly proportional to the hash power, that goes to secure it. Hash power cannot consume all electricity in the world, but it will continue to grow slowly as the bitcoin's valuation goes into trillions.

Bitcoin miners are effectively these security guards, who perform the task of protecting this money, so that they get rewarded in bitcoins for securing this network. They invest their own capital to maintain these data centers and spend their own fiat money on the electricity in order to receive rewards in the

form of coinbase rewards. Bitcoin miners provide this security service, which is a commodity service. Anybody can join this permission-less network and find the cheapest form energy that is available to them and compete globally with everyone to provide security to the bitcoin network. This industry is extremely competitive where the rates simply head to zero. It is a commodity business. For example, a pound of copper produced by one miner is identical to the pound of copper produced by another. Nothing actually differentiates a pound of copper as an industrial commodity. If left to free markets, the producer who has the cheapest marginal production costs wins this market. Hash rate is a commodity that is produced by these Bitcoin miners and supplied to secure the Bitcoin network, in order to receive bitcoins as the reward for their services.

What is really interesting is that as new unprofitable bitcoin miners leave the network, bitcoin has an interesting idea called, "difficulty adjustment". The basic idea is that no matter how many bitcoin miners are collectively working together to produce bitcoins, the emission rate of the bitcoin is set to generate a new block every 10 minutes on an average. If miners leave the network, difficulty algorithm becomes easier after every 2016 blocks. If new miners join the network, it makes the difficulty of finding the hash for the new block harder. It is quite remarkable because no matter how much energy humanity spends on mining bitcoin, it will not produce more bitcoins. If humans collectively spend more energy to find gold, we can increase the supply of gold. If we spend more energy and time, in producing new cars, we can produce more. If fiat money is demanded more, we know we can produce more of it. If we want to produce more goods of any kind, we can always make more, with the singular exception of bitcoin. That is what makes bitcoin very unique kind of commodity than anything else in the world.

Bitcoin mining difficulty adjustment



Bitcoin's immutable monetary policy ensures that people are incentivized to store their money in this network. When people view, bitcoin as a store-of-value, it automatically increases the demand bitcoin, and it increase bitcoin price. Higher prices will make bitcoin mining more profitable. This will encourage other people to start mining bitcoin. When new miners join the network, it does NOT make more bitcoins to be produced. Instead of producing more bitcoins, the difficulty algorithm becomes harder and continues the produce the same quantity of bitcoins as before. So currently this figure is set to be 12.5 bitcoins every 10 minutes.

By having a larger number of miners than before makes the bitcoin last longer and makes it more secure. Therefore, it incentivizes the new users to store more money in the network.

In case of all other commodities known tomankind, as the price rises, it automatically brings new entrepreneurs to produce more of that commodity and consequently bring the price down. In case of bitcoin, what we are experiencing today is a very rare phenomenon. When the price has dropped so much that it is no longer profitable for a big chunk of miners who closed their data centers. This does not lead to a death spiral because, as miners leave the hash rate falls. When hash rate falls, the difficulty adjustment becomes easier, but it will continue to produce bitcoins at the same rate. This will help stabilize the price and keep the feedback loop working. This process has started 1 month ago as many miners started shutting down their data centers as it costs at least $4500 in electricity to produce a bitcoin for many marginal producers of bitcoin.



For new comers to bitcoin, this process sounds crazy, Why are we trying to solve a difficult problem that is computationally very difficult and running close to 7 trillion laptops (total power consumed by the network) every second? That is the price we pay for an immutable ledger that cannot be controlled by any single individual or company or government. If someone needs to perform 51% attack on bitcoin network, they need to prepare to spend an enormous amount of capital in terms of setting up data centers and spend fiat money in order to successfully attack the network. All of the power of bitcoin comes from the fact that it has an immutable monetary policy, that is not controlled by any government. If someone is able to control the money supply of bitcoin, then I would say bitcoin's value will head to zero very quickly. That is the fundamental problem faced by the entire world today with central banks controlling our money supply. Bitcoin removes the centralized trust via proof-of-work ensuring that no one can bypass the consensus

rules.

As long as bitcoin can prove to the world that it has an immutable monetary policy, it will drain value from all asset classes like gold, fiat money, stocks and real estate into itself, just as water flows downhill following gravity.

Managing Partner

Email: sam@lkkurty.capital

© Copyright 2020 by Rosecityfund.com







Bitcoin continues to be in bear market, as the technology around it is improving at remarkable pace. Lighting is the second layer solution on Bitcoin base layer network for small payments. Twitter CEO, Jack Dorsey, recently announced that he is exploring the idea of enabling lightning payments in order to tip people when you like someone's tweets. In the same interview, he announced that he has plans to integrate Square app also with lightning payments.

As I got more interested in bitcoin, starting from 2014, I kept thinking about lot of questions which never crossed my mind in my entire life. These questions are,

- What is money?
- What characteristics produce sound money?
- How does money evolve in the human civilization?
- What factors contribute to the development of sound money?

- What role has government played with fiat money?
- How does the free market choose any commodity as money?

Austrian economists like Ludwig Von Mises, Murry Rothbard, F.A.Hayek and Guido Hulsmann have written extensively about these topics. One of key ideas described by these economists is that having more cars, more wheat, more corn and more health services etc is good for the society. These are known as consumable goods. They don't have any purpose other than being consumed. These consumable goods are exchanged for monetary goods. Monetary goods are accepted by the society for its ability to carry the value of the consumable item across space and time. People use up consumable goods while they hoard monetary goods in order to exchange them for other goods or services over time. The society is more prosperous when it increases its consumable goods. Society does not get richer simply by making more of monetary goods, whose sole purpose to is to store value across time and space.

Before we had fiat currencies, soundness of the money is determined by the natural properties of the stuff we have used as money. The amount of gold on earth is limited by laws of physics.Over several millennia gold has beaten all other commodities to reign supremely as the monetary good of the human civilization. The commodity which has the highest stock-to-flow ratio (SFR) is alway chosen as the best form money by the free markets. This ratio is defined as follows.

Stock-to-flow ratio     =

There is a clear difference between commodities, which can be explained by a consumption model (e.g. crude oil, copper, agricultural commodities) and goods that are bought in order to be held (gold, diamonds, works of art). While the economic utility of a consumable good is created when it is destroyed or used up, the utility of investment assets lies in their possession and later resale. Industrial commodities therefore have low stock-to-flow ratios, this is to say, inventories usually only cover consumption demand for a few months. If there were no inventories at all, supply would have to correspond exactly to production and demand exactly to consumption. However, if there are inventories, consumption can temporarily exceed production. Since inventories of consumable commodities are as a rule very low, prices will rise quickly in anticipation of a future supply shortage and bring consumption into balance with production.

Unlike consumable commodities, gold and silver exhibit a large discrepancy between annual production and the total available supply which is a high stock-to-flow ratio. The entire amount of gold ever mined totals approximately 190,000 tons. That is the stock or numerator in the equation. Annual production was about 3100 tons as of 2017. That is the flow. If one divides the two amounts, one arrives at the stock-to-flow ratio of currently 64 years. In other words, the inflation rate of gold is around 1.6393%, which is the inverse of 64.

Gold isn't as valuable because it is so rare, but quite the opposite. Gold is valued so highly because annual production relative to the existing stock is so small. If someone stores their wealth in gold, it is difficult for someone to dilute its value no more than 1.6%. When various commodities compete to become a form of money in a society, the money which has the highest StFR ratio always wins. It is because it is not convenient to have multiple forms of money in a society and people will naturally tend towards the best store of value. Usually the best store of value, is one which inflates the slowest or highest StFR.

As we have seen through out human history that if humans control money supply and they will definitely print more of it. We have hundreds of examples of failed fiat currencies. We can observe one in real time, which is currently happening in Venezuela. Bitcoin does away with the temptation to print money in an ingenious way. Satoshi was aware of our greed and fallibility-this is why he chose something more reliable than human restraint: Mathematics.

$$\frac{\sum_{i=0}^{32} 210000 \left\lfloor \frac{50 \times 10^8}{2^i} \right\rfloor}{10^8}$$

In the formula above, as time passes, every 4 years, bitcoin supply becomes smaller and smaller. Block reward started with 50 bitcoins for every block and halves after every 4 years. The next bitcoin halving is expected to happen in the first quarter of 2020. Since the supply of bitcoins continuously reduces leading to the denominator, 'flow' to reach close to zero. After the year 2140, this number makes the StFR ratio to be infinity.

Currently in the year 2019, this is ratio is close to 3.8%. Once the next bitcoin halving happens in 2020, this ratio suddenly drops down to 1.9% and over time it naturally becomes the hardest money ever invented, as no one can beat a fixed supply.





Rising stock-to-flow ratio of bitcoin when compared to Gold

In the initial years, the inflation rate of bitcoin is very high, even higher than some fiat currencies in the world. The world has never seen any fungible object as scarce as bitcoin, let alone a currency. There are 36 million millionaires in the world today, but only 17 million bitcoins. If every millionaire wants to own 1 bitcoin, there is not enough to go around. Once people realize how scarce this asset is, it becomes a natural store of value. It will gain market share from precious metals, fiat currencies, bonds, stocks, derivatives and even real estate. Crypto Assets will slowly grow to be an asset class that will compete with all other asset classes.

Sam Schechter

Managing Partner
Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com







It is exciting every day to see the cryptocurrency industry make huge strides in technical development. Lighting network capacity increased by 82% just in the past one month. This rapid pace of growth has not slowed down even a little bit despite all the bear market trends in price. What is even more exciting is that, this second-layer technology can be built on other alt-coins as well.

| Layer Names | Protocols |
|---|---|
| Application | HTTP, FTP, POP3, SMTP, SNMP |
| Transport | TCP, UDP |

From a layman's perspective, what is Internet? I would define it as an unstoppable network to transmit data packets from one computer to the other. Just above the hardware layer, resides the software code to transmit data across network. TCP(Transmission control protocol)/IP (Internet Protocol) enables the data packets to transmit with extreme reliability. TCP/IP transmits information by digitizing it and



| Networking | IP,ICMP |
| --- | --- |
| Datalink | Ethernet, ARP |
| **TCP/IP Networking Model** | |

breaking it up into very small packets with address information. After being released to the network, the packets can take any route to the recipient. Sending and receiving nodes at the network's edges disassemble and reassemble the packets to interpret the encoded data. This created an open, shared public network with no central authority responsible for its maintenance and improvement.It also eliminated the need for dedicated private lines and massive infrastructure, which were required to communicate data in the previous telecommunication architecture based on "circuit switching".

It is clear that TCP/IP has a huge impact on the economy and reshaped the world as we know it. It provided a reliable mechanism to transmit data packets, which was foundation for the entire Internet.

Bitcoin is very similar to TCP/IP. TCP/IP allows packets of data fly through the network reliably. Bitcoin protocol allows pieces of digital gold fly through its unstoppable network. One deals with data packets and other deals with 'value packets'. Money is nothing but a store of value, of someone's labour. Both enable these packets to fly through the network reliably. I would compare lightning network protocol to be similar to SMTP (Simple Mail Transfer Protocol). SMTP protocol enables people to send and receive emails. Many people may not know the name, but still Gmail, Yahoo mail, Hotmail are just various clients built on the top of SMTP protocol, which in turn relies on TCP/IP. When TCP/IP was originally introduced in 1980s people could not imagine all the things that will result from it. For example, in 1990s no one could have imagined all the applications that will come on the top of TCP/IP protocol. No one could envision all the applications like email, the whole Cambrian explosion of dot com companies, Google, Facebook, twitter, Netflix, Uber or Wikipedia that were built on the top of TCP/IP.

Bitcoin will evolve as protocol suite for transferring value across the network. Bitcoin as protocol is native to the internet. It was conceived on the internet, built and tested on the internet and is borderless just like internet. Sound money is much more fundamental to humans than sending data across the network. I believe, as the infrastructure for bitcoin network is built it will unleash the creative energy of the entrepreneurs and bring about a Cambrian explosion of new applications. We cannot even imagine the use cases for these applications, as someone in 1992 could not have imagined an application like Whatsapp or Skype. This revolution is going to unleash capitalism as sound money is fundamental to the existence of capitalism and borderless commerce.

Lightning network is enabling payments for something as small as 1 millisatoshi. 100 million Satoshis make a 1 BTC. Recently an artist, who created an artwork, which measured just as small as 1.44 X 1.75" and depicts a black swan collaged from the details of United States dollar bill and was sold for 1

millisatoshi ($0.000000037). Since we are able to spend amounts as small as a billionth of a dollar, transaction costs are pretty much dropping down to zero. This will enable new ways of paying, which was previously not possible by fiat money. You could pay for a movie or video clip based on how many seconds of the video you have watched and pay continuously every second to the content provider. If your transaction costs are close to 1 millisatoshi, you could have 100s of transactions every day as an individual and only pay as small as a millionth of a dollar. As the transaction costs slowly go down to zero, it will eliminate huge number of trusted intermediaries like PayPal, Mastercard or Visa.

Most investors like know ifthe bitcoin bear market is over. I use the charts put together by Willy Woo a lot, as it includes lot of fundamental on-chain metrics to derive the Bitcoin network value. One such indicator that I follow is Delta Cap. Delta cap is calculated as difference between two long-term Bitcoin moving averages.

Delta Cap = Realized Cap – Average Cap



When we calculate the market cap of bitcoin, it used the current price and multiplies by the current number of coins in circulation. In case of Realized Cap, it takes the price of the coin when it last moved through the blockchain. Realized Cap approximates the USD value paid for all the bitcoins in circulation. If I have purchased my 100 bitcoins at $1, it only counts as $100 instead of using bitcoin's current price. Moving averages are good, but indicators like 200-DMA are only limited to what happened in the last 200 days. Average Cap indicator is updated every day. It is a life-to-day, cumulative simple moving average that serves as a true mean of the whole history of market cap. This is a slow-moving average, as it removes all the volatility

Notice that Realized Cap bounces between market cap and Average Cap. in the chart above.



It is possible to calculate the ratio of Market-Value-to-Delta-Value (MVDV) Ratio, which based on the past history indicates that we are close to the bottom. As shown the chart above, the signal ratio touched 1 in December of 2018. This does not mean it will bounce above 2 very soon, but based on this indicator, we hit the bottom last December. Very few investors will catch the exact bottom, but we want to be roughly right instead of being precisely wrong.

Sam Ikkurty

Managing Partner

Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com



February 2019 Commentary

May 25, 2020

Home   About ›   Funds ›   Insights   Contact   Investors ›

ROSE CITY INCOME FUND





In this section I try to answer some of the criticisms against bitcoin from my friends who don't actively invest in crypto-assets. One question I hear frequently is – I am already wealthy and have considerable investments in stocks, bonds and real estate. I consistently generate returns between 5 to 10%. I am happy with the current financial system as it is. Why should I care to invest in bitcoin?

This is a valid question. If someone is already happy with the returns he could still continue to invest in stock market. However, the last 10 years of proven that crypto as an asset class has the best 10-year, 5-year, and 2-year track record than any other asset class in the world. Numerous studies have also proven than Crypto assets as an asset class has performed with zero correlation to stocks, bonds, or real-estate. That is a good reason to hold portion of your portfolio in crypto assets. It has been established in another research study, that if you held even just 1% of your funds in crypto and the other 99% in cash, you would have outperformed all indices by a big margin.

But there is another good reason why everyone should hold a portion of their savings in bitcoin. This is based on monetary history and Economics. Austrian Economists like Murray Rothbard, Mises and F.A.Hayek have argued extensively that in a free market, multiple forms of money compete to be the main medium of exchange for a society. Each society chose a different commodity as their money. Some chose cows, sea shells, tobacco leaves, glass beads, huge carved stones, silver, copper and gold all have played the role of money in various human civilizations around the world. When various commodities compete to be the money in a free market, the commodity which has the highest stock-to-flow ratio always wins. Stock-to-flow ratio is essentially the inverse of inflation. The commodity whose supply grows slowest (or the highest stock-to-flow ratio) is suitable as it loses the value the least

This picture shows a typical street in Venezuela. People are struggling for food and the capital city of Caracas did not have power for more than a week. All those pieces of paper, we see in the picture are Bolivars. Streets are filled with these printed notes and nobody wants them. People were working hard to save these little pieces of paper as a store-of-value of their labour. Obviously, it is not the fault of people that they used Bolivars to store their wealth, but the ignorant government that kept running the printing presses. But the price of this mistake was paid by all of the population who held their wealth in Bolivars. Those people who sought shelter from the storm in gold, US Dollars or bitcoin have survived just fine from this government induced hyper-inflation.



The implications of this are profound. In a society, if there are two competing currencies in a country, where currency A is inflating at a rate of 5% while the other currency B is inflating at a rate of 10%, what is the rational thing for a person to do? All those people who are holding either cash or other assets that are denominated in currency B, are going to lose the value against currency A. A person who is happily living with currency B for decades has no choice but to adopt currency A. This is not just idle economic theory. This can be seen in real life right now in those countries that are going through hyperinflation today like Venezuela, Turkey, Argentina and Iran. The dollar to bolivar conversion rate used to be close to 1:7 only 7 years ago. But now that ratio moved to 1: 3,800,000 in a matter of 6 years. Bolivar lost 99.99% of its purchasing power since April 2013. Even if there is a rich individual in Venezuela who is happy with his financial system in 2013, would have lost pretty much all of his wealth in a matter of 6 years for no fault. If he is prudent, he would have abandoned a currency that is growing at a rate of 30% and moved to the currency that is growing at a rate of 5% ( as is the

case with US Dollars), his wealth would have been preserved. This is a zero-sum game, where the loss of purchasing power of Bolivars is equal to gain of dollars. Money leaks from high-inflation currency to low inflation currency just as water flows downhill due to gravity. This is an inevitable process of free markets driven by natural forces of incentives, which act like gravity.

If multiple currencies are available in a market, the person who uses the currency that inflates the least (or the hard money) will always win against easy money. The person who uses easy money to store his wealth will be bankrupted by the person who uses hard money. Austrian Economists conclusively demonstrated that it is not possible for a person to insulate himself from this kind of wealth destruction caused by holding easy money. The assets of the person who is holding assets denominated in dollars in Venezuela, hold their value while the person holding his assets in Bolivars is continuously depreciating. If this process continues for a long time, hard money holders are slowly acquiring the assets of the easy money holders. The person who is holding the easy money could be Mother Theresa and the person holding hard money could be a crook. Market does not make any moral judgement about the individuals. It will still bankrupt Mother Theresa and pass those assets into the hands of a crook.

According to Ludwig Von Mises, the absence of control by government is a necessary condition for the soundness of money, seeing as government will have the temptation to debase its money whenever it begins to accrue wealth as savers invest in it. The Austrian theory of money posits that money emerges in a market as the most marketable commodity and most salable asset; the one asset whose holders can sell with the most ease, in favourable conditions. An asset that holds its value is preferable to an asset that loses value, and savers who want to choose a medium of exchange will gravitate towards assets that hold value over time as monetary assets. The network effects of money will eventually lead to one money to become the media of exchange. I have compared only two forms of money, Bolivars to US Dollars here. But this comparison can easily be extended to US Dollars to bitcoin.



Notice that volume of bitcoin traded in Venezuela went up by 10 times in one year, even though bitcoin trading volume is falling in many countries during 2018. The relationship between Bolivar to US Dollars is similar to US Dollars to bitcoin. US Dollars are expanding at a rate of 7% per year based on Federal Reserve's own numbers. At this rate, in 10 years it halves the purchasing power of your US Dollars.

Until bitcoin's invention, all forms of money were unlimited in their quantity and thus imperfect in their ability to store value across time. Even gold, the best money known to man, was expanding at a rate of 1.75%. Bitcoin's immutable monetary supply makes it the best medium of store the value produced from the limited human time, thus making it arguably the best store of value humanity has ever invented. Around the year 2140, there will be no new supply of Bitcoin, and the stock-to-flow ratio of bitcoin becomes infinite, the first time any commodity or good has achieved this. It is inevitable that just as US Dollar won against Bolivars as hard money, bitcoin will win against US Dollar as form of money that is harder than US Dollar.

Sam Ikkurty

Managing Partner

Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com



Home   About ›   Funds ›   Insights ›   Contact   Investors ›

ROSE CITY
INCOME FUND

# May 2019 Commentary

June 7, 2020





In the month of May 2019, IC fund returned 36.82% to the partners in the fund. The biggest invention in crypto markets is bitcoin, as sound money. It will have far reaching consequences on humanity than internet. This rabbit hole is deep with bitcoin and takes a while for people to understand the full impact of it. Another of our portfolio companies is Chainlink (LINK token), which I have described when it was trading around $0.4 in the month of February. Chainlink provides real-world data to smart contracts in a blockchain-agnostic fashion. This month, Google has announced an integration (not partnership) with Chainlink in providing real-world data to smart contracts running on Google cloud. Chainlink is also working on integrating with SWIFT VISA and Microsoft. This recent announcement with Google has pushed its price to $1.82 (as of today), but I believe we have barely even scratched the surface with its full impact.

We have added a new position, called LEO token, which was issued by iFinex, which is the parent company to Bitfinex. We started purchasing around $1.25. Bitfinex is one of the largest fiat-to-crypto exchanges in the world, which started its operations in 2012. It is smaller when compared to

Binance, but Bitfinex is in a different category as a fiat-to-crypto on-ramp. iFinex is the holding company for ethfinex, Bitfinex, Nectar, Crypto derivative exchange, EOSfinex, Tokinex ( fund-raising platform), Dazaar (distributed marketplace), Betfinex(online betting), and μFinex. It is difficult to cover all the details of Bitfinex's history here, but can be checked on its Wikipedia page. This diverse ecosystem of companies assures us of steady revenues.

What prompted Bitfinex to issue LEO? Bitfinex was using a payment processor company known as Crypto Capital. Crypto Capital had bank accounts in Poland and few other countries, where the bank accounts were frozen to the tune of $850 million. Crypto Capital was the custodian of the assets of the stable coin. Tether (USDT) which is issued by Bitfinex. Currently $3.4 billion dollars' worth of Tether are circulating in the market. Bitfinex claims that all the Tethers used are 100% backed by dollars in the bank. In April of 2019, NY Attorney General Letitia James filed a suit accusing Bitfinex of misrepresenting the degree to which Tether is backed. NYAG claims that Tether is not 100% backed by dollars in the bank, but only 73%. Many people expected the Tether price to collapse after the NYAG lawsuit. But the market completely ignored the lawsuit and now Tether is trading at a premium.

In view of the pending lawsuit, we need to ask is Bitfinex really trustworthy? Bitfinex suffered a hack in 2016, to the tune of 119,756 BTC ($72 M at that time). Most exchanges suffering such huge losses would have gone bankrupt. But Bitfinex, stopped the withdrawals on the exchange and uniformly distributed the losses to all the account holders. At that time, it minted a new token called BFX. At a conversion price of $1 for each BFX token, it deposited the BFX tokens to all the account holders. Most of the account holders suffered losses close to 36%, but received BFX tokens in return. Bitfinex later redeemed 100% of the BFX tokens for $1. As a result, in dollar terms all account holders recovered their losses. Bitfinex covered the hack from its own profits. It shows the ethics of the company. Bitfinex remained antifragile and came back stronger when faced with adversity.

This time, Bitfinex did not actually lose the money to hackers but, due to a government injunction, funds are frozen in a bank account. Bitfinex did not immediately reach Wall Street to raise money. It managed to raise $1 billion dollars from its customers in 10 days. It received $1 billion dollars from customers and issued them 1 billion tokens of LEO in exchange, in a private sale. The fact that it was able to raise $1 billion from its customers show how much confidence Bitfinex's customers have on the company to sustain itself. We believe this is a good model for the industry. It shows that the crypto industry can thrive without needing help from venture capitalists, investment bankers and even stock exchanges. According to Bitfinex CTO, Paolo Ardoino, the amount was raised by a "legion of inside and outside users" who invested over $1 million each, as well as several giants and private companies that invested more than $100 million each. It was also reported that more than 80% of this $1 billion was raised from 15 people around the world. So, most of the investors are really quite wealthy and most of the supply is held in strong hands. Bitfinex has remained a very profitable business, with $570 million in revenue, generating a gross profit of $418 million, with just 90 employees. This table was presented from their white paper.

| 2017 | 2018 |

**Bitfinex Profitability**

| Gross Profit[1] | 333.5M | 418.2M |
|---|---|---|
| Expenses | 6.8M | 14M |
| Net Profit | 326M | 404M |
| Team Size | 35-60 | 60-90 |
| Dividends to Shareholders[2] | 245.959M | 261.669M |

Next question, we need to ask is why would these rich investors give them $1 billion for these 1 billion LEO tokens? iFinex is the main holding company with numerous lines of businesses, with Bitfinex being one of them. iFinex want to use LEO token as a fuel on all its operations. It is used to pay for Maker fees, taker fees, margin lending fees, withdrawal fees, used as collateral for margin loans, used as collateral for derivatives, deposit fees and many others as described in the whitepaper. Bitfinex will also take a minimum of 27% of their revenues (not profit) every day and use it to buy them in the market and burn the tokens out of circulation till all the tokens are burnt. Bitfinex does not care about the price of LEO token in the market. It does not care if its price is $1.75 (current market price) or $10,000. It simply takes 27% of previous day's revenues, buys the tokens in the market and burns them via a SmartContract, which is publicly verifiable. There are 3 more additional values:

1. 95% of any funds recovered from Crypto Capital will be used to buy and burn LEO tokens. This could increase the burn by $850 million

2. At least 80% of the funds recovered from 2016 hack of 119,756 BTC will be used to buy and burn

3. iFinex may also burn LEO tokens that were used to pay trading fees on any of its other platforms, which also have potential for huge revenue growth

Next question, we need to ask is why would these rich investors give them $1 billion for these 1 billion LEO tokens? iFinex is the main holding company with numerous lines of businesses, with Bitfinex being one of them. iFinex want to use LEO token as a fuel on all its operations. It is used to pay for Maker fees, taker fees, margin lending fees, withdrawal fees, used as collateral for margin loans, used as collateral for derivatives, deposit fees and many others as described in the whitepaper. Bitfinex will also take a minimum of 27% of their revenues (not profit) every day and use it to buy them in the market and burn the tokens out of circulation till all the tokens are burnt. Bitfinex does not care about the price of LEO token in the market. It does not care if its price is $1.75 (current market price) or $10,000. It simply takes 27% of previous day's revenues, buys the tokens in the market and burns them via a SmartContract, which is publicly verifiable. There are 3 more additional values:

1. 95% of any funds recovered from Crypto Capital will be used to buy and burn LEO tokens. This could increase the burn by $850 million

2. At least 80% of the funds recovered from 2016 hack or 119,756 BTC will be used to buy and burn

3. iFinex may also burn LEO tokens that were used to pay trading fees on any of its other platforms, which also have potential for huge revenue growth

Scarcity and utility drive value. The market cap of LEO today is $1.25 billion, which is the multiplication of market price of $1.25 with the supply of 1 billion tokens. The market cap of LEO can stay the same but still the price can go higher. Bitfinex has been highly transparent about their burn mechanism and have established a website, where it shows the number of tokens that are being bought and burnt at https://leo.bitfinex.com/. The supply already started shrinking down to 999,698,921 from the burning that happened so far in the month of June. Here is another site, that shows real-time statistics pulled independently from blockchain: https://leoburn.org/. We projected the burn rate into the future to predict the potential investment returns.

Scarcity and utility drive value. The market cap of LEO today is $1.25 billion, which is the multiplication of market price of $1.25 with the supply of 1 billion tokens. The market cap of LEO can stay the same but still the price can go higher. Bitfinex has been highly transparent about their burn mechanism and have established a website, where it shows the number of tokens that are being bought and burnt at https://leo.bitfinex.com/. The supply already started shrinking down to 999,698,921 from the burning that happened so far in the month of June. Here is another site, that shows real-time statistics pulled independently from blockchain: https://leoburn.org/. We projected the burn rate into the future to predict the potential investment returns.

| LEO token: Price($) | 1.25 | | | | | | All numbers in millions | | |
|---|---|---|---|---|---|---|---|---|---|
| Month-Year | 6/2019 | 6/2020 | 6/2021 | 6/2022 | 6/2023 | 6/2024 | 6/2025 | 6/2026 |
| Revenue($) | 570.00 | 627.00 | 689.70 | 758.67 | 834.54 | 917.99 | 1009.79 | 1110.77 |
| Market cap($) | 1250.00 | 1375.00 | 1512.50 | 1663.75 | 1830.13 | 2013.14 | 2214.45 | 2435.90 |
| Available for burt($) | 153.90 | 169.29 | 186.22 | 204.84 | 225.32 | 247.86 | 272.64 | 299.91 |
| Available per month($) | 12.83 | 14.11 | 15.52 | 17.07 | 18.78 | 20.65 | 22.72 | 24.99 |
| Tokens outstanding | 1000.00 | 876.88 | 741.45 | 592.47 | 428.60 | 248.34 | 50.05 | -168.06 |
| tokens burnt in a year | 123.12 | 135.43 | 148.98 | 163.87 | 180.26 | 198.29 | 218.11 | 239.93 |
| As a % of 2019 tokens | 12.31 | 13.54 | 14.90 | 16.39 | 18.03 | 19.83 | 21.81 | 23.99 |
| | | | | | | | | | |
| Expected price($) | 1.25 | 1.57 | 2.04 | 2.81 | 4.27 | 8.11 | 44.24 | 😊 |

We have half-jokingly included the last column, to make a point. That indicates that token supply will reduce to a negative number, which is absurd.

Based on this projection, somewhere between 6/2026 and 6/2027 all the tokens will be burned from circulation. We estimated the Bitfinex revenues based on its current trading volume of $300 million per day and calculated the fees. We made two very conservative assumptions, in this projection to show the potential for the price appreciation.

1. Bitfinex revenues will grow at a rate of 10% every year.

2. As Bitfinex purchases tokens in the market, it will not increase its market cap.

Assumption #1: Based on the past history, Bitfinex revenues have grown faster than 10%. crypto market is still very small portion of the world at close to 1% of the world's population. As bitcoin grows higher and proves itself as a global currency it can be used by 50% of the world in the coming decades. Since it collects its fees in crypto assets like BTC, ETH any increase in the price of bitcoin or Ethereum in dollars will drive up its revenues very high, when measured in dollars. iFinex is planning to launch a derivative platform similar to Bitmex, which can grow revenues. Bitmex currently trades a notional value of $123.37 billion per month or $1 trillion on an annualized basis. Bitfinex received $1 billion of new capital from its customers to continue expanding into new lines of business.

Assumption #2: Scarcity drives the prices up. If the current market cap is $1.25 billion, if Bitfinex purchases say 10 million tokens and burns them, it has to push the price up. This is due to the fact that if the demand stays the same but supply decreases, price must increase. This assumption is the reason why the token supply projection is negative by 6/2026 and really will prove that this assumption is wrong. However, to be on the conservative side, we are simply dividing the market cap by the number of circulating tokens to arrive at the future price. In reality, Bitfinex will be able to buy fewer tokens, as the price will keep going up with each purchase.

With the bull case in mind, we can explore events that could potentially have negative effects on LEO token price. If Bitfinex is shut down by regulators, it will not be able to buy back these tokens. Some people can attempt to front-run the LEO buyback by buying before Bitfinex buys and then quickly sell after the price increase. However, Bitfinex has decided to randomize the time every hour so that people cannot predict at what exact time of the hour, they buy the tokens back.

Economic incentives drive people's actions. If we understand the incentives of all the participants in an economic transaction, we can predict the outcomes with reasonable probability. All the original investors in this token have deep pockets. They will be able to hold out longer than most small investors. Why do they need to sell their tokens, if they already know that Bitfinex is going to buy them? The most patient investor who will never sell at any price will reap the benefit from the impatient investors. In a centralized system like stock market, minority shareholders are forced to redeem their shares, even if they don't like. Not so, on a decentralized blockchain. In fact, an investor who has even 1000 tokens could be the last person on the

planet to sell to test how high it can go. What will be token price when only 1 million tokens are left? If the market cap at 1 million tokens is say, 10 billion dollars (which is only 5 times the current marketcap) each token should be valued at $10,000. Even if the price of each token is $10,000 an investor could simply wait and decide to sell when the supply reaches say 500,000 tokens to get a better price. A rational investor will always hold, knowing that there is an automated, predictable buyer (whose revenues are growing every day) to buy his assets.

LEO token is a store of value. Bitfinex provides the picks and shovels to the crypto gold-rush. Bitfinex is the digital casino for crypto assets which is open 24 hours a day, 365 days in a year, and makes money both in bull and bear markets. Holding LEO token is akin to buying the royalty to the stream of revenue from this digital casino in perpetuity. It is scarcity on steroids. Bitfinex will be snatching out tokens from one impatient investor at a time, one by one, relentlessly, every hour of the day in perpetuity. This grand experiment will only stop when all of them are taken out. Bitfinex creates demand for the token every day with its services, while continuously reducing its supply. It is interesting to see how the game theory plays out between investors, traders and Bitfinex on a global scale.

© Copyright 2020 by Rosecityfund.com



Home    About ˅    Funds ˅    Insights    Contact    Investors ˅

# June 2019 Commentary

June 8, 2020

ROSE CITY
INCOME FUND





In this month's letter I would like to talk about one of the companies in our Portfolio: Chainlink. We first started purchasing $LINK tokens around $0.45 in the month of April. Please read the previous description from the March newsletter to understand the nature of its business. In June, they have announced a new collaboration with Oracle Software to enable 50 qualified start-ups to sell data on Chainlink's decentralized platform. In September, Chainlink is expected to announce a partnership with Microsoft and with bank conglomerate. SWIFT. This integration was announced after their integration with Google. Chainlink has announced its MainnetLaunch in June. It has been a month, but many new partnerships are being announced very frequently.

Chainlink is as fundamental to blockchain as Google is to the Internet. Chainlink provides access to decentralized real-world data to blockchains. You can imagine it as a toll-bridge between the real-world data and blockchains, where this toll bridge is owned by all the token holders of Chainlink. Chainlink raised $32 million from the ICO, while issuing a total of 1 billion $LINK tokens. Out of these 1 billion tokens, 35% is reserved for Node Operators, 35% was sold to public and 30% will go to the company for continued development. When we analyse the company we investigate all aspects of its technology, team, ability to execute, competitors and the economics of the token. This month, we like to focus more on the token economics and how this token accrues value.

Chainlink platform allows Smart Contract Applications(SCA) to purchase real-world data from its node operators. This data could be any real-

world data such as sensor feeds, published interest rates of 10-year US Treasuries, GPS location data, the market price of a security, etc. These SCAs are every kind of application you can imagine and many that we cannot imagine. These SCAs will be developed by insurance companies, banks, bond holders paying coupons, real-estate transactions,institutions issuing credit default swaps, and more.

How big is this market? OTC Derivative market alone is worth close to $595 trillion.For a recent example, World Bank raised A$110 million Australian dollars ($80 million) by issuing a two-year bond entirely on the blockchain using Chainlinks decentralized oracle solution. Chainlink nodes will be paid in LINK tokens only. SCAs cannot use fiat money, as it is useless on the blockchain – all Chainlink transactions will be conducted on-chain in LINK. SCA operators can spend fiat money purchasing oracle services, but it must be converted into LINK tokens at the market pricebefore it can be moved on-chain. Chainlink node operators are providing very high value data to the SCAs. Node operators can be any institution or individual, which imposes huge risks to the operations of SCAs. To reduce this risk SCAs will ask node operators to post collateral before providing any data. This helps ensure that any dishonest individuals or institutions who provide bad data aredisincentivized – operators that provide false data are financially punished as their collateral is forfeited to the SCAs. Individual SCAs can also demand a highlevel of collateral and reputation score for their application in order to mitigate risks. The system allowsqualified node operators to earn LINK token fees from SCA developers, providing financial incentive to provide and maintain quality node operation and data provision services.

The business process (in this case, to issue a bond) can be described as below:



Chainlink system is designed mainly for institutions to automate various business operations, eliminating the trusted third parties. You can imagine these node operators to be major companies in the Fortune 500: Google, Oracle, commercial banks, S&P, Moody's, etc. All these Node Operators need to own LINK tokens and stake them as collateral in order to be able to service SCAs. The supply of available LINK tokens can never increase and is set to 1

billion. The crypto markets bring a very new concept that does not exist in traditional stock markets, which is scarcity. In my previous letter, I have described Bitcoin and LEO token. Let us compare the LINKtoken economics to Bitcoin and LEO.

In the case of bitcoin, the maximum number of tokens is fixed at 21 million. We are aware that it will not reach that number till year 2140, but after year 2040 or so, the rate of growth is very slow, which is as good as being a fixed supply. Therefore, as the demand for BTC increase as a store-of-value or as medium of exchange increases, it will automatically make the price go up. Why? In a free market, supply and demand of any commodity will determine its price. If the supply is fixed, the only mechanism available to accommodate the increase in demand is by raising the prices.As people want more bitcoin, its price must increase over a long enough horizon. If the demand for bitcoin falls, it will also reduce the price of bitcoin, as the supply cannot change. In the case of LEO, the token supply will continuously reduce due to Bitfinex's constant buying which will cause the price to slowly increase over time.

In case of LINK, it has better token economics than both BTC and LEO. We expect that the total value of SCAs will continue to rise with time, as this market is already enormous. Once established, there is a constant demand from SCAs to purchase LINK tokens if they need to utilize Chainlink Oracle services. These SCAs can purchase as much LINK as needed using fiat money, which can only grow towards infinity. They may use unlimited fiat money to purchase a small percentage of the limited token supply of LINK. When SCAs use this LINK to pay node operators, they would expect the node operators to stake their own tokens first in a smart contract. Staking effectively removes the LINK tokens from circulation and locks them up in the smart contract during the period the contract is open. As a result, the more demand there is for LINK token, the more gets locked up into smart contracts and thus the available supply decreases. It creates a wonderful feedback loop. The more people want it, the less of it is available. Therefore, the price has to go up over long-term. Any investors like us that understandthis token economics will immediately rush to buy. That will cause the price to go even higher. Node operators will be reluctant to sell as they need to keep their stash in order to provide services to the SCAs.

Node operators' ability to earn these LINK tokens is purely determined by how many tokens they are willing to stake. If World Bank is issuing a bond for $50 billion, they would expect the node operators to put up say a collateral of even 2%, node operators have to post tokens worth a billion dollars. This allows them to earn more LINK tokens by servicing the SCAs. It is similar to receiving interest for depositing money in a bank account, but with a big difference. Receiving interest on fiat money bank deposit is good, which facilitates compounding of money. But it has two big problems. First, your counterparty can go bankrupt (ex: Enron, bonds, Argentina treasuries, etc.). Second, you are constantly losing value via inflation as new money is continuously being printed. If you receive an interest of 2%, but your currency is inflating at a rate of 6%, the purchasing power of your fiat money is decreasing at a rate of 4% (or −4%). Interest-generating cryptocurrency such as LINK fixes both problems. Your interest is paidout of a fixed supply of tokens (fixed supply sets the inflation to 0%) and there is no counter-party risk as it is being managed by a smart contract on a decentralized network.

Another analogy I can use to describe this is by using bitcoin. Currently if you own bitcoin in your wallet, there is nobody who can pay you an

interest in bitcoin. Even if they agree to pay say 2%, how can they can pay if the bitcoin price keeps rising? The interest payment in BTC has to come from the existing holders or miners. It cannot be created from thin air using fractional reserve banking. Imagine if you could hold bitcoin in a wallet and you are able to earn interest in bitcoin, without trusting any third party. Also imagine that the more bitcoin you held in your wallet, the larger your interest percentage payment is. In this kind of situation, will any holder of bitcoin have any incentive to sell? No. Since your interest payments are coming in the form of scarce fixed supply tokens, you know it will appreciate in price. This will lockup increasing amounts of LINK in contracts and continuously reducing the supply. This incentive will push the price higher bringing new investors who again want to buy for its investment value to receive interest payments as passive income.

These feedback loops continuously drive the prices higher. This makes the team allocation of 350 million LINK tokens more and more valuable with time. This allows the team to expand and hire better programmers and improve the tools available for this decentralized network. This strengthens its network even more as it will have more funding resources to build better developer tools. This widens its moat every day, increasing the demand for its decentralized network. SCAs will continue to demand more data, which will continuously increase its demand. Node operators have no incentive to sell. Why would anyone be interested in selling when they are not only gaining passive income, but a passive income in a token that can only appreciate in price?

Can competitors displace Chainlink? It is hard to displace Chainlink due to many reasons.

- Access to banking infrastructure and APIs to SWIFT and major banks as ground level partners
- Chainlink's Intel partnership allows it to build SGX technology chipset
- Centralized Oracle services are not dependable for high value transactions. The incentives of this network remove the bad actors via staking

The network effects of Chainlink and its first movers advantage propel it forward. This interface for the real-world APIs and data feeds is a natural monopoly. We expect an announcement with SWIFT in late September and another announcement with Microsoft in August. The team has ensured that there is large institutional support for this project. We believe future is bright for Chainlink.

Managing Partner
Email: sam@ikkurty.capital

© Copyright 2020 by Rosecityfund.com







Portfolio diversification is the practise of spreading your investments around so that your exposure to any one type of asset is limited. This practise is designed to help reduce the volatility of your portfolio over time. Traditionally, most investors are advised to divide their portfolio into US stocks. Foreign Stocks, Bonds, Real estate and Cash. To simply things, most investors are advised to put 60% stocks and 40% bonds. Such a simple portfolio would have outperformed many complex strategies. The primary goal is not maximize returns but to reduce the volatility of the portfolio.

In 1982, investors could get 15% yield on 10-year treasuries and invest in S&P 500 at 7x yearly earnings. But today the yield on 10-year treasuries is 1.52% and investors are ready to pay 21x earnings for S&P 500. Some of the traditional method of allocating portfolios no longer works in the current environment. These portfolio allocations made sense in an environment where interest rates were over 7%, for big part of 20th century. Today, over $16 trillion dollars worth of bonds have negative yield. The first day you purchase 50-Year Swiss government bond with a yield of -0.45%, you are guaranteed to lose money every year. This is the result of relentless easy money policies of central banks all around the world.

## Negative debt tops $16tn

Market value of the Bloomberg Barclays Global Negative Yielding Debt Index ($ trillion)



Source: Bloomberg
© FT

Gold tends to perform well in the tumultuous times, as investors tend to seek shelter in a safe-haven asset with an established history for millennia.

Bitcoin is digital gold. It has the same good characteristics of gold such as protection of wealth from inflation and tends to move up when stock market goes down. The market forces that drive the demand for bitcoin are entirely different from traditional stock markets or bond markets. Numerous studies have shown that bitcoin has no correlation to equities, fixed income, gold or oil. This makes it an ideal asset class to own to preserve wealth and to reduce risk.

One of the most commonly used risk-adjusted return metrics is Sharpe ratio, which measures the excess return for a given level of risk. Sharpe ratio is useful because unlike other risk-adjusted return metrics it does not require a benchmark. Usually a Sharpe ratio greater than 1.0 is considered good and a ratio of 3.0 is considered excellent. Any ratio below 1.0 is considered sub-optimal. The following chart from Messari shows that Bitcoin's Sharpe ratio is 1.27, where as S&P 500 which is the next best is at 0.82 and gold is at 0.39. Usually most asset managers recommend dividing the portfolio 60% to equities and 40% to bonds. Just adding 10% of the portfolio to bitcoin improves the return from 40% to 177%, while also increasing the Sharpe ratio from 0.85 to 1.09. I think it is quite remarkable that it increase the returns and also improved the risk measure.

| M MESSARI | Portfolio | ROI | Annualized Return | Sharpe |
|---|---|---|---|---|
| Addition of BTC to hypothetical portfolio | 60% Equity / 40% bonds (No Rebalancing) | 40% | 6.3% | 0.85 |



Another study conducted by another quantitative analyst, shows that even holding 1% of your portfolio in bitcoin and 99% in cash would have beaten the returns of S&P 500. This means that even if bitcoin price goes to zero, your maximum loss is only 1%. This comparison was done against US Treasury bonds, Gold and S&P 500. I found this to be quite remarkable.



Risk (max annual loss)

A portfolio consisting solely of bonds has a maximum annual loss of close to 9%, but only produces a return of 6% over a 10-year period. Holding S&P 500 index would have increased the return to 8%, but would have increased the risk. Your maximum annual loss with S&P 500, would have been 40% in the span of 10 years. Adding bitcoin has increased the returns and reduced the risk of loss. Since it is only 1% of the portfolio, most people can afford to take a risk with bitcoin.

The chart below shows that having a 5% exposure to bitcoin would have better returns on every 4-year period from 2010.



It is obvious that bitcoin will not have the same returns as 2010, but it still increases the return while simultaneously reduces the risk. This fact alone makes me think that the wallstreet is going to realize how Crypto-assets are going to increase the returns with less risk and huge institutional players will enter this market. Intercontinental Exchange has received the approval to launch their Bakkt platform on September 23 [rd] for institutional investors. This will help institutional adoption of bitcoin.

© Copyright 2020 by Rosecityfund.com





ffff

Case: 1:22-cv-02465 Document #: 10-2 Filed: 05/10/22 Page 132 of 201 PageID #:279



Date of the Post: April 1st, 2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5 cents. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47lR4eK0fD2ySaP88LM9U46vO7p6mi80KSfqu00DI/edit#gid=366963260

Today we have received 52.96 SUSD tokens and 1978.55 SNX tokens. In order to receive we have staked, 171311.47 tokens of SNX. The calculations of yield are shown in the screenshot below.





- All the data is public and anyone can verify our track record including the time-stamp and the rewards generated are calculated to the 18th decimal place. This is untamperable and publicly verifiable by anyone anywhere in the world.

- What this shows you is:

Col A: time stamp of the transaction

Col B: The amount of SUSD we received as our share of transaction fees

Col C: The amount of SNX tokens as our share of transaction fees

Col D: Price of SNX on the date of the transaction. **This is manually entered by me, but can be verified.**

Col E: The total number of SNX tokens staked on that date

Col F: Mining income is calculated as Col B + Col C * Col D (susd + snx * mkt price)

Col G: $ value of SNX staked. Col E * Col D ( staked tokens * mkt price in $)

Col H: Weekly yield calculated my Col F / Col G ( staking income / $ value of staked tokens)

Col I: Annual yield (1+ Col H/100) ^52  ( weekly yield rate to the 52nd power -1)

Col J: Etherscan is a public website to verify a transaction on Ethereum blockchain.

© Copyright 2020 by Rosecityfund.com







Date of Post: April 8th, 2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ a market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5 cents. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47fR4eK0fD2ySaP88LM9U46vD7p6mI80KSfqu0ODl/edit#gid=369963260

Today we have received 26.49 SUSD tokens and 1729.50 SNX tokens. In order to receive this income, we have staked. 225724.81 tokens of SNX. The calculations of yield are shown in the screenshot below.

RCIF Proof-of-stake_mining_income_track record

File Edit View Insert Format Data Tools Add-ons Help

| Date | sUSD Claimed | SNX Claimed | Price of SNX on date of transaction staked | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield (F/G1%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/2020 14:54 | 52.96 | 1,978.55 | 0.59 | 1.73311.47 | $1,200.30 | $102,073.32 | 1.207340473 | 86.648565328 | https://etherscan.io/tx/0x8bd11da191bad6a1326 |
| 04/08/2020 15:41 | 26.49 | 1,729.50 | 0.74 | 2.25724.81 | $1,906.12 | $167,505.12 | 0.780557274741 | 40.941339963 | https://etherscan.io/tx/0xb1181e2b2d4bad11dfc |
| | | | | | | Average Yield generated | 68.29599212 | | |



© Copyright 2020 by Rosecityfund.com







Date of Post: April 15th, 2020

At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47fR4eK0fD2ySaP88LM9U46vO7p6ml80KSfqu0ODl/edit#gid=366663260

Today we have received 58.13 SUSD tokens and 1570.84 SNX tokens. In order to receive this income, we have staked, 232902.64 tokens of SNX. The calculations of yield are shown in the screenshot below.





| | | transaction | staked | mining income | SNX staked | (I/G) (%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|
| 2 | 04/03/2020 - 14:54 | 52.96 | 1,978.55 | 0.59 | 171111.47 | $101,073.72 | 1.207140473 | 86.64850528 | https://etherscan.io/tx/0x880d1b6a1f61 e6fc421 |
| 3 | 04/08/2020 - 15:43 | 26.49 | 1,729.50 | 0.74 | 225724.81 | $1,306.32 | $167,036.86 | 0.782051272747 | 49.94341896 | https://etherscan.io/tx/0x881181c2b2c11b1ce431 |
| 4 | 04/15/2020 - 18:36 | 58.13 | 1,520.84 | 0.65 | 732902.64 | $3,079.18 | $151,386.72 | 0.7128604315 | 44.68263436 | https://etherscan.io/tx/0x278a6bd80c27bdf0b8 |
| 5 | | | | | | Average Yield generated | | **60.42487287** | |

© Copyright 2020 by Rosecityfund.com







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ a market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47IR4eK0fD2ySaP88LM9U46vO7p6ml80KSfqu0DDl/edit#gid=369563260

Today we have received 18.05 SUSD tokens and 1491.38 SNX tokens. In order to receive we have staked, 228980 tokens of SNX. This produced a annualized yield of 40.96% APY. The calculations of yield are shown in the screenshot below.

RCIF_Proof-of-stake_mining_income_track record

File Edit View Insert Format Data Tools Add-ons Help

| Date | $USD Claimed | SNX Claimed | Price of SNX on date of transaction | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield [E/G] (%) | Annual yield[N%] | Verification URL |
|------|------|------|------|------|------|------|------|------|------|
| 04/01/2020 -14:54 | 52.96 | 1,928.55 | 0.59 | 171311.47 | $1,120.30 | $101,073.77 | 1.207140473 | 86.64856528 | https://etherscan.io/tx/0x08bd3181a193ae5d21... |
| 04/06/2020 -15:43 | 26.49 | 1,729.50 | 0.74 | 225724.81 | $1,206.32 | $162,036.36 | 0.782057247 | 49.94141896 | https://etherscan.io/tx/0x9133e1a29c131ecb13... |
| 04/15/2020 -18:36 | 58.13 | 1,570.64 | 0.65 | 232490.64 | $1,079.34 | $151,386.77 | 0.712964335 | 44.48263416 | https://etherscan.io/tx/0x0b0fa129ba4de80c77b9f604d... |
| 04/22/2020 -15:21 | 18.05 | 1,491.38 | 0.71 | 229985.00 | $1,076.94 | $156,529.80 | 0.662612703 | 40.96231819 | https://etherscan.io/tx/0x29a0fad46fd4b3544... |

Average Yield generated | 55.5591842

© Copyright 2020 by Rosecityfund.com



Home    About >    Funds >    Insights    Contact    Investors >

Mining Income Update – 4/29/2020

April 29, 2020





At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47fR4eK0fD2ySaPS8LM9U46vO7p6mt80KSfqu0ODl/edit#gid=369963260

Today we have received 46.23 SUSD tokens and 1458.41 SNX tokens. In order to receive we have staked, 209934.00 tokens of SNX. This produced a annualized yield of 45.28% APY. The calculations of yield are shown in the screenshot below.

RCIF_Proof-of-stake_mining_income_track record

| Date | $USD Claimed | SNX Claimed | Price of SNX on date of transaction | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield ($/$)(%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/2020, 14:54 | 52.96 | 1,978.55 | 0.59 | 171,311.47 | $1,220.30 | $101,073.77 | 1.20724(0.92) | 86.64956528 | https://etherscan.io/tx/0x980cf13&b19f1eof5c12 |
| 04/08/2020, 15:41 | 26.49 | 1,729.50 | 0.74 | 225,724.81 | $1,306.32 | $167,016.36 | 0.78205(272.47) | 40.94341896 | https://etherscan.io/tx/0xb811fe2d9c193cefa13 |
| 04/15/2020, 18:36 | 58.13 | 1,570.84 | 0.65 | 232,902.64 | $1,079.18 | $151,186.72 | 0.7128604335 | 44.68263436 | https://etherscan.io/tx/0x228ebfab862f28ef6ed |
| 04/22/2020, 15:21 | 18.05 | 1,491.38 | 0.71 | 228,980.00 | $1,076.93 | $162,575.80 | 0.6624170387 | 40.96211819 | https://etherscan.io/tx/0x0a3829d4a9b4d1e244 |
| 04/29/2020, 12:59 | 46.23 | 1,458.41 | 0.84 | 209934.00 | $1,271.79 | $176,344.50 | 0.7200150082 | 45.28555995 | https://etherscan.io/tx/0xe8f41766b4fbd0587d0c |
| | | | | | Average yield generated | | | 53.50445927 | |

Sam Skkurty

Managing Partner

Email: sam@jkkurty.capital

© Copyright 2020 by Rosecityfund.com



Home   About ˅   Funds ˅   Insights   Contact   Investors ˅

# Mining Income Update – 5/6/2020

May 6, 2020

ROSE CITY
INCOME FUND







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47lR4eK0fD2ySaP88LM9U46vO7p6ml80KSfquO0DI/edit#gid=365963260

Today we have received 34.73 SUSD tokens and 1365.09 SNX tokens. In order to receive we have staked, 203003 tokens of SNX. This produced a annualized yield of 43.17% APY. The calculations of yield are shown in the screenshot below.



RCIF_Proof-of-stake_mining_income_track record

File Edit View Insert Format Data Tools Add-ons Help

| Date | zUSD Claimed | SNX Claimed | Price of SNX on date of transaction | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield [F/G] (%) | Annual yield (%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/2020 14:54 | 52.96 | 1,978.55 | 0.59 | 171311.47 | $3,220.30 | $101,073.77 | 1.2073404473 | 86.6485652? | https://etherscan.io/tx/0x68... |
| 04/08/2020 15:43 | 26.49 | 1,229.50 | 0.74 | 225724.81 | $3,306.32 | $167,036.36 | 0.7829572747 | 49.94341996 | https://etherscan.io/tx/0x83... |
| 04/15/2020 18:36 | 58.33 | 1,570.84 | 0.65 | 232902.64 | $3,079.18 | $151,386.72 | 0.7128604335 | 44.68267436 | https://etherscan.io/tx/0x78... |
| 04/22/2020 15:21 | 19.05 | 1,491.38 | 0.71 | 228981.00 | $3,076.93 | $162,275.38 | 0.6634170187 | 40.96213497 | https://etherscan.io/tx/0x9a... |
| 04/29/2020 12:59 | 46.23 | 1,458.41 | 0.84 | 209938.00 | $3,271.29 | $176,348.56 | 0.7209150087 | 45.28550955 | https://etherscan.io/tx/0x01... |
| 05/06/2020 17:20 | 34.73 | 1,365.09 | 0.85 | 203003.00 | $3,195.06 | $172,652.55 | 0.6925253922 | 43.17504901 | https://etherscan.io/tx/0x6b... |

Average Yield generated    51.78289989

© Copyright 2020 by Rosecityfund.com







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ a market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5 cents. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47IR4eK0fD2ySaP88LM9U46vO7p6ml80KSfqu0DDI/edit#gid=366963260

Today we have received 19.02 SUSD tokens and 1439.64 SNX tokens. In order to receive we have staked, 228983 tokens of SNX. This produced a annualized yield of 39.31% APY. The calculations of yield are shown in the screenshot below.



RCIF_Proof-of-stake_mining_income_track record

File Edit View Insert Format Data Tools Add-ons Help    Last edit was seconds ago

| Date | AUSD Claimed | SNX Claimed | Price of SNX on date of transaction | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield [(F/G) (%)] | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/2020 - 14:54 | 52.96 | 1,578.55 | 0.59 | 171311.47 | $1,220.30 | $101,073.77 | 1.20734047(3) | 86.64856528 | https://etherscan.io/tx/0x88bd1bba19b3ed5621 |
| 04/08/2020 - 15:43 | 26.49 | 1,729.50 | 0.74 | 225724.81 | $1,306.32 | $167,036.36 | 0.78205722(47) | 49.94341896 | https://etherscan.io/tx/0x8118122b2c91ce44ff |
| 04/15/2020 - 18:36 | 58.13 | 1,570.84 | 0.65 | 232902.64 | $1,027.18 | $151,386.72 | 0.71286043(35) | 44.68763436 | https://etherscan.io/tx/0x78ca0abb42b0bad |
| 04/22/2020 - 15:21 | 18.05 | 1,491.38 | 0.71 | 238980.00 | $1,026.93 | $162,525.80 | 0.66241703(87) | 40.96211819 | https://etherscan.io/tx/0x829405eebdd6b4b22e41 |
| 04/29/2020 - 13:59 | 46.23 | 1,458.41 | 0.84 | 209934.00 | $1,271.29 | $176,344.56 | 0.72091500(87) | 45.28559953 | https://etherscan.io/tx/0x91417b6a0c58fd47407e56 |
| 05/06/2020 - 17:20 | 34.73 | 1,385.69 | 0.85 | 203000.100 | $1,195.06 | $172,932.55 | 0.69072503(82) | 43.17504901 | https://etherscan.io/tx/0x2c90b525a3924 |
| 05/13/2020 - 20:20 | 19.02 | 1,439.64 | 0.76 | 228961.00 | $1,113.15 | $174,027.08 | 0.63967(97618) | 39.31305781 | https://etherscan.io/tx/0x3c0315ab60f721e68b |

Average Yield generated: **50.00148617**

© Copyright 2020 by Rosecityfund.com







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ a market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5 cents. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47lR4eK0fD2ySaP88LM9U46vO7p6mt80KSIqu00DI/edit#gid-369963260

Today we have received 15.54 SUSD tokens and 1447.55 SNX tokens. In order to receive we have staked, 230358 tokens of SNX. This produced a annualized yield of 39.15% APY. The calculations of yield are shown in the screenshot below.

RCIF_Proof-of-stake_mining_income_track record

File Edit View Insert Format Data Tools Add-ons Help

| Date | eUSD Claimed | SNX Claimed | Price of SNX on date of transaction | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield (f/g)(%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/2020 14:54 | 52.96 | 3,978.55 | 0.59 | 171111.47 | $1,220.30 | $103,073.77 | 1.20734047 | 86.64856528 | https://etherscan.io/tx/0x88bd1b8a19d5e5671 |
| 04/08/2020 15:43 | 26.49 | 1,729.50 | 0.74 | 225724.81 | $1,206.32 | $167,036.16 | 0.78205757247 | 49.943418906 | https://etherscan.io/tx/0x8318 |
| 04/15/2020 18:36 | 58.13 | 1,520.84 | 0.65 | 232902.64 | $1,079.18 | $151,386.72 | 0.712860433% | 44.68203436 | https://etherscan.io/tx/0x77ba |
| 04/22/2020 18:05 | 18.05 | 1,491.18 | 0.71 | 228980.00 | $1,076.93 | $162,575.80 | 0.66241703 87 | 40.96231810 | https://etherscan.io/tx/0x |
| 04/29/2020 12:59 | 46.23 | 1,458.41 | 0.84 | 209014.00 | $1,271.26 | $176,344.56 | 0.720915067 | 45.38555095 | https://etherscan.io/tx/0x |
| 05/06/2020 17:20 | 34.73 | 1,365.09 | 0.85 | 203003.00 | $1,195.06 | $172,552.55 | 0.69257 51923 | 43.17594901 | https://etherscan.io/tx/0x |
| 05/13/2020 20:20 | 19.02 | 1,439.64 | 0.76 | 228983.00 | $1,113.15 | $174,027.08 | 0.696397618 | 39.11305781 | https://etherscan.io/tx/0x |
| 05/21/2020 15:02 | 15.54 | 1,447.55 | 0.75 | 230358.00 | $1,091.20 | $172,268.50 | 0.637386 1555 | 39.15093095 | https://etherscan.io/tx/0x |

Average Yield generated

48.64516571

© Copyright 2020 by Rosecityfund.com



Home   About ›   Funds ›   Insights   Contact   Investors ›

**Mining Income update – 5/27/2020**

May 27, 2020

ROSE CITY
INCOME FUND





At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is

the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47IR4exK9fD2ySaP88LM9U46vO7p6ml80KSfqu00DI/edit#gid=365963260

Today we have received 14.51 sUSD tokens and 1455.33 SNX tokens. In order to receive we have staked, 231257 tokens of SNX. This produced a annualized yield of 39.17% APY. The calculations of yield are shown in the screenshot below.



© Copyright 2020 by Rosecityfund.com









At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ a market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetic, which we were buying last year at $0.5 cents. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47fR4eK0fD2ySaP88LM9U46vO7p6mt80KSfqu0DD/edit#gid=369963260

Today we have received 18.18 SUSD tokens and 1501.94 SNX tokens. In order to receive we have staked, 212243 tokens of SNX. This produced a annualized yield of 45.05% APY. The calculations of yield are shown in the screenshot below.

**RCIF_Proof-of-stake_mining_income_track record**
File Edit View Insert Format Data Tools Add-ons Help

| Date | sUSD Claimed | SNX Claimed | Price of SNX on date of transaction staked | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield (F/G)(%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/2020 14:54 | 52.96 | 1,978.55 | 0.59 | 171,111.47 | $1,220.30 | $101,073.72 | 1.207340471 | 86.04856528 | URL |
| 04/04/2020 15:43 | 26.49 | 1,729.50 | 0.74 | 225,724.81 | $3,306.32 | $167,036.36 | 0.782057747 | 69.94341896 | URL |
| 04/15/2020 18:36 | 58.13 | 1,570.84 | 0.65 | 232,902.64 | $1,079.18 | $151,386.72 | 0.712860435 | 44.68763416 | URL |
| 04/22/2020 15:21 | 18.05 | 1,491.38 | 0.71 | 228,980.00 | $1,076.93 | $162,575.80 | 0.662431703 | 40.96721819 | URL |
| 04/22/2020 12:49 | 46.23 | 1,458.41 | 0.84 | 229,914.00 | $1,274.29 | $175,343.56 | 0.726914597 | 45.28559955 | URL |
| 05/01/2020 12:30 | 34.73 | 1,365.09 | 0.85 | 203,803.00 | $1,195.66 | $172,552.55 | 0.690752932 | 43.17504001 | URL |
| 05/13/2020 20:26 | 19.02 | 1,439.64 | 0.76 | 228,983.00 | $1,113.15 | $174,027.08 | 0.639639718 | 39.31305781 | URL |
| 05/21/2020 15:02 | 15.54 | 1,467.55 | 0.75 | 230,858.50 | $1,101.20 | $172,768.50 | 0.637386555 | 39.15093203 | URL |
| 05/27/2020 22:11 | 14.51 | 1,455.33 | 0.75 | 231,257.00 | $1,106.01 | $173,442.75 | 0.637827853 | 39.17196717 | URL |
| 06/03/2020 20:17 | 18.18 | 1,501.94 | 0.84 | 212,243.00 | $1,279.81 | $178,284.12 | 0.717848321 | 45.05573411 | URL |
| | | | | | Average Yield generated | | | 47.33890151 | |



© Copyright 2020 by Rosecityfund.com



Mining Income update – 6/10/2020

June 10, 2020





At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ a market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5 cents. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47lR4eKOfD2ySaP88LM9U46vO7p6mI8OKSIqu00DI/edit#gid=369963260

Today we have received 28.10 SUSD tokens and 2003.51 SNX tokens. In order to receive we have staked, 248399 tokens of SNX. This produced a annualized yield of 52.70% APY. The calculations of yield are shown in the screenshot below.

RCIF_Proof-of-stake_mining_income_track record

| Date | sUSD Claimed | SNX Claimed | Price of SNX on date of transaction | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield [F/G] (%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 04/03/2020 14:54 | 52.96 | 1,978.55 | 0.99 | 173111.47 | $1,220.30 | $109,073.72 | 1.20734047 | 86.6485652 | URL |
| 04/06/2020 15:43 | 28.49 | 1,779.50 | 0.74 | 225728.81 | $1,306.32 | $167,036.36 | 0.78205727 | 49.9434189 | URL |
| 04/15/2020 8:36 | 58.11 | 1,520.84 | 0.65 | 232900.44 | $1,078.15 | $151,386.72 | 0.7123855 | 44.82... | URL |
| 04/22/2020 15:21 | 18.05 | 1,491.38 | 0.71 | 228980.00 | $1,076.93 | $162,575.80 | 0.66243703 | 40.9621... | URL |
| 04/29/2020 12:59 | 46.23 | 1,438.41 | 0.84 | 209934.00 | $1,221.29 | $176,344.56 | 0.70915087 | 45.28559... | URL |

| update/close | | | 0.83 | 31,429,200 | 31,672,233 | | | 48.12549082 |
| 05/11/2020 - 20/20 | 19.02 | 1,439.64 | 0.76 | 28098.00 | 55,113.15 | $174,027.08 | 0.6396897618 | 39.81395781 |
| 05/21/2020 - 15/02 | 15.54 | 1,447.55 | 0.75 | 30758.00 | 55,101.20 | $172,268.50 | 0.6373865155 | 39.1509305 |
| 05/27/2020 - 22/11 | 16.51 | 1,455.33 | 0.75 | 31162.00 | 55,106.01 | $172,442.75 | 0.6376787153 | 39.17296717 |
| 06/01/2020 - 20/17 | 18.18 | 1,501.94 | 0.84 | 31243.00 | 55,278.81 | $176,284.12 | 0.7126683423 | 45.05571411 |
| 06/10/2020 - 17/04 | 28.1 | 2,003.51 | 1.04 | 28399.00 | 52,111.75 | $256,334.96 | 0.8124466205 | 52.70599473 |

Average Yield generated: **47.82681908**







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/r1QU47tR4eK0fD2ySaP88LM9U46vD7p6mt80KStqu0ODl/edit#gid=366963260

Today we have received 27.47 SUSD tokens and 2710.30 SNX tokens. In order to receive we have staked, 397005.91 tokens of SNX. This produced a annualized yield of 42.90% APY. The calculations of yield are shown in the screenshot below.

RCIF_Proof-of-stake_mining_income_track record

File Edit View Insert Format Data Tools Add-ons Help · Last edit was seconds ago

| Date | $USD Claimed | SMX Claimed | Price of SMX on date of transaction | SMX staked | $ value of mining income | $ value of SMX staked | Weekly yield ($/G1%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/2020 -14:54 | 52.96 | 1,978.55 | 0.59 | 121,311.47 | $1,200.30 | $100,073.77 | 1.200746473 | 86.6485652B | https://etherscan.io/tx/0x... |
| 04/08/2020 -15:43 | 26.49 | 1,296.50 | 0.74 | 225,724.81 | $1,306.32 | $167,036.36 | 0.782052747 | 89.94341898 | https://etherscan.io/tx/0x... |
| 04/15/2020 -18:16 | 58.13 | 1,570.84 | 0.65 | 232,902.64 | $1,079.18 | $151,386.72 | 0.712860435 | 44.64363436 | https://etherscan.io/tx/0x... |
| 04/22/2020 -15:21 | 18.05 | 1,491.38 | 0.71 | 228,980.00 | $1,076.93 | $162,575.80 | 0.662411.20387 | 40.96211819 | https://etherscan.io/tx/0x... |
| 04/29/2020 -12:59 | 46.23 | 1,458.41 | 0.84 | 209,934.00 | $1,271.29 | $175,344.56 | 0.709150087 | 45.28559955 | https://etherscan.io/tx/0x... |
| 05/06/2020 -17:20 | 34.73 | 1,365.09 | 0.85 | 202,003.00 | $1,195.06 | $172,552.55 | 0.692525392 | 43.12504901 | https://etherscan.io/tx/0x... |
| 05/13/2020 -20:28 | 19.02 | 1,439.64 | 0.76 | 228,981.00 | $1,151.15 | $174,027.08 | 0.6796197658 | 39.31267261 | https://etherscan.io/tx/0x... |
| 05/21/2020 -15:02 | 15.54 | 1,447.55 | 0.75 | 230,958.00 | $1,101.00 | $172,268.50 | 0.637386.1555 | 39.35091305 | https://etherscan.io/tx/0x... |
| 05/27/2020 -22:31 | 14.51 | 1,455.33 | 0.75 | 231,257.00 | $1,106.01 | $173,442.75 | 0.6376078153 | 39.17196717 | https://etherscan.io/tx/0x... |
| 06/03/2020 -20:17 | 18.18 | 1,501.94 | 0.84 | 212,243.00 | $1,778.81 | $178,284.12 | 0.7178483623 | 45.05721431 | https://etherscan.io/tx/0x... |
| 08/10/2020 -13:54 | 28.1 | 2,093.51 | 1.04 | 288,899.00 | $2,111.75 | $298,334.96 | 0.817846609 | 52.70099473 | https://etherscan.io/tx/0x... |
| 06/17/2020 -12:21 | 27.47 | 2,710.30 | 1.11 | 397,005.91 | $3,035.90 | $480,676.56 | 0.6889199648 | 42.20492344 | https://etherscan.io/tx/0x... |

Average Yield generated: 47.41666111

Sheet1 · Sheet2 · Sheet3

© Copyright 2020 by Rosecityfund.com







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47fR4eK0fO2ySaP88LM9U46vO7p6m80KSfqu00Dl/edit#gid=366963260

Today we have received 64.00 SUSD tokens and 2332.55 SNX tokens. In order to receive we have staked, 313944.89 tokens of SNX. This produced a annualized yield of 47.78% APY. The calculations of yield are shown in the screenshot below.



RCIF Proof-of-stake mining income track record

File Edit View Insert Format Data Tools Add-ons Help

| Date | sUSD Claimed | SNX Claimed | Price of SNX on date of transaction staked | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield (7/52.1%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/2020 - 18:54 | 52.96 | 1,076.55 | 0.59 | 173,111.47 | $3,290.35 | $3101,071.77 | 1.2073404731 | 86.649656281 | https://etherscan.io/tx/... |
| 04/08/2020 - 15:43 | 26.89 | 1,779.50 | 0.74 | 220,724.81 | $3,206.32 | $3167,036.36 | 0.780052274 | 49.943431906 | https://etherscan.io/tx/... |
| 04/15/2020 - 18:36 | 58.13 | 1,570.84 | 0.65 | 212,211.58 | $3,079.38 | $3150,937.53 | 0.745891901 | 44.841198131 | https://etherscan.io/tx/... |
| 04/22/2020 - 15:21 | 18.05 | 1,491.38 | 0.71 | 228980.00 | $3,076.93 | $3162,575.80 | 0.662412038 | 40.962118190 | https://etherscan.io/tx/... |
| 04/29/2020 - 12:59 | 46.23 | 1,458.41 | 0.84 | 209914.00 | $3,271.29 | $3176,344.56 | 0.709150087 | 45.285559951 | https://etherscan.io/tx/... |
| 05/06/2020 - 17:29 | 14.73 | 1,365.09 | 0.85 | 203301.00 | $3,159.06 | $3172,552.55 | 0.692747093 | 43.17104901 | https://etherscan.io/tx/... |
| 05/13/2020 - 20:20 | 19.02 | 1,439.64 | 0.76 | 228983.00 | $3,213.13 | $3174,037.08 | 0.639639791 | 39.313057812 | https://etherscan.io/tx/... |
| 05/21/2020 - 15:52 | 15.54 | 1,447.55 | 0.75 | 230358.00 | $3,101.20 | $3172,768.50 | 0.637861555 | 39.150930504 | https://etherscan.io/tx/... |
| 05/27/2020 - 22:11 | 14.51 | 1,455.31 | 0.75 | 233257.00 | $3,106.01 | $3173,442.75 | 0.637678715 | 39.121967217 | https://etherscan.io/tx/... |
| 06/02/2020 - 20:17 | 18.18 | 1,501.94 | 0.84 | 212281.00 | $3,279.81 | $3178,284.12 | 0.717848341 | 45.055714319 | https://etherscan.io/tx/... |
| 06/11/2020 - 13:54 | 28.10 | 2,003.51 | 1.04 | 248399.00 | $2,311.75 | $3258,334.56 | 0.817345465205 | 52.705994732 | https://etherscan.io/tx/... |
| 06/17/2020 - 13:21 | 27.47 | 2,710.30 | 1.11 | 302005.91 | $3,035.08 | $3440,478.56 | 0.689038564698 | 43.909492344 | https://etherscan.io/tx/... |
| 06/24/2020 - 09:09 | 64.00 | 2,332.55 | 1.87 | 313944.89 | $4,425.82 | $3587,028.94 | 0.753889218908 | 47.779105411 | https://etherscan.io/tx/... |

Average Yield generated: **47.42987477**

© Copyright 2020 by Rosecityfund.com







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating income by operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47lR4eKO0D2ySaP88LM9U46vD7p6mI80KSfqu00DI/edit#gid=369963260

Today we have received 46.07 SUSD tokens and 2716.75 SNX tokens. In order to receive this income, we have staked. 360324.22 tokens of SNX. This produced a annualized yield of 48.21% APY. The average yield generated as of today is 47.43%. The calculations of yield are shown in the screenshot below.

Mining income snapshot



© Copyright 2020 by Rosecityfund.com





Home   About ⌄   Funds ⌄   Insights ⌄   Contact   Investors ⌄

Mining income update –
7/8/2020

July 8, 2020

ROSE CITY
INCOME FUND



At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47IR4eK01D2ySaP88LM9U46vD7p6mt80KSfqu00DI/edit#gid=366963260

Today we have received 57.72 SUSD tokens and 2569.94 SNX tokens. In order to receive this income, we have staked, 382322 tokens of SNX. This produced a annualized yield of 48.21% APY. The average yield generated as of today is 42.06%. The calculations of yield are shown in the screenshot below.

Mining income snapshot

RCIF_Proof-of-stake_mining_income_track record  

| Date | sUSD Claimed | SNX Claimed | Price of SNX on date of transaction staked | $ value of mining income | $ value of SNX staked | Weekly yield ($/$)(%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|
| 04/01/2020 - 14:54 | 52.96 | 1,678.55 | 0.59 | $1,131.47 | $1,220.30 | $103,073.72 | 1.20734047 | 86.648565528 | https://etherscan.io/tx/... |
| 04/08/2020 - 16:43 | 26.49 | 1,729.50 | 0.74 | $257,74.81 | $1,306.32 | $167,036.36 | 0.78205727 | 40.943483967 | https://etherscan.io/tx/... |
| 04/15/2020 - 18:36 | 58.13 | 1,570.84 | 0.65 | $2,321.58 | $1,079.18 | $150,937.53 | 0.71489190 | 44.844119833 | https://etherscan.io/tx/... |
| 04/22/2020 - 15:21 | 18.05 | 1,491.36 | 0.71 | $1,209.80.00 | $1,076.93 | $161,525.46 | 0.66674129 | 40.962118597 | https://etherscan.io/tx/... |
| 04/29/2020 - 12:59 | 46.23 | 1,858.41 | 0.84 | $209,034.00 | $1,271.29 | $325,344.56 | 0.72091502 | 45.245559955 | https://etherscan.io/tx/... |
| 05/06/2020 - 17:20 | 34.73 | 1,365.09 | 0.85 | $203,003.00 | $1,195.06 | $172,352.55 | 0.60925253 | 43.172569903 | https://etherscan.io/tx/... |
| 05/13/2020 - 20:20 | 19.02 | 1,439.64 | 0.76 | $2,8098.100 | $1,113.15 | $174,027.08 | 0.63965976 | 39.310527815 | https://etherscan.io/tx/... |
| 05/21/2020 - 15:02 | 15.54 | 1,447.55 | 0.75 | $2,103.58.00 | $1,103.20 | $172,768.50 | 0.63786155 | 39.150930554 | https://etherscan.io/tx/... |
| 05/27/2020 - 23:15 | 14.51 | 1,455.33 | 0.75 | $2,3127.00 | $1,106.61 | $177,682.75 | 0.62301559 | 39.173962774 | https://etherscan.io/tx/... |
| 06/03/2020 - 20:17 | 18.18 | 1,501.98 | 0.84 | $2,1214.00 | $1,279.81 | $176,284.12 | 0.63763972 | 39.059774154 | https://etherscan.io/tx/... |
| 06/10/2020 - 13:54 | 28.10 | 2,003.51 | 1.04 | $2,48,899.00 | $2,111.25 | $258,334.96 | 0.81746667 | 52.295994734 | https://etherscan.io/tx/... |
| 06/17/2020 - 12:23 | 27.47 | 2,710.30 | 1.11 | $97,005.91 | $1,035.90 | $450,678.56 | 0.08889186 | 4.902413244 | https://etherscan.io/tx/... |
| 06/24/2020 - 09:05 | 64.00 | 2,332.55 | 1.87 | $117,044.89 | $2,425.87 | $587,076.94 | 0.76968728 | 47.779109541 | https://etherscan.io/tx/... |
| 07/01/2020 - 15:22 | 46.07 | 2,716.75 | 2.31 | $369,324.22 | $6,321.76 | $582,348.95 | 0.70956026 | 48.208850957 | https://etherscan.io/tx/... |
| 07/08/2020 - 15:05 | 57.72 | 2,569.94 | 3.89 | $382,322.00 | $7,484.85 | $1,104,915.34 | 0.67741605019 | 42.958063871 | https://etherscan.io/tx/... |

Average Yield generated: **47.42987427**

© Copyright 2020 by RosecityFund.com







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47tR4eK0fD2ySaP88LM9U46vO7p6mt80KSfqu0DI/edit#gid=365963260

Today we have received 155.19 SUSD tokens and 2951.86 SNX tokens. In order to receive this income, we have staked, 443089 tokens of SNX. This produced a annualized yield of 42.07% APY. The average yield generated as of today is 47.43%. The calculations of yield are shown in the screenshot below.

Current screenshot from our mining income:

RCIF_Proof-of-stake_mining_income_track record





| Date | sMD Claimed | SMt Claimed | Price of SMt on date of transaction | SMt staked | $ value of SMt staked | $ value of mining income | Weekly yield ($/%)/(%) | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|

39,723.53  current value of mining income  
$93,705.52  Average Yield generated  

42.42982427

© Copyright 2020 by Rosecityfund.com







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/n1QU47IR4eK0fD2ySaP88LM9U46vD7p6mI80KSfqu0ODl/edit#gid=366963260

Today we have received 175.05 SUSD tokens and 2810.12 SNX tokens. In order to receive this income, we have staked, 448508.92 tokens of SNX. This produced a annualized yield of 39.13% APY. The average yield generated as of today is 47.43%. The calculations of yield are shown in the screenshot below.

Current screenshot from our mining income:

RCIF_Proof-of-stake_mining_income_track record ☆ ⌹ ⊘





File Edit View Insert Format Data Tools Add-ons Help    Last edit was 2 days ago

| Date | sUSD Claimed | SNX Claimed | Price of SNX on date of transaction | $ value of mining income | $ value of SNX staked | Weekly yield [f/(g)] [%] | Amount yield[%] | Verification URL |
|---|---|---|---|---|---|---|---|---|
| 04/01/2020-18:54 | 52.96 | 1,978.55 | 0.50 | 171,311.47 | $169,093.77 | 1.2073404473 | 86.64856528 | https://etherscan.io/tx/0x... |
| 04/08/2020-15:41 | 29.69 | 1,729.50 | 0.74 | 225,724.81 | $182,036.36 | 0.8029722441 | 48.34325896 | https://etherscan.io/tx/0x... |
| 04/15/2020-18:36 | 58.13 | 1,520.84 | 0.65 | 232,211.58 | $205,927.53 | 0.7149819011 | 44.81119633 | https://etherscan.io/tx/0x... |
| 04/22/2020-15:21 | 18.05 | 1,491.38 | 0.71 | 228,980.00 | $3,076.93 | 0.6623410387 | 40.96211819 | https://etherscan.io/tx/0x... |
| 04/29/2020-12:10 | 46.23 | 1,458.41 | 0.84 | 209,934.00 | $175,271.29 | 0.7209150987 | 45.28555955 | https://etherscan.io/tx/0x... |
| 05/06/2020-17:20 | 34.71 | 1,365.09 | 0.85 | 203,003.00 | $175,295.06 | 0.6925751923 | 43.17049041 | https://etherscan.io/tx/0x... |
| 05/13/2020-20:29 | 19.92 | 1,434.54 | 0.76 | 228,981.00 | $175,113.15 | 0.6896197614 | 39.31205741 | https://etherscan.io/tx/0x... |
| 05/21/2020-15:02 | 15.54 | 1,447.55 | 0.75 | 230,258.00 | $175,268.50 | 0.6373861555 | 39.15095305 | https://etherscan.io/tx/0x... |
| 05/27/2020-22:11 | 14.51 | 1,455.33 | 0.75 | 231,297.00 | $175,106.03 | 0.6375278715 | 39.17196717 | https://etherscan.io/tx/0x... |
| 06/03/2020-20:17 | 18.18 | 1,501.94 | 0.84 | 212,243.00 | $175,729.81 | 0.7128483423 | 45.05573143 | https://etherscan.io/tx/0x... |
| 06/10/2020-13:54 | 28.10 | 2,003.51 | 1.04 | 248,399.00 | $258,133.75 | 0.8132466205 | 52.79599472 | https://etherscan.io/tx/0x... |
| 06/17/2020-12:21 | 27.14 | 1,219.30 | 1.11 | 297,200.91 | $540,026.56 | 0.6680136548 | 41.95402241 | https://etherscan.io/tx/0x... |
| 06/24/2020-09:05 | 64.00 | 2,332.55 | 1.87 | 313,944.80 | $587,036.94 | 0.7638821888 | 47.77910541 | https://etherscan.io/tx/0x... |
| 07/01/2020-15:22 | 46.07 | 2,716.75 | 2.31 | 360,324.22 | $56,321.26 | 0.7595086789 | 48.20885053 | https://etherscan.io/tx/0x... |
| 07/08/2020-15:95 | 57.72 | 2,569.94 | 2.89 | 382,322.00 | $7,484.85 | 0.6771150370 | 42.05850873 | https://etherscan.io/tx/0x... |
| 07/15/2020-20:33 | 155.59 | 3,951.86 | 3.05 | 481,089.64 | $50,158.36 | 0.6776822797 | 42.07884696 | https://etherscan.io/tx/0x... |
| 07/22/2020-13:09 | 175.05 | 2,833.12 | 3.63 | 488,508.52 | $51,657,482.55 | 0.6700896096 | 81.1302207 | https://etherscan.io/tx/0x... |

13,533.26, current value of mining income    $102,276.44, Average Yield generated    **27.42587477**

SNX Income   REN Income

© Copyright 2020 by Rosecityfund.com







At Rose City Income Fund, we are focused on generating income for our investors. We generate income from operating digital toll-booths. These toll-booths collect fees whether the market goes high or low. We employ market-neutral strategies, that produce reliable income. One of our Portfolio holdings is Synthetix, which we were buying last year at $0.5. We got another opportunity to add more this year in March.

Our weekly income generation data is written on to the blockchain. All of this information is already public and can be verified by anyone anytime. Here is the link for the spreadsheet: https://docs.google.com/spreadsheets/d/1QU47IR4eX0fD2ySaP88LM9U46vD7p6mI80KSfqu00DI/edit#gid=366963260

Today we have received 342.82 SUSD tokens and 3121.60 SNX tokens. In order to receive this income, we have staked, 468347 tokens of SNX. This produced a annualized yield of 42.67% APY. The average yield generated as of today is 47.43%. The calculations of yield are shown in the screenshot below.

Current screenshot from our mining income:

RCIF_Proof-of-stake_mining_income_track record ☆ ⬁ ⬀ ⬂

File Edit View Insert Format Data Tools Add-ons Help    Last edit was yesterday at 12:52 PM



| Date | aUSD Claimed | SNX Claimed | Price of SNX on date of transaction | SNX staked | $ value of mining income | $ value of SNX staked | Weekly yield [F/G] [%] | Annual yield(%) | Verification URL |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/2020 14:54 | 52.96 | 1,978.55 | 0.59 | 171,311.47 | $1,220.30 | $101,073.77 | 1.207340473 | 86.64856528 | https://etherscan.io/tx/0x... |
| 04/08/2020 15:43 | 26.49 | 1,729.50 | 0.74 | 225,724.81 | $1,306.32 | $167,036.36 | 0.782057247 | 49.54341896 | https://etherscan.io/tx/0x... |
| 04/11/2020 18:36 | 58.13 | 1,570.84 | 0.65 | 232,411.58 | $1,079.18 | $150,937.43 | 0.714981901 | 44.84319883 | https://etherscan.io/tx/0x... |
| 04/22/2020 15:21 | 18.05 | 1,491.38 | 0.71 | 228,980.00 | $1,076.93 | $162,575.80 | 0.662417038 | 40.96231819 | https://etherscan.io/tx/0x... |
| 04/29/2020 12:59 | 46.23 | 1,458.41 | 0.84 | 209,934.00 | $1,271.29 | $176,344.56 | 0.720910087 | 45.28555955 | https://etherscan.io/tx/0x... |
| 05/06/2020 17:20 | 34.73 | 1,365.09 | 0.85 | 203,003.00 | $1,199.06 | $172,552.55 | 0.69267593923 | 43.17504901 | https://etherscan.io/tx/0x... |
| 05/13/2020 20:20 | 19.02 | 1,439.64 | 0.76 | 228,983.00 | $1,133.15 | $174,027.08 | 0.698397618 | 39.13057913 | https://etherscan.io/tx/0x... |
| 05/21/2020 15:02 | 15.54 | 1,447.55 | 0.75 | 290,958.00 | $1,103.20 | $172,708.50 | 0.637861555 | 39.1509905 | https://etherscan.io/tx/0x... |
| 05/27/2020 22:11 | 14.51 | 1,455.33 | 0.75 | 231,257.00 | $1,106.01 | $173,442.75 | 0.637678153 | 39.17196717 | https://etherscan.io/tx/0x... |
| 06/03/2020 20:17 | 18.18 | 1,501.94 | 0.84 | 212,243.00 | $1,279.81 | $178,284.12 | 0.717848423 | 45.05571431 | https://etherscan.io/tx/0x... |
| 06/10/2020 13:54 | 28.10 | 2,003.51 | 1.04 | 248,399.00 | $3,111.75 | $258,334.96 | 0.817446205 | 52.70599473 | https://etherscan.io/tx/0x... |
| 06/17/2020 12:21 | 27.47 | 2,710.30 | 1.11 | 397,005.91 | $3,035.90 | $440,076.56 | 0.68891688648 | 42.40593244 | https://etherscan.io/tx/0x... |
| 06/24/2020 09:05 | 64.00 | 2,932.55 | 1.87 | 313,944.89 | $5,425.87 | $587,076.94 | 0.7536821858 | 47.77910541 | https://etherscan.io/tx/0x... |
| 07/01/2020 19:22 | 46.07 | 2,716.75 | 2.31 | 360,324.22 | $6,321.76 | $832,348.95 | 0.7595086789 | 48.20885053 | https://etherscan.io/tx/0x... |
| 07/08/2020 15:05 | 57.72 | 2,569.94 | 2.89 | 362,322.00 | $7,484.85 | $1,104,910.58 | 0.6774165019 | 42.05850871 | https://etherscan.io/tx/0x... |
| 07/15/2020 20:33 | 155.19 | 2,951.86 | 3.05 | 443,089.64 | $9,158.36 | $1,351,423.40 | 0.6776827297 | 42.07804406 | https://etherscan.io/tx/0x... |
| 07/22/2020 13:08 | 175.05 | 2,810.12 | 3.65 | 448,608.92 | $10,251.99 | $1,637,422.56 | 0.6379960996 | 39.1022074 | https://etherscan.io/tx/0x... |
| 7/31/2020 - 08:50 | 342.82 | 3,121.60 | 3.79 | 468,342.67 | $12,173.48 | $1,725,037.67 | 0.6858267974 | 42.07691699 | https://etherscan.io/tx/0x... |
| | | 36,654.46 current value of mining income | | | $133,790.24 Average Yield generated | | | 47.42987477 | |

Retained Earnings ▾   SNX Income ▾   Retained Earnings ▾   SNX Income ▾   RERI Income ▾

© Copyright 2020 by Rosecityfund.com



Home   About ⌄   Funds ⌄   Insights   Contact   Investors ⌄

Lotus Flower in the Pund

July 4, 2018

ROSE CITY
INCOME FUND





Today, I want to take the reader's through a small puzzle.

Imagine a pristine beautiful lake. Since I am from Oregon, I can think of no other pond like Crater lake. It is beautiful and bright blue clear water

surrounded by tall mountains on all sides. In this beautiful lake, there are lot of weeds that grow. But one day, a lotus blossomed in this lake filled with weeds. These weeds, which I like to call them "Fiat currencies". These horrible weeds are controlled by corrupt politicians and central bank governors who are corrupted by the same politicians. This beautiful lake was ruined by these noxious weeds eating and spread every where in the world. These horrible weeds will suck up the hard-earned money via the hidden tax called inflation. Since this tax is hidden from people's eyes by continuously reducing the purchasing power of your money. But it is more insidious than regular income tax, because you don't even see it being taken away from you. You are wondering where is the puzzle here?



One fine day in 2009, along comes a beautiful gift to the mankind, called Bitcoin comes in the form of a lotus flower into this placid lake filled with toxic weeds everywhere. This ephemeral lotus flower was brought into this world, just like Lord Brahma, from a mystical figure Satoshi Nakamoto. This magical flower is immaculate and only controlled by the laws of mathematics. It is rigid and not at the whim of any corrupt politicians. In fact, its strength is that it is NOT controlled by any human or government, but only mathematics. It derives all of its anti-fragile characters and trust from mathematics. It was build on the supremely solid foundation of Elliptic Curve digital signature algorithm and mathematics to ensure that it cannot be counterfeited.

Assume this beautiful Lotus flower has a magical property to double every day. First day, there is only one lotus flower. Second day, there are 2 lotus flowers. Third day, there are 4 lotus flowers. 4th day there are 8 lotus flowers, then 16, then 32 and 64 and so on. If it takes 30 days to fill the entire pond, and take over all the weeds, how many days does it take for the pond to be Half full?

Think.

Most people answer 15. They reason that if it takes 30 days to fill up, it should take 15 days for it to be half-full. But the correct answer is 29 days. It takes 29 days to get to half-full state and on 30th day, it doubles to fill the entire lake.

So the point of this puzzle is that. It took the lake 29 days of growing for the lotus flowers to become half-full. But on the 30th day, it grew as much as the last 29 days **PUT TOGETHER**. That is the power of exponential growth. We all know that the number of users in bitcoin are doubling every 9 months and it is getting faster. The Lotus flower, which represents Bitcoin and the lake is the economy of the world. In a boxing match between ALL the fiat currencies in the world, Bitcoin will keep winning. In fact, it is impossible for it lose, because of the rigidity of mathematics which protects this blooming lotus flower. **No fiat currency** in the world can guarantee that they will fix the supply of that currency. In fact if you were to look at the M2 supply of dollars is growing at an exponential rate, let alone being fixed.



On the other hand, bitcoin supply will almost become a flat line after year 2024. Even though coins will continue to get released, the mathematics will force the SHA-256 algorithm to get so complex that only a tiny fraction of bitcoins will get released over time.

## Politico-Economic: Supply



**Bitcoin**

**Gold**

Source: ARK Investment Management LLC & Coinbase, data pulled from Number Sleuth

Bitcoin issuance

Gold over the history of the world, has increased much more and we don't know whether we will be able to find a huge gold mine in the future. Once a huge gold mine is found, it is possible for gold price to fall significantly. But in case Bitcoin, the mathematics is the shelter protecting this supply. Mathematics is rigid and incorruptible by any one, which is what you need for a currency in order to be a good store of value.

I think people are going to be surprised how fast Bitcoin has taken over the world when it happens. Let us say in 2022, if it is 25% of the worlds population, in 2023 it will be 50% and in 2024 it will reach 100% of world's usage. It will be shocking for people to see that it went from 25% of the world to 100% of the world in just 2 years. But it is expected, because you need to remember this lake puzzle, on 30th day it grew as much as the last 29 days put together. That is the power of exponential growth which follows geometric series instead of arithmetic series of numbers.

Every year there will be a boxing match between Fiat currencies of the world with Bitcoin. I guarantee you despite all the crooked politicians in the world, Bitcoin will overpower everyone of those Fiat currencies with one supreme weapon against ALL of them, **Mathematics !!**

© Copyright 2020 by Rosecityfund.com







**Figure 1.1.** Cumulative value of dollars invested, Buffett partnership vs. Dow Jones Industrial Average.

"Be fearful when the world is greedy and be greedy when the world is fearful."

– Warren E. Buffett

Most of my partners know that Ikkurty Capital is modeled after Warren Buffett's Original partnership which eventually was liquidated and his ownership in a textile mill has led to the formation of Berkshire Hathaway as we know it today. Many friends asked about the history of this partnership. This caused me to write in more detail about this Partnership.

Warren Buffett's career in value investing began around 1950 when he read Ben Graham's *Security Analysis* and *The Intelligent Investor*. After getting turned down by Harvard, Buffett decided to go to Columbia University for a Master of Economics degree. A big part of the Columbia choice was because Graham was on the Columbia Business School Faculty.

Buffett was Graham's best student and absorbed everything he could from the master and expressed an interest in working at Graham-Neumann Partnerships under Ben Graham. Ben turned him down explaining that Jews were discriminated against on Wall Street and he wanted to try to help his fellow Jews by giving them the few jobs available at Graham-Neumann. Buffett was very disappointed. He returned to Omaha and became a stock broker — something he never enjoyed. A couple of years later Graham called and told him there was an opening. Buffett immediately went to New York with his family without asking Ben anything about salary or compensation. He worked at Graham-Neumann for 2 years and, when Ben decided to wind down the partnership, he returned to Omaha and started his first Buffett Partnership in 1956.

He ran the Buffett Partnerships from 1956–1969. The partnerships started with eight investors putting in a total of $105,000 and Buffett investing $100. The fee structure of the partnership was typically no fee until a 6% return. Buffett reinvested all his fees back into the partnership.

**1956**

By the end of 1956, Buffett had five small partnerships running with $500,000 invested in all of them combined. Buffett had a liquid net worth of $140,000 in 1956. He put $100 of this into his first partnership. As a goal Buffett set about trying to beat the DJIA by an average of 10% a year.

**1962**

By the end of 1962 he had $7.2 Million under management. Of this $1 Million was Buffett's money. He had 90 investors at this time — up from the original 7. He merged all the individual partnerships into one in 1962 and moved out of his home into Kiewit Plaza — the location that today serves as Berkshire Hathaway headquarters. Warren made his first investment in Berkshire Hathaway in 1962 at $7.60 per share. At the time Berkshire was 100% in textile manufacturing — men's suit liners to be precise.

**1966**

By the mid-sixties, Buffett was finding it increasingly difficult to find value in the markets. In early 1966, he closed the partnership to new partners.

**1967**

Buffett informed his partners that some of the new mutual funds had better results than his. He also told them that his stream of new ideas was down to a trickle. His perspectives were diametrically opposed to Wall Street's. The markets were climbing; there was lots of optimism and euphoria in the air. In 1966 and 1967, Buffett bought his first private businesses for the partnership. He bought 100% of two retailers for a total of $15 Million. Towards the end of 1967, the partnership had $65 Million in assets.

**1968**

Assets under management increased by 59% to $104 Million. He beat the Dow by over 50%. 1968 turned out to be Buffett's best year. He was, however,

finding it very difficult to find great investment ideas in the overheated bull market. Buffett had amassed $25 Million for himself over the preceding 13 years.

## 1969

In May 1969, Buffett stunned his partners with the news that he was liquidating the Buffett Partnership. He offered two suggestions to his limited partners regarding how they might invest the proceeds. Buffett gave them the name of the Sequoia Fund (www.sequoiafund.com), which was being setup by his former classmate Bill Ruane. The partnership liquidated all but two of its investments: Berkshire Hathaway and Diversified Retailing. Thus, each partner could take their proportional stake in stock of these two entities or opt to cash out. Buffett would take the stock. At the time, Buffett encouraged his limited partners to take stock with the following statement:

"I think both securities should be very decent long-term holdings and I am happy to have a substantial portion of my net worth invested in them"

Thus ended the era of the Buffett Partnerships and began the era of Berkshire Hathaway.

© Copyright 2020 by Rosecityfund.com