# EXHIBIT Z

⌂ Overview

⛴ Corporate Profile

🅱 Contact Information

📊 Company Industry

💬 Other Information

📚 Entities with the Same Principal Activity
OTHER INFORMATION TECHNOLOGY AND
COMPUTER SERVICE ACTIVITIES (EG DISASTER
RECOVERY SERVICES)

📝 Similarly Named Entities

# GT **GENIE TECHNOLOGIES PTE. LTD.**

Registration No. / Unique Entity Number: 201919382H

GENIE TECHNOLOGIES PTE. LTD. (the "Company") is a Private Company Limited by Shares, incorporated on 17 June 2019 (Monday) in Singapore. The address of the Company's registered office is at the UNITED SQUARE building. The Company current operating status is live and has been operating for 3 years. This Company's principal activity is other information technology and computer service activities (eg disaster recovery services).

## Corporate Profile of GENIE TECHNOLOGIES PTE. LTD.

UEN
201919382H

Company Name
GENIE TECHNOLOGIES PTE. LTD.

Date Incorporation
17 June 2019 (Monday)
3 years ago

Operating Status
Live Company as on 18 June 2019 (Tuesday)

Registration Type
PRIVATE COMPANY LIMITED BY SHARES

## Contact Information

Registered Address
101 THOMSON ROAD
#06-01
UNITED SQUARE
SINGAPORE (307591)
◈ View on Google Maps

## Company Industry
### Singapore Standard Industrial Classification (SSIC)

Principal Activity SSIC Code
62090

Principal Activity
🖧 OTHER INFORMATION TECHNOLOGY AND COMPUTER SERVICE ACTIVITIES (EG DISASTER RECOVERY SERVICES)

## Other Information

**Auditor**
EVEREST ASSURANCE PAC

**Account Due Date**
31 July 2022

**Annual Return Due Date**
31 July 2022

## Entities with the Same Principal Activity

OTHER INFORMATION TECHNOLOGY AND COMPUTER SERVICE ACTIVITIES (EG DISASTER RECOVERY SERVICES)

TS    **TINKERBOX STUDIOS PTE. LTD.**
⊙ 101 UPPER CROSS STREET   🔗 www.tinkerbox.com.sg

CS    **CORPORATION SERVICE COMPANY (SINGAPORE) PTE. LTD.**
⊙ 30 RAFFLES PLACE   📞 Phone: +65-66710281, +65-69149696   ▪ Fomerly known as: O.M.E SOLUTIONS PTE LTD • IP
MIRROR SINGAPORE PTE. LTD. • IP MIRROR PTE. LTD.

BV    **BLU5 VIEW PTE. LTD.**
⊙ 10 ANSON ROAD   🔗 blu5view.sg   📞 Phone: +65-62702891

AN    **ATOMIT NETWORKS PTE. LTD.**
⊙ 28 SIN MING LANE   🔗 atomit.com.sg   📞 Phone: +65-64911522

DT    **DATA TERMINATOR PTE. LTD.**
⊙ 1 BUKIT BATOK CRESCENT

DI    **DEAM INTERNATIONAL (S) PTE. LTD.**
⊙ 50 SERANGOON NORTH AVENUE 4

▦ Explore 4,215 other live entities with the same principal activity.

## Similarly Named Entities

GA    **GENIE ALADDIN**
⊙ Live   ▪ UEN: 53287949W   ⊙ 1 MARINE TERRACE

GA    **GENIE APPS PTE. LTD.**
⊙ Live Company   ▪ UEN: 201619735E   ⊙ 33 UBI AVENUE 3   ▪ Fomerly known as: ARMEDIA PTE. LTD.

GA    **GENIE AUTOMOBILE**
⊙ Cancelled (Non-Renewal)   ▪ UEN: 53394202X   ⊙ 449A BUKIT BATOK WEST AVENUE 9

GA    **GENIE ACCESSORIES**
⊙ Live   ▪ UEN: 53398394X   ⊙ 545 SERANGOON NORTH AVENUE 3

GA    **GENIE AUTO PTE. LTD.**
⊙ Live Company   ▪ UEN: 202102401N   ⊙ 39 WOODLANDS CLOSE

GA    **GENIE ALLIANCE PTE. LTD.**
⊙ Live Company   ▪ UEN: 202117013K   ⊙ 10 ANSON ROAD

**Similarly Named Entities** other countries

 GENIE GESTION B. INC.

 GENIE CREATIONS INC.

 GENIE AS

 GENIE DATA Leif Einar Huke Johansen

 GENIE TRADING PTY LTD

 GENIE ENTERPRISES (AUST) PTY. LTD.

 GENIE INVESTMENTS LIMITED

 GENIE COMPUTER CENTRE LIMITED

 GENIE TECHNOLOGIES LTD

 GENIE (ISLE OF WIGHT) LTD

 GENIE NETWORK SOLUTIONS SDN. BHD.

 GENIE ENTERPRISE SDN. BHD.

 GENIE CARPET CARE LIMITED

 GENIE CLEAN LIMITED

## About SGP Business

SGPBusiness.com is the largest business platform for business and individuals. We aggregate data across the internet and put them into a pretty presentation for you. Leave the hard work to us. Your Singapore business directories!

Read More

## Business Directories

Australia Business Directory
Canada Business Directory
United Kingdom Business Directory
Hong Kong Business Directory
Malaysia Business Directory
Norway Business Directory
New Zealand Business Directory

## Data Analytics

Live Entities with Exact Match Name
Top 20 Property Agency by Number of Salesperson
Energy Market Company - Uniform Singapore Energy Price (USEP)

## List of

Singapore SMS Registry - Participating SMS Aggregators
COVID-19 Self-Test Kits Authorised for use in Singapore (Distributors)

## Singapore Company Search

Search

## Quick Links

Home • About SGP Business
Singapore Standard Industrial Classification
Browse Categories
Instagram (@sgpbusiness)
Our Privacy Policy
Contact Us

## Contact Us

hello@sgpbusiness.com

## Disclaimer

All information and any services provided from sgpbusiness.com, its subdomain or all other pages under this domain are on an "as-is" and "as-available" basis without warranties of any kind and are made available for your general information and use only. While we endeavour to keep the information provided up to date, and as accurately as possible, your use is entirely at your risk, for which SGPBusiness.com shall not be liable whatsoever. We make no representations or warranties of any kind, express or implied, about the completeness, accuracy, reliability, suitability or availability with respect to the website or the information, products, services, or related graphics on the website for any purpose. Therefore, any reliance you place on such information is strictly at your own risk. Our data may sometimes be cached or crawled and republished by other not affiliated or related sites, and we cannot be responsible for their content.

Please contact us, should you discover any outdated information, discrepancy or error. A correction will be made. Please note that all information published on our platform are

Information (less other data with last aggregated date) on this page was last updated on 23 April 2021, 15:55:55 GMT+8.

Copyright © 2015 – 2022 • SGPBusiness.com

# EXHIBIT AA

Choose another country or region to see content specific to your location.  Global



$ZEBRA•    Product ⌄    Learn    About us    Sign In    Sign Up

# Legal & Privacy



India    Global    Australia    Singapore

| Terms of use | Privacy Policy | 100-Point-Check | Cookie Policy | AML Policy | KYC Policy |

Welcome to ZebPay!

ZebPay is a legal organisation which endeavours to ensure all of its policies and procedures are fully compliant with the Privacy and Data Protection Act 2014 (Victoria) and the GDPR (General Data Protection Regulation 2016/679) requirements. We also endeavor to treat your privacy concerns very seriously.

ZebPay shall mean and include below –

**Genie Technologies Pte Ltd [Registration No: 201919382H]**, 18 Cross Street, #02-101 Cross Street Exchange, Singapore 048423 where a customer accesses the ZebPay Platform in or from **supported countries**

Persons using the ZebPay Platform, directly or indirectly, are referred to herein as "Users".

This Privacy Policy describes our information handling practices when you access content we own or operate on the websites or apps of ZebPay or any other websites, pages, features, or content we own or operate (collectively, the "Site(s)").

In order to prevent misuse of the ZebPay Platform, Users are required to strictly comply with the terms contained herein, which forms part and parcel of the User **Terms of Service** . Terms not defined herein shall carry the same interpretation, as in the User Agreement and in the absence thereof to general usage and parlance.

**THESE TERMS AND CONDITIONS OF PRIVACY SUPERSEDES AND REPLACES ANY AND ALL PRIOR ORAL OR WRITTEN UNDERSTANDINGS OR AGREEMENTS BETWEEN ZebPay AND THE USER WITH RESPECT TO THE PRIVACY POLICY.**

**Risk Warning Disclaimer:** Trading in Virtual Financial Assets on Crypto-Exchange Platforms involves a high degree of risk to your capital. Virtual Financial Assets may not be appropriate for all investors and you should seek independent advice if necessary. Trading with Virtual Financial Assets may result in total loss of your investment.

## 1. DEFINITIONS

1.1 **"Applicable Law"** means the law in force for the time being within the territory of Australia, but also includes GDPR for those customers resident in the European Union .

1.2 **'AML'** means 'Anti-Money Laundering', and in this connection, the applicable legislation shall be the Anti-Money Laundering and Counter-Terrorism Financing Act 2006, the Anti-Money Laundering and Counter-Terrorism Financing Rules Instrument 2007 (No. 1) and other regulatuions made under the aforementioned Act from time to time

**1.3 "ZebPay Platform"** shall mean and include ZebPay Android App, ZebPay iOS App (collectively, "ZebPay App") or ZebPay Web app ("Web version") and ZebPay website "www.zebpay.com" ("ZebPay Website"). Collectively along with the ZebPay Developer Portal, Public APIs and secure authentication for ZebPay Users is referred to as the "ZebPay Platform".

**1.4 "GDPR "** means REGULATION (EU) 2016/679 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL of 27 April 2016 on the protection of natural persons with regard to the processing of personal data and on the free movement of such data, and repealing Directive 95/46/EC ('General Data Protection Regulation').

## 2. PRIVACY POLICY

**2.1** ZebPay is committed to ensuring the safety and protection of all data and information shared with ZebPay by its Users in accordance with Applicable Laws and the terms and conditions set out hereunder and processes established by ZebPay in compliance with the applicable reasonable security practices and procedures, prescribed by Government or Regulatory authorities, as the case may be.

**2.2** ZebPay shall not be liable for any breach or violation of its systems or policies due to malicious attacks, errors, commissions or omissions not willfully initiated by ZebPay, leading to breach of data or information of User.

## 3. PERSONAL INFORMATION AND DATA WE COLLECT

**3.1** Personal information is data that can be used to identify you directly or indirectly, or to contact you. Our Privacy Policy covers all personal information that you submit to us and that we obtain from our partners. This Privacy Policy does not apply to anonymized data, as it cannot be used to identify you.

**3.2** We can ask you to provide personal information anytime you are in contact or consuming ZebPay Platform. ZebPay group of companies may share your personal information with each other and use it consistently with this Privacy Policy. They may also combine it with other information to provide and improve our products, services, and content. Except as described in this Privacy Policy, ZebPay will not sell, rent or loan any personal Information to any third party.

## 4. PERSONAL CREDENTIALS AND DATA COLLECTION

How to contact ZebPay for data protection inquiries:

**4.1** We have endeavored to nominate an independent Data Protection Officer ("DPO") who is responsible for overseeing questions in relation to this Privacy Policy. If you have any questions about this Privacy Policy, including any requests to exercise your legal rights, please contact the DPO using the details set-out below.

**4.2** ZebPay may collect required personal data and information of the User to provide its services. Use of the ZebPay Platform is contingent upon acceptance of the terms and conditions contained herein. User shall be deemed to have volunteered the data and information collected, retained, used and disseminated by ZebPay, upon accepting the terms herein and those contained in the Terms of Service and User agreement of ZebPay.

**4.3** ZebPay processes your personal data and information of the User in accordance with the guidelines laid by Applicable Laws. Personal data' means any information or opinion relating to an identified or identifiable natural person ('data subject'); an identifiable natural person is one who can be identified, directly or indirectly, in particular by reference to an identifier such as a name, an identification number, location data, an online identifier or to one or more factors specific to the physical, physiological, genetic, mental, economic, cultural or social identity of that natural person, which can include (but is not limited to) data concerning that person's racial or ethnic origin, political opinions, membership of a political association, religious beliefs or affiliations, philosophical beliefs, membership of a professional or trade association, membership of a trade union, sexual orientation or practices, criminal record that is also personal information, health information about an individual, genetic information about an individual that is not otherwise health information, biometric information that is to be used for the purpose of automated biometric identification or verification, and biometric templates.

**4.4** ZebPay collects your personal information to provide our Services. ZebPay ensures that your personal data is processed lawfully, fairly and in a transparent manner and is collected for specified, explicit and legitimate purposes shared with you. Any information you provide to us that is not required, is voluntary. You are free to choose whether to provide us with the types of personal information requested, but we may not be able to serve you as effectively or offer you all our Services when you do choose not to share certain information with us. We may collect the following types of information provided / shared by the User as applicable for

**1) Personal Identification Information :** Full name, date of birth, nationality, gender, signature, utility bills, photographs, phone number, national ID proof, home address, and/or email.

Why we collect this information

 To complete your user profile and process your registration request on ZebPay Platform allowing you to enter into a contract with us.

 To provide ZebPay products, services and support and enhance the performance of our contract with you.

To communicate with you about your account and our services, including informing you of changes to our fees and our terms and conditions related to our services.

to conduct market research and analysis eg. surveying our Users' needs and opinions on issues, such as our performance;

For Managing services including your account with us.

For sending customized offers to you if you have consented to receive our offers.

To deal with enquiries, complaints, and feedback from you and our service providers.

To communicate with you regarding your account and our services.

To maintain legal and regulatory compliance.

**2) Recognized Identification Information :** Tax ID number, passport number, driver's license details, national identity card details, photograph identification cards, and/or visa information.

Why we collect this information

To complete your user profile and Verify your registration request on ZebPay Platform allowing you to enter into a contract with us.

To complete KYC (Know your customer) form to complete the regulatory requirements of Trading.

To ensure that our customers are genuine and preventing Identity theft.

To detect any Fraud, Anti national activity, Money Laundering and Criminal Activities.

To prevent anti national and terrorist finances and protect our users and business from any threat or Damage.

**3) Monetary Information :** Bank account information,Credit or Debit Card Number, transaction history, trading data, and/or tax identification.

Why we collect this information

To maintain legal and regulatory compliance.

To provide ZebPay products, services and support and enhance the performance of our contract with you.

To detect any fraud, anti national activity, money laundering and criminal activities.

To prevent anti national activity and terrorist finances and protect our users and business from any threat or Damage

To ensure that our customers are genuine and preventing Identity theft.

**4) Transaction Information :** Information about the transactions by using ZebPay Platform, such as the name of the recipient, digital currency address, your name, the amount, and/or timestamped.

Why we collect this information

To provide ZebPay products, services and support and enhance the performance of our contract with you.

To facilitate transactions of users

To detect any fraud, anti national activity, money laundering and criminal activities.

To prevent anti national activity and terrorist finances and protect our users and business from any threat or Damage

To maintain legal and regulatory compliance.

To deal with enquiries, complaints, and feedback from you and our service providers.

To provide you customer Service.

To communicate with you regarding your account and our services.

**5) Employment or Business Information :** Office location, job title, and/or description of Business, role, etc.

Why we collect this information

To complete your user profile and Verify your registration request on ZebPay Platform allowing you to enter into a contract with us.

To complete KYC (Know your customer) form to complete the regulatory requirements of Trading.

To ensure that our customers are genuine and preventing Identity theft.

To detect any Fraud, anti national activity, money laundering and criminal activities

To maintain legal and regulatory compliance.

**6) Online Identifiers :** User's device information including but not limited to IMEI or equipment identification number, IMSI or subscriber identification, UUID, MAC address, OS version, device details, network operator, contact list information, Wi-fi / Data Network connectivity. Cookies Information generated by the User's use of the app and the website, including cookies and IP addresses. Geolocation of a User's device or such other automatically collated data or information of User, please visit our **Cookie Policy**

Why we collect this information

> To ensure that our customers are genuine and preventing Identity theft.

To detect any Fraud, Anti national activity, Money Laundering and Criminal Activities. To maintain legal and regulatory compliance. To check if you are in a location or using a device consistent with our records in order to help prevent unauthorized user access your account and prevent threat. To develop and improve our services based on analyzing the behaviors of our users and the technical capabilities of our users. To enhance our technical capability by making our app compatible with your devices and to enhance your app browsing experience and ease of operation. To identify technical issues and monitor the health of ZebPay Platform.

**7)** Access to User's Photo Gallery / Media / Files / Camera for using ZebPay Platform more efficiently.

Why we collect this information

> To complete your user profile and Verify your registration request on ZebPay Platform allowing you to enter into a contract with us.
>
> To allow you to upload KYC Documents, profile picture on ZebPay Platform.
>
> To provide you customer service.

**8)** Access to User's apps and services including messaging through SMS; Storage data, device details;

Why we collect this information

> To complete your user profile and Verify your registration request on ZebPay Platform allowing you to enter into a contract with us.
>
> To read & auto-fill the OTP SMS so that we can verify your mobile number. This is helpful in your account verification (KYC).

**9) Leave a message** – We may collect your name, email id, mobile number, country, etc when you leave a message on our website.

Why we collect this information

> To provide ZebPay products, services and support and enhance the performance of our services.
>
> To inform you about ZebPay products, services or any other activities that ZebPay may undertake.

## 5. What is our Legal Basis for data processing?

Depending on the purpose of our processing activity, the processing of your personal data will be based on one of the following:

> It is necessary for the legitimate interests of ZebPay, without unduly affecting your interests or fundamental rights and freedoms, to provide you with communications related to our products, services, promotions, offers and events. You have a right to opt-out of receiving marketing messages by clicking on the unsubscribe link at the bottom of our marketing emails or by using the personal settings in your user area;
>
> It is necessary for taking steps to enter into or executing a contract with you for the services or products you request, or for carrying out our obligations under such a contract;
>
> Required to meet our legal or regulatory responsibilities; or
>
> Processed with your explicit and free consent which we obtain from you from time to time.

## 6. COLLECTION OF AUTOMATIC DATA

### Cookies

**6.1** ZebPay uses cookies on its App and website to collect data about user. For a detailed policy on use and collection of Cookies, please visit our **Cookie Policy**

## 7. DATA RETENTION AND PROTECTION

**7.1** ZebPay may collect, use and share aggregated data to create anonymised statistical data. ZebPay may provide this statistical data to its business partners or third parties.

**7.2** Aggregated Data may be derived from your personal data but is not considered personal data in law as this data does not directly or indirectly reveal your identity. For example, we may aggregate your Usage Data to calculate the percentage of users accessing a specific website / app feature.

However, if we combine or connect aggregated data with your personal data so that it can directly or indirectly identify you, we treat the combined data as personal data which will be used in accordance with this Privacy Policy.

You are entitled to inform ZebPay at any time that your personal details have changed or otherwise request erasure of your personal data by emailing customer support at help@zebpay .com

**7.3** We will only retain your personal data for as long as necessary to fulfil the purpose for which we have collected it, including for the purposes of satisfying any legal, accounting or reporting requirements.

**7.4** To determine the appropriate retention period for personal data, we consider the amount, nature and sensitivity of the personal data, the potential risk of harm from unauthorised use or disclosure of your personal data, the purposes for which we process your personal data and whether we can achieve those purposes through other means and the applicable legal requirements.

**7.5** By law we have to keep basic information about our customers (including contract, identity, financial and transaction data) for seven (7) years after they cease being customers for online trading purposes.

In some circumstances we may anonymize your personal data (so that it can no longer be associated with you) for research or statistical purposes in which case we may use this information indefinitely without further notice to you. When you use this website or other services we provide to you, you may be able to link to other third-party websites, plug-ins and applications.

**7.6** This Privacy Policy does not apply to those sites. Clicking on those links or enabling those connections may allow third parties to collect or share data about you. We do not control these third-party websites and are not responsible for their privacy policies. When you leave our website, we encourage you to read the privacy policies on such sites.

**7.7** ZebPay uses cookies to gather information about your access to this website and other services we provide to you. Cookies are small pieces of information which use a unique identification tag and are stored on your device as a result of you using this website or other service we provide to you.

When cookies are used by us, they collect statistical and factual information about how you use our services. Most internet browsers are set up to accept cookies. If you do not wish to receive cookies, you may be able to change the settings of your browser to refuse all cookies or to have your computer notify you each time a cookie is sent to it, and thereby give yourself the choice whether to accept it or not. If you disable or refuse cookies, please note that some parts of this website may become inadmissible or not function properly and impair the quality of the services that we provide to you in relation to your account.

For more information about the types of cookies ZebPay uses, please refer to our specific Cookie Policy .

**7.8** ZebPay protects your personal information by maintaining physical, electronic, and procedural safeguards in compliance with the applicable laws and regulations.

**7.9** The retention period may be extended to comply with legal obligations, resolve disputes, and enforce agreements for a period of seven(7) years after termination of the account or such period, under applicable laws. ZebPay may retain data for further periods but is not obligated to do so in all instances. ZebPay shall not be liable or responsible for non – availability or non – retention of data or information beyond the termination of the User account.

**7.10** The retention period may extend beyond the end of User account, but it will be only as long as it is necessary for ZebPay to have sufficient information to respond to any issues that may arise later, including but not limited to retention for the purpose of investigations or ongoing prosecutions or in case of Suspicious transactions or if ZebPay requires the information for its records or to support legal proceedings, or if ZebPay believes in good faith that a law, regulation, rule or guideline requires it.

**7.11** Please note that ZebPay cannot guarantee that loss, misuse, unauthorised acquisition, or alteration of your data will not occur and you play a vital role in protecting your own personal information as users while registering with ZebPay Platform, it is important to choose a password or PIN of sufficient length and complexity, to not reveal this password to any third-parties, and to immediately notify us if you become aware of any unauthorised access to or use of your account

**7.12** Likewise, ZebPay cannot ensure or warrant the security or confidentiality of information you transmit to us or receive from us by Internet or wireless connection, including email, phone, or SMS, since we have no way of protecting that information once it leaves and until it reaches us. If you have reason to believe that your data is no longer secure, please contact us at dpo@zebpay.com. ZebPay however takes all reasonable steps to secure data and information pertaining to its Users, including those prescribed under applicable laws and Rules framed thereunder.

**7.13** We will hold information about visitors to our websites (not being customers) for a reasonable length of time, that lets us understand how people use our website and any technical issues they have.

**7.14** We try to respond to all legitimate requests within one (1) month. Occasionally, it may take us longer than a month if your request is particularly complex or you have a number of requests. In this case, we will notify you and keep you updated.

**7.15** You have a right to make a complaint at any time to the Office of the Australia Information Commissioner ("OAIC"), the Australian supervisory authority for data protection issues. We would, however, appreciate the chance to deal with your concerns before you approach the OAIC so please contact us or our DPO in the first instance at the email specified above.

## 8. UPDATION OF USER DATA AND WITHDRAWAL OF USER CONSENT

**8.1** The User shall ensure that all data and information shared with ZebPay is accurate, correct and complete. User shall ensure that change of the User's address or any change in circumstances impacting use of the ZebPay Platform, is promptly communicated to ZebPay.

**8.2** ZebPay will not be held liable or responsible for any incorrect information provided by the User to ZebPay.

**8.3** User may, upon termination of the use of the ZebPay Platform, as provided in the Terms of Service, withdraw consent granted herein to ZebPay. The same shall however not affect actions undertaken or data and information collated, or technological processes initiated prior to such withdrawal of consent. Such withdrawal of consent shall also not affect retention of data and information collected prior to such withdrawal.

## 9. SHARING OF INFORMATION WITH THIRD-PARTIES

**9.1** Where we use certain service providers which are not located in Australia, we may use specific contracts compatible with Applicable Laws which give your personal data the same protection it has in Australia (or the EU, in the case of our EU customers).

**9.2** In all other instances, the User generally agrees and consents to ZebPay sharing the following anonymized data or to otherwise gives ZebPay permission to share its Data with third-parties for the following:

For referral, operations, additional services and technology services (such as hosting providers, identity verification, support, payment, and email service providers) or;

If required by applicable law or legal process, or if ZebPay believes that it is in accordance with applicable law or legal process; or

To protect the rights, property and safety of ZebPay, its users and the public, including, including but not limited to usage in court proceedings, or to detect or prevent criminal activity, fraud, material misrepresentation, or to establish its rights or defend against legal claims; or

In connection with selling, merging, acquiring, transferring, or reorganizing all or parts of ZebPay's business.

## 10. Users Rights

You have the following rights, which can be exercised by contacting us dpo@zebpay.com so that we may consider your request under applicable law.

**Right to withdraw consent** – You have the right to withdraw your consent to the processing of your personal information collected on the basis of your consent at any time. Your withdrawal will not affect the lawfulness of ZebPay's data processing based on consent before your withdrawal.

**Right of access to and rectification of your personal information** – You have a right to request that we provide you a copy of your personal information held by us. This information will be provided without undue delay subject to some fee associated (if applicable) with gathering of the information (as permitted by law), unless such provision adversely affects the rights and freedoms of others. You may also request us to rectify or update any of your personal information held by ZebPay that is inaccurate.

**Right to erasure [right to be forgotten]** – You have the right to request erasure of your personal information that: (a) is no longer necessary in relation to the purposes for which it was collected or otherwise processed; (b) was collected in relation to processing that you previously consented, but later withdraw such consent; or (c) was collected in relation to processing activities to which you object, and there are no overriding legitimate grounds for our processing. The above is subject to limitations by relevant data protection laws.

**Right to data portability** – If we process your personal information based on a contract with you or based on your consent, or the processing is carried out by automated means, you may request to receive your personal information in a structured, commonly used and machine-readable format, and to have us transfer your personal information directly to another "controller", where technically feasible and once our platform interface allows for the 'exportation' of such data. In this connection, ZebPay is committed towards creating a robust function ensuring data portability in due course.

Without prejudice to the aforesaid, data portability will be prohibited if the requested migration of said data adversely affects the rights and freedoms of others. A "controller" is a natural or legal person, public authority, agency or other body which alone or jointly with others, determines the purposes and means of the processing of your personal information.

**Right to restriction or objections for processing** – You have the right to restrict or object to us processing your personal information where one of the following applies:

You contest the accuracy of your personal information that we processed. In such instances, we will restrict processing during the period necessary for us to verify the accuracy of your personal information.

The processing is unlawful, and you oppose the erasure of your personal information and request the restriction of its use instead.

We no longer need your personal information for the purposes of the processing, but it is required by you to establish, exercise or defense of legal claims.

You have objected to processing, pending the verification whether the legitimate grounds of ZebPay's processing override your rights.

Restricted personal information shall only be processed with your consent or for the establishment, exercise or defense of legal claims or for the protection of the rights of another natural or legal person or for reasons of important public interest. We will inform you if the restriction is lifted.

**Notification of erasure, rectification and restriction** – We will communicate any rectification or erasure of your personal information or restriction of processing to each recipient to whom your personal information has been disclosed, unless this proves impossible or involves a disproportionate effort. We will inform you about those recipients if you request this information.

**Right to object to processing** – Where the processing of your personal information is based on consent, contract or legitimate interests you may restrict or object, at any time, to the processing of your personal information as permitted by applicable law. We can continue to process your personal information if it is necessary for the defense of legal claims, or for any other exceptions permitted by applicable law.

**Automated individual decision-making, including profiling** – You have the right not to be subject to a decision based solely on automated processing of your personal information, including profiling, which produces legal or similarly significant effects on you, save for the exceptions applicable under relevant data protection laws.

**Right to lodge a complaint** – If you believe that we have infringed your rights, we encourage you to contact us first at dpo@zebpay.com , so that we can try to resolve the issue or dispute informally.

**Your rights to personal information are not absolute. Access may be denied when:**

Denial of access is required or authorized by law;

Granting access would have a negative impact on other's privacy;

Granting access would have a negative impact on other's privacy;

To protect our rights and properties; and Where the request is frivolous or vexatious

To Invoke or exercise any of your rights, please contact our Data Protection Officer (DPO) at: dpo@zebpay.com

## 11. REASONABLE SECURITY PRACTICES

**11.1** Protection of the User's personal information is of utmost importance to ZebPay and it takes all reasonable steps to secure data and information pertaining to its Users, including those prescribed under applicable laws and Rules framed thereunder

**11.2** ZebPay takes appropriate legal, administrative, physical, and reasonable electronic measures designed to protect the information that Users share with ZebPay

**11.3** ZebPay however does not extend any warranties with respect to the security or safety of data and information transmitted through digital platforms or online, both of which are susceptible to malicious attacks.

## 12. MODIFICATIONS

These terms may be periodically reviewed and revised when required by law, or due to business reasons . we will notify you of changes to this Privacy Policy. The revised Policy will be uploaded on the ZebPay website and will reflect the modified date of the terms. Continued use of the ZebPay Platform constitutes agreement of User to the terms contained herein and any amendments thereto. ZebPay may for any important changes in the policy would send an email to the user's registered email id.

We reserve the right to modify this Privacy Policy at any time, and when required by law, we will notify you of changes to this Privacy Policy. If we make any material changes, we will notify you by email (sent to the email address specified in your account) or by means of a notice on our Services prior to the change becoming effective. ZebPay also encourages users to periodically visit our policies from time to time

## 13. MISCELLANEOUS

All other provisions of the ZebPay Terms of Service and user agreement shall be read along with this policy and shall form part hereof, including Governing Laws and jurisdiction, notices, severability, assignment and such or other provisions.

If you have questions, please contact our Data Protection Officer (DPO) at: **dpo@zebpay .com**

Start trading now

Proud members of Global **Go**

# EXHIBIT BB

## Signature Card/Account Agreement

Date: 08/24/2020

| Store Name & Address | | Account Title & Address |
|---|---|---|
| **UMPQUA** B·A·N·K | Umpqua Bank<br>2870 NE Town Center Drive<br>Hillsboro, OR 97006<br>(503) 439-8334 | Jafia, LLC<br>7028 W Waters Ave Suite 145<br>Tampa FL 33634 |

| Product Name | Account # |
|---|---|
| Community Business Checking | 4863605384 |

| Date | | |
|---|---|---|
| 08/24/2020 | | |

### Ownership of Account

Corporation

### Beneficiary Designation

☐ Pay-on-Death (P.O.D.)

### This Space Left Blank Intentionally

### Beneficiary Name(s), Address(es), and SSN(s)

### Signature(s)

IMPORTANT ACCOUNT OPENING INFORMATION: Federal law requires us to obtain sufficient information to verify your identity. In some instances, we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and Federal law.

The undersigned authorize(s) Umpqua Bank to investigate ChexSystems history. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s). The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of Terms and Conditions, Electronic Funds Transfers, Funds Availability Policy, overdraft Disclosure, What Does Umpqua Bank do with your Personal Information, Privacy Choice Notice (as applicable by state), Other Services & Fee Schedule, Truth In Savings (TIS) disclosure, and Overdraft Service Decision Notice. These documents, along with any other document that we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us.

If the undersigned will scan a copy of this signature card agreement to Umpqua Bank, the undersigned acknowledges that the scan is a true copy of the original signature card agreement and the undersigned's signature is his or her own.

### Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

TIN: 20-4796929

☒ **Taxpayer I.D. Number (TIN) -** The number shown above for this person or entity is the correct taxpayer identification number.

☒ **Backup Withholding -** The person or entity is not subject to backup withholding either because they have not been notified that they are subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified them that they are no longer subject to backup withholding.

☐ **Exempt Recipients -** The person or entity is an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X *Sam Ikkurty* — Aug 24, 2020 1:41:22 PM PDT (Date)
Sam Ikkurty

[ X *Sam Ikkurty* — Aug 24, 2020 1:41:22 PM PDT ]
Sam Ikkurty

[ X _____ ]

[ X _____ ]

[ X _____ ]

[ X _____ ]

| Signer Information 1 | | Signer Information 2 | |
|---|---|---|---|
| Name | Sam Ikkurty | Name | |
| Title | President/Secretary | Title | |
| Physical Address | 5758 Nw Deschutes Dr<br>Portland, OR 97229 | Physical Address | |
| Home Phone | 813-389-3380 | Home Phone | |
| Work Phone | | Work Phone | |
| Mobile Phone | 813-389-3380 | Mobile Phone | |
| E-Mail | Samikkurty@gmail.com | E-Mail | |
| Date of Birth | 01/31/1971 | Date of Birth | |
| Social Security Number | 1271 | Social Security Number | |
| Primary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | Drivers License<br>01/29/2016 01/31/2024 | Primary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | |
| Secondary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | / | Secondary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | / |

| Signer Information 3 | | Signer Information 4 | |
|---|---|---|---|
| Name | | Name | |
| Title | | Title | |
| Physical Address | | Physical Address | |
| Home Phone | | Home Phone | |
| Work Phone | | Work Phone | |
| Mobile Phone | | Mobile Phone | |
| E-Mail | | E-Mail | |
| Date of Birth | | Date of Birth | |
| Social Security Number | | Social Security Number | |
| Primary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | | Primary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | |
| Secondary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | / | Secondary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | / |

| Signer Information 5 | |
|---|---|
| Name | |
| Title | |
| Physical Address | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Date of Birth | |
| Social Security Number | |
| Primary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | |
| Secondary ID<br>(ID Type, ID Number, Issued By Date, & Expiration Date) | / |

| Non-Individual Owner Information | |
|---|---|
| Name | Jafia, LLC |
| EIN | 204796929 |
| Phone | 813-389-3380 |
| Physical Address | 7028 W Waters Ave Suite 145 Tampa, FL 33634 |

| Owner Non-Signer Information | |
|---|---|
| Name | |
| SSN | |
| Date of Birth | |
| Physical Address | |