# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Commodity Futures Trading Commission

                    Plaintiff,

v.                                        Case No.: 1:22−cv−02465
                                        *SEALED*
                                        Honorable Mary M. Rowland

Sam Ikkurty, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 11, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic motion hearing held. Plaintiff appeared telephonically. For the reasons stated on the record, Plaintiff's motion for an ex parte statutory restraining order [6] and motion for appointment of temporary receiver [7] are granted. Enter Orders. The court takes Plaintiff's motion for preliminary injunction [8] and motion for expedited discovery [11] under advisement. Telephonic status set for 5/25/22 at 10:00am. Counsel should call 866−434−5269; access code 3751971. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.