## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | **Case No. 1:22-CV-02465** |
| Plaintiff, | **Hon. Mary M. Rowland** |
| v. | |
| **SAM IKKURTY A/K/A SREENIVAS I RAO, RAVISHANKAR AVADHANAM, AND JAFIA LLC** | |
| Defendants, | |
| **IKKURTY CAPITAL, LLC D/B/A ROSE CITY INCOME FUND, ROSE CITY INCOME FUND II LP, AND SENECA VENTURES, LLC** | |
| Relief Defendants. | |

### ORDER TO CONTINUE STATUTORY RESTRAINING ORDER

Upon consideration of the Commodity Futures Trading Commission's (the "Commission") oral motion to continue the statutory restraining order (ECF 17), and it appearing to the Court that the continuation of the statutory restraining order is necessary to preserve funds and records.

**IT IS HEREBY ORDERED** that the Statutory Restraining Order (ECF 17) is continued until the earlier of (1) the entry of an agreed order for a preliminary injunction, or (2) the Status Hearing set for June 23, 2022.

**ORDERED** in Chambers on this 25th day of May, 2022

_____
U.S. District Court Judge