**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | )  Civil Action No. 22-cv-02465<br>)<br>) |
| v. | )  Honorable Mary M. Rowland<br>) |
| SAM IKKURTY A/K/A SREENIVAS I RAO, RAVISHANKAR AVADHANAM, AND JAFIA, LLC, | )  Magistrate Judge Jeffrey<br>)  Cummings<br>)<br>) |
| Defendants, | )<br>) |
| IKKURTY CAPITAL, LLC D/BA/ ROSE CITY INCOME FUND, ROSE CITY INCOME FUND II LP, AND SENECA VENTURES, LLC, | )<br>)<br>) |
| Relief Defendants. | )<br>) |

**ORDER APPROVING RECEIVER'S FIFTH REQUEST FOR
PAYMENT OF REASONABLE COMPENSATION**

On the Receiver's Fifth Request for Payment of Reasonable Compensation (Dkt. 211), the Court having considered the request,

IT IS HEREBY ORDERED:

(a) The Payment of the Receiver and Kopecky Schumacher Rosenburg LLC's invoice of $57,687.78 in fees and expenses is authorized and approved;

(b) The payment of SeeSaw Marketing's invoices in the amount of $936.96 is authorized and approved;

(c) The payment of Miller Kaplan's invoice in the amount of $20,120.81 is authorized and approved;

(d) The payment of StoneTurn's invoices in the amount of $15,147 is authorized and approved.

      The Receiver is allowed to make the approved payments and shall keep such records of payments and report to the Court as previously ordered.

      The Receiver's Fifth Request for Payment of Reasonable Compensation shall be filed on November 15, 2023.

Entered: _____
Honorable Mary M. Rowland

Date: October 19, 2023