# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 22-cv-02465<br>)<br>) |
| v. | ) Honorable Mary M. Rowland<br>) |
| SAM IKKURTY A/K/A SREENIVAS I RAO, AND JAFIA, LLC, | ) Magistrate Judge Jeffrey<br>) Cummings<br>) |
| Defendants, | )<br>) |
| IKKURTY CAPITAL, LLC D/BA/ ROSE CITY INCOME FUND, ROSE CITY INCOME FUND II LP, AND SENECA VENTURES, LLC, | )<br>)<br>)<br>) |
| Relief Defendants. | )<br>) |

## RECEIVER'S THIRTEENTH REQUEST FOR
## PAYMENT OF REASONABLE COMPENSATION

James L. Kopecky, not individually, but solely as the Court-appointed Receiver (the "Receiver") for the Receivership Estate, as defined by the Order Appointing Temporary Receiver dated May 11, 2022 (Dkt. 18) and the Consent Order for Preliminary Injunction dated July 18, 2022 (Dkt. 37) (collectively "Receivership Order"), and pursuant to the Receivership Order, makes the following request for payment of reasonable compensation and expense payments. In support thereof, the Receiver states:

I.  **Background of Receiver's Appointment and Request**

1.  The Receivership Order provides that the Receiver and all personnel hired by the Receiver, including counsel to the Receiver, are entitled to reasonable compensation for the performance of duties and out-of-pocket expenses incurred for services authorized by the

Receivership Order that when rendered were (1) reasonably likely to benefit the Receivership Estate or (2) necessary to the administration of the Receivership Estate. (Dkt. 18, p. 9)

2. The Receivership Order further requires the Receiver to file with the Court and serve on the parties, periodic requests for the payment of such reasonable compensation. The Court ordered that this thirteenth request, which covers the period May 15, 2025, through August 14, 2025, be filed on August 15, 2025. (Dkt. 441)

3. As this Court and the parties are aware, the Receiver filed a report on the status of the Receivership, on July 3, 2025. (Dkt. 445)

## II. Accounting of Receivership Estate

4. In preparation for the distribution of assets to investors, the Receiver created a separate bank account (the "Distribution Account") from which the claims administrator will make distributions to investors. On July 17, 2025, the Receiver transferred $23 million from the Qualified Settlement Fund ("QSF") to the Distribution Account. Stretto is in the process of mailing distribution checks, which will be drawn on the Distribution Account.

5. The Receiver currently has $2,357,007 in cash in the QSF, net of the above-described $23 million transfer to the Distribution Account.

## III. Receiver's Retention of Personnel and Expenses Associated Therewith

7. The Receiver and his attorneys administered the Receivership Estate, preserved assets and communicated with investors. The Receiver's fees are combined with those of counsel, Kopecky Schumacher Rosenburg LLC, and total $26,640. Copies of the invoice reflecting those fees are attached as Exhibit A. The Kopecky Schumacher Rosenburg LLC invoice contains a detailed explanation of the work performed on behalf of the Receivership. The

Receiver's work was, and continues to be, necessary to the administration of the Receivership and beneficial to the Receivership Estate.

8. A summary of the Receiver's activity over the past 90 days is set forth in the Receiver's July 3, 2025, status report. (Dkt. 445) A substantial portion of the Receiver's work over the last three months involved preparing for the distribution process and addressing technical IRA issues relating thereto.

9. The Receiver also paid several invoices in connection with the administration of the Receivership Estate:

   a. The Receiver paid Stretto, the claims administrator, $9,621.95 for services rendered. The invoices reflecting those charges are attached as Exhibit B. This expense was necessary to the administration of the Receivership as the claims process serves to benefit the Receivership Estate and the investors.

   b. The Receiver paid Sea Saw Marketing $128.15 in connection with the maintenance of the Receivership website. The invoice for those services is attached as Exhibit E. This expense was necessary to the administration of the Receivership and serves to benefit the Receivership Estate and the investors.

   c. The Receiver paid Carpenter Lipps LLP, the law firm pursuing the profitable investors, $18,291.60. This amount represents the agreed upon contingency fee in accordance with the previously approved retention agreement with Carpenter Lipps LLP. This expense was necessary to the administration of the Receivership and serves to benefit the Receivership Estate and the investors.

   d. The Receiver paid the Illinois Department of Revenue $5,000 for estimated taxes for the second quarter of 2025. This expense was necessary to the administration

of the Receivership and serves to benefit the Receivership Estate and the investors.

IV. **Notice, Service and Investor Objection**

10. The Receiver will post this request to the Receivership website shortly after filing it and will serve this request on the parties via the Court's Pacer/ECF system.

11. Pursuant to this Court's August 12, 2022, minute entry, if no objection is filed within seven (7) business days of this request, the Court will presume there is no objection and review the motion and enter an order accordingly. (Dkt. 48)

## Conclusion

In conclusion, the Receiver requests that this Court:

> (a) approve payment of the Receiver and Kopecky Schumacher Rosenburg LLC's invoice of $26,640 in fees;
>
> (b) approve payment of Stretto's invoices in the amount of $9,621.95;
>
> (c) approve payment of Sea Saw Marketing's invoice in the amount of $128.15;
>
> (d) approve the payment of $18,291.60 to Carpenter Lipps LLP; and
>
> (e) approve the Receiver's payment of $5,000 in estimated taxes.

Finally, the Receiver requests that the next request for compensation be due November 17, 2025.

Respectfully submitted,

| | /s/ Daryl M. Schumacher<br>*Counsel for the Receiver for Defendants Jafia, LLC, Sam Ikkurty a/k/a Sreenivas I Rao, Ikkurty Capital LLC d/b/a/ Rose City Income Fund I, Rose City Income Fund II, LP and Seneca Ventures, LLC* |
|---|---|
| Daryl M. Schumacher (6244815)<br>Kopecky Schumacher Rosenburg LLC<br>120 N. LaSalle St., Suite 2000 | |

| | |
|---|---|
| Chicago, IL 60602<br>Telephone: (312) 380-6556 | |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: August 15, 2025

/s/ Daryl M. Schumacher